CO-386-online
1/03

**FILED**

NOV 1 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

Stolt-Nielsen Transportation Group Ltd.

        vs    Plaintiff

United States of America

           Defendant

CASE NUMBER 1:05CV02217

JUDGE: Richard J. Leon

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 11/15/2005

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Stolt-Nielsen Transportation Group Ltd.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Stolt-Nielsen Transportation Group Ltd.__ which have any outstanding securities in the hands of the public:

Stolt-Nielsen S.A.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ Lucius B. Lau_  11/15/2005
Signature

__446088__
BAR IDENTIFICATION NO.

Lucius B. Lau
Print Name

701 13th Street, N.W.
Address

Washington, D.C.    20005
City        State      Zip Code

(202) 626-3696
Phone Number

2