UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Stolt-Nielsen Transportation Group Ltd.
800 Connecticut Avenue
4th Floor East
Norwalk, CT 06854,

        *Plaintiff,*

        v.

United States of America,

        *Defendant.*

Civil Case No. 1:05CV02217 (RJL)

## PROOF OF SERVICE OF CASE MANAGEMENT ORDER

Pursuant to Local Civil Rule 5.3 and the Case Management Order entered by the Court on November 18, 2005, plaintiff, Stolt-Nielsen Transportation Group Ltd., respectfully files its proof of service of the Case Management Order. On November 23, 2005, a true and correct copy of that order was served upon the following parties by first-class mail:

        Alberto R. Gonzales
        United States Attorney General
        Main Justice Building
        950 Pennsylvania Avenue, N.W.
        Washington, D.C. 20530-0001

        Kenneth L. Wainstein
        United States Attorney
         for the District of Columbia
        555 4th Street, N.W.
        Washington, D.C. 20530

Dated: November 23, 2005                    Respectfully submitted,

                                            WHITE & CASE LLP

                                            By: _____
                                            J. Mark Gidley (D.C. Bar No. 417280)
                                            Christopher M. Curran (D.C. Bar. No. 408561)
                                            Lucius B. Lau (D.C. Bar No. 446088)
                                            701 Thirteenth St., N.W.
                                            Washington, D.C. 20005
                                            tel.: (202) 626-3600
                                            fax: (202) 639-9355

                                            *Counsel to Stolt-Nielsen Transportation
                                            Group Ltd.*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 23rd day of November 2005, I caused to be served a true and correct copy of "PROOF OF SERVICE OF CASE MANAGEMENT ORDER" by first-class mail upon:

>Alberto R. Gonzales
>United States Attorney General
>Main Justice Building
>950 Pennsylvania Avenue, N.W.
>Washington, D.C. 20530-0001
>
>Kenneth L. Wainstein
>United States Attorney
> for the District of Columbia
>555 4th Street, N.W.
>Washington, D.C. 20530

_____
Lucius B. Lau