UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Stolt-Nielsen Transportation Group Ltd.<br>800 Connecticut Avenue<br>4th Floor East<br>Norwalk, CT 06854,<br><br>　　　　　*Plaintiff,*<br><br>　　v.<br><br>United States of America,<br><br>　　　　　*Defendant.* | Civil Case No. 1:05CV02217 (RJL) |

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**
**ON THE ATTORNEY GENERAL OF THE UNITED STATES**

Pursuant to Rule 4(l) of the Federal Rules of Civil Procedure, plaintiff, Stolt-Nielsen Transportation Group Ltd., respectfully files its proof of service of the summons and complaint. As indicated in the attached return of service, copies of the summons and complaint were served on November 18, 2005 upon the Attorney General of the United States by certified mail.

Dated: November 28, 2005

Respectfully submitted,

WHITE & CASE LLP

By: _____
J. Mark Gidley (D.C. Bar No. 417280)
Christopher M. Curran (D.C. Bar. No. 408561)
Lucius B. Lau (D.C. Bar No. 446088)
701 Thirteenth St., N.W.
Washington, D.C. 20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Stolt-Nielsen Transportation Group Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of November 2005, I caused to be served a true and correct copy of "PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON THE ATTORNEY GENERAL OF THE UNITED STATES" by first-class mail upon:

>Alberto R. Gonzales
>United States Attorney General
>Main Justice Building
>950 Pennsylvania Avenue, N.W.
>Washington, D.C. 20530-0001
>
>Kenneth L. Wainstein
>United States Attorney
> for the District of Columbia
>555 4th Street, N.W.
>Washington, D.C. 20530

_____
Lucius B. Lau