AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Stolt-Nielsen Transportation Group Ltd.

                Plaintiff,

      V.

United States of America

              Defendant.

                    CASE

**SUMMONS IN A CIVIL CASE**

CASE NUMBER   1:05CV02217

JUDGE: Richard J. Leon

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 11/15/2005

TO: (Name and address of Defendant)

Alberto R. Gonzales
United States Attorney General
Main Justice Building
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lucius B. Lau
White & Case LLP
701 Thirteenth St., N.W.
Washington, D.C. 20005

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        NOV 15 2005

CLERK                                  DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE November 18, 2005 |
| NAME OF SERVER *(PRINT)* Ruta K. Skucas | TITLE Associate |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

_____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

         Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

_____

    G  Other (specify): Served certified mail, return receipt requested, serial # 7005 1160 0002 6714 5706 on Alberto Gonzales, U.S. Attorney Gen'l, Main Justice Building, 950 Pennsylvania Ave, NW, Washington, DC 20530-0001

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL N/A | SERVICES postage, certified mail, & return receipt requested | TOTAL $8.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on November 21, 2005      *[signature]*
              Date                    *Signature of Server*

WHITE & CASE LLP
701 13th Street, NW
Washington, DC   20005
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.