**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **STOLT-NEILSEN TRANSPORTATION GROUP LTD.**<br>**800 Connecticut Avenue**<br>**4th Floor East**<br>**Norwalk, CT 06854**<br><br>            **Plaintiff,**<br><br>      v.<br><br>**UNITED STATES OF AMERICA,**<br><br>            **Defendant.** | Civil Action No. 05-2217 (RJL) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Charlotte Abel, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

                            Respectfully submitted,

                            CHARLOTTE A. ABEL, Bar #388582
                            Assistant United States Attorney
                            555 4th Street, N.W.,
                            Room E4410.
                            Washington, D.C.  20530
                            (202) 307-2332