UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| STOLT-NIELSEN TRANSPORTATION GROUP LTD.,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-2217 (RJL) |

**CONSENT MOTION OF DEFENDANT
FOR AN EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Federal defendant moves, pursuant to Fed.R.Civ.P. 6(b)(1), to extend the time within which it may answer or otherwise respond to the complaint. An answer to the complaint is due on or about December 23, 2005. A preliminary statement of the case and the grounds for the motion are as follows:

This is a case brought under the Freedom of Information Act ("FOIA") 5 U.S.C. § 552 to compel the release of documents. Plaintiff, Stolt-Nielsen Transportation Group ("Stolt-Nielsen") alleges in the complaint that on six separate occasions from June 2, 2005, through September 20, 2005 it made FOIA requests of the Antitrust Division of the U.S. Department of Justice. Complaint ¶ 23. Plaintiff acknowledges that it received a letter from defendant along with at least 277 pages of documents. Complaint ¶ 43. Nonetheless, plaintiff contends that the defendant did not respond properly to plaintiff's six FOIA requests. Complaint ¶ 44. Plaintiff filed an administrative appeal on October 5, 2005, contending that defendant failed to show it

was entitled to withhold documents, had not filed a Vaughn index, and was vague with regard to the existence of certain documents. Complaint ¶ 44. Plaintiff alleges that the defendant never responded to its administrative appeal. Thereafter, plaintiff filed this lawsuit on November 15, 2005. Plaintiff demands declaratory and injunctive relief, attorneys fees and costs. Complaint p. 16.

An answer to the complaint is due on or before December 23, 2005. Defendant moves for additional time in which to answer or otherwise respond to the complaint. The grounds for the motion are that due to the complexity of the events described in the complaint, the large number of documents released to plaintiff, and the number of persons involved in the related criminal proceeding, defendant is unable to complete its investigation of the allegations in the complaint and compose a proper response in the time provided by the court rules. Defendant anticipates that it will be able to prepare a response to the complaint on or before January 9, 2006.

WHEREFORE, defendant moves for an extension of time to answer or otherwise respond to the complaint, up to and including January 9, 2006.

### CERTIFICATE PURSUANT TO LCvR 7(m)

Opposing counsel consented to this motion via telephone on December 21, 20005.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN
D.C. Bar No. 451058
United States Attorney


_____
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-2332