UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STOLT-NIELSEN TRANSPORTATION GROUP LTD.,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Civil Action No. 05-2217 (RJL) |

**CONSENT MOTION OF DEFENDANT
FOR A SECOND EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Federal defendant moves, pursuant to Fed.R.Civ.P. 6(b)(1), to extend the time within which it may answer or otherwise respond to the complaint. An answer to the complaint is due on or about January 9, 2006. A preliminary statement of the case and the grounds for the motion are as follows:

This is a case brought under the Freedom of Information Act ("FOIA") 5 U.S.C. § 552 to compel the release of documents. Plaintiff, Stolt-Nielsen Transportation Group ("Stolt-Nielsen") alleges in the complaint that on six separate occasions from June 2, 2005, through September 20, 2005 it made FOIA requests of the Antitrust Division of the U.S. Department of Justice. Complaint ¶ 23. Plaintiff acknowledges that it received a letter from defendant along with at least 277 pages of documents. Complaint ¶ 43. Nonetheless, plaintiff contends that the defendant did not respond properly to plaintiff's six FOIA requests. Complaint ¶ 44. Plaintiff filed an administrative appeal on October 5, 2005, contending that defendant failed to show it

was entitled to withhold documents, had not filed a Vaughn index, and was vague with regard to the existence of certain documents. Complaint ¶ 44. Plaintiff alleges that the defendant never responded to its administrative appeal. Thereafter, plaintiff filed this lawsuit on November 15, 2005. Plaintiff demands declaratory and injunctive relief, attorneys fees and costs. Complaint p. 16.

Defendant moves for additional time in which to answer or otherwise respond to the complaint. The grounds for the motion are that the parties have agreed to meet on Tuesday, January 10, 2006, in order to discuss the case in the hopes of narrowing the contested issues. Plaintiff has consented to this motion to give defendant additional time in which to respond to the complaint in order to permit the parties to confer.

WHEREFORE, defendant moves for an extension of time to answer or otherwise respond to the complaint, up to and including January 23, 2006.

### CERTIFICATE PURSUANT TO LCvR 7(m)

Opposing counsel consented to this motion via telephone on January 5, 2006.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN
D.C. Bar No. 451058
United States Attorney


_____
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-2332