UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STOLT-NIELSEN TRANSPORTATION GROUP LTD.<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Civil Action No. 05-2217 (RJL) |

ORDER

UPON CONSIDERATION of federal defendant's Second Consent Motion for Enlargement of Time to Answer or Otherwise Respond to the Complaint, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED, that federal defendant's motion should be, and it hereby is, granted, and that federal defendant shall have until and including January 23, 2006, in which to answer or otherwise respond to the complaint.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE