UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Stolt-Nielsen Transportation Group Ltd., <br><br> *Plaintiff,* <br><br> v. <br><br> United States of America, <br><br> *Defendant.* | Civil Case No. 1:05CV02217 (RJL) |

**JOINT STATUS REPORT AND**
**PROPOSED SCHEDULING TIMELINE**

Pursuant to Footnote 1 of the Case Management Order in effect for this action, plaintiff, Stolt-Nielsen Transportation Group Ltd., and defendant, the United States of America, respectfully file this joint status report and proposed scheduling timeline.

Because this is a Freedom of Information Act action, it is exempt from the requirements contained in Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure as well as Local Rule 16.3.

In accordance with Footnote 1 of the Case Management Order, the parties are currently of the opinion that this action can be resolved through the filing of a *Vaughn* index and dispositive motions. The parties propose the following scheduling timeline:

| | |
|---|---|
| May 25, 2006: | Deadline for Defendant to file *Vaughn* index. |
| June 30, 2006: | Plaintiff and Defendant to file cross-motions for summary judgment. |
| July 30, 2006: | Deadline to file responses to summary judgment motions. |

August 17, 2006:   Deadline to file replies in support of summary judgment motions.

The parties further request oral argument in this matter at the first date after the filing of the replies that is convenient to the Court. The parties do not believe that an appearance before the Court prior to resolution of the dispositive motions will be necessary.

Dated: April 5, 2006

Respectfully submitted,

WHITE & CASE LLP

By: _____
J. Mark Gidley (D.C. Bar No. 417280)
Christopher M. Curran (D.C. Bar. No. 408561)
Lucius B. Lau (D.C. Bar No. 446088)
701 Thirteenth St., N.W.
Washington, D.C. 20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Stolt-Nielsen Transportation Group Ltd.*

Dated: April 5, 2006

Respectfully submitted,

*Kenneth L. Wainstein/CAA*
KENNETH L. WAINSTEIN
D.C. Bar No. 451058
United States Attorney

_____
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-2332

*Counsel to the United States of America*