UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Stolt-Nielsen Transportation Group Ltd., *Plaintiff*, v. United States of America, *Defendant*. | Civil Case No. 1:05CV02217 (RJL) |

## SCHEDULING ORDER

Upon consideration of the Joint Status Report and Proposed Scheduling Timeline filed by the parties on April 5, 2006, it is hereby

ORDERED that the following deadlines shall apply to this action:

| | |
|---|---|
| May 25, 2006: | Deadline for Defendant to file *Vaughn* index. |
| June 30, 2006: | Plaintiff and Defendant to file cross-motions for summary judgment. |
| July 30, 2006: | Deadline to file responses to summary judgment motions. |
| August 17, 2006: | Deadline to file replies in support of summary judgment motions. |

Oral argument on the cross-motions for summary judgment shall be heard on _____, 2006, at _____.

Dated: _____, 2006

_____
Richard J. Leon
United States District Judge