UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Stolt-Nielsen Transportation Group Ltd., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-2217 (RJL) |
| | ) |
| United States Department of Justice, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## MOTION TO CONSOLIDATE

Federal defendants move, pursuant to Fed. R. Civ. P. 42, to consolidate this civil action with civil action 06-474 (RJL). The grounds for the motion are that the two cases are currently pending before this Court and involve the same parties and contain similar questions of law and fact. The parties can avoid unnecessary costs and duplication of efforts if the cases are consolidated. In addition, judicial economy will be promoted and piecemeal litigation avoided if the cases are consolidated. The grounds for the motion are set forth in greater detail in the attached memorandum of points and authorities. A proposed scheduling order is attached.

### CERTIFICATE PURSUANT TO LCvR 7(m)

Plaintiff does not consent to this motion.

Respectfully submitted,

\_\_/s/_____
KENNETH L. WAINSTEIN
D.C. Bar No. 451058
United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS
D.C. Bar No. 171538

Assistant United States Attorney


\_\_\_/s/_____
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-2332