UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Stolt-Nielsen Transportation Group Ltd., *Plaintiff*, v. United States of America, *Defendant*. | Civil Case No. 1:05CV02217 (RJL) |

## **ORDER**

Upon consideration of the Motion to Consolidate and Proposed Scheduling Order filed by the defendant, it is hereby

ORDERED that civil actions 05-2217 and 06-474 be consolidated. It is

FURTHER ORDERED that the following deadlines shall apply to this consolidated action:

| | |
|---|---|
| July 7, 2006 | Vaughn index due |
| August 11, 2006 | Cross motions for summary judgment due |
| Sept.11, 2006 | Responses to motions for summary judgment due |
| Oct. 20, 2006 | Replies due |

It is FURTHER ORDERED:   that the scheduling order entered on April 17, 2006 in civil action 05-2217 be vacated.

Dated: _____, 2006          _____
                                                            Richard J. Leon
                                                            United States District Judge