UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| STOLT-NIELSEN TRANSPORTATION GROUP LTD., | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 05-2217 (RJL) |
| v. | ) ) ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) | |
| Defendant. | ) ) | |

**CONSENT MOTION OF DEFENDANT
TO ENLARGE THE TIME TO FILE *VAUGHN* INDEX**

Federal defendant moves, pursuant to Fed.R.Civ.P. 6(b)(1), to extend the time within which it may file a *Vaughn* index. Defendant's Vaughn index is due May 25, 2006. Defendant moves to extend time until and including June 2, 2006.

The grounds for the motion to extend time are that the defendant originally anticipated that it could complete the *Vaughn* index by May 25, 2006. Based upon that assumption, the parties jointly negotiated the due date of May 25, 2006. Subsequently, defendant determined that it had initially underestimated the scope of its search for documents and that the scope of its search for documents needed to be expanded. The expanded scope of the search for documents meant that more time was needed than originally anticipated to search for and index responsive documents. Defendant now anticipates that it can complete the *Vaughn* index by June 2, 2006.

WHEREFORE, defendant moves to extend the time in which it may file a *Vaughn* index, until and including, June 2, 2006.

## CERTIFICATE PURSUANT TO LCvR 7(m)

Plaintiff's counsel consents to this motion.

A proposed order is attached.

                                           Respectfully submitted,

                                           ___/s/_____
                                           KENNETH L. WAINSTEIN
                                           D.C. Bar No. 451058
                                           United States Attorney

                                           ___/s/_____
                                           CHARLOTTE A. ABEL
                                           D.C. Bar No. 388582
                                           Assistant United States Attorney
                                           555 Fourth St., N.W.
                                           Washington, D.C. 20530
                                           (202) 307-2332