# Exhibit 2

## Lau, Albie

**From:** Lau, Albie
**Sent:** Wednesday, April 05, 2006 4:19 PM
**To:** Gidley, J. Mark
**Subject:** FW: Stolt-Nielsen

**Tracking:** Recipient      Delivery                    Read
              Gidley, J. Mark Delivered: 4/5/2006 4:19 PM Read: 4/5/2006 4:23 PM

---

**From:** Abel, Charlotte (USADC) [mailto:Charlotte.Abel@usdoj.gov]
**Sent:** Wednesday, April 05, 2006 4:04 PM
**To:** Lau, Albie
**Subject:** RE: Stolt-Nielsen

Agreed.

---

**From:** Lau, Albie [mailto:alau@washdc.whitecase.com]
**Sent:** Wednesday, April 05, 2006 3:25 PM
**To:** Abel, Charlotte (USADC)
**Subject:** Stolt-Nielsen

Charlotte:

Attached are .pdf versions of the joint status report (which I have signed) and proposed scheduling order, as we discussed. Please utilized my handwritten signature for the filing (it is my practice to use handwritten signatures in electronically-filed cases). I have also included Word versions of those documents so that you can modify your signature page as necessary. If you can file the joint status report, that would be great. If you would like me to file the report, that is fine too.

We have also discussed and agreed to certain deadlines for the second FOIA lawsuit filed by Stolt-Nielsen, *Stolt-Nielsen v. United States Department of Justice*, 06-cv-00474 (D.D.C.). In that lawsuit, I have agreed to a deadline of May 3, 2006 for the government to answer (or otherwise respond to) the complaint. You have agreed that the government will (1) release documents (if any) concerning the FOIA requests associated with that case by April 27, 2006; and (2) file a *Vaughn* index in that case no later than June 9, 2006.

Please confirm this agreement by reply e-mail.

And let me know if you have any questions about the joint status report.

Thanks,

Albie

Lucius B. (Albie) Lau
Counsel
White & Case LLP
701 Thirteenth Street, N.W.
Washington, D.C. 20005
telephone: (202) 626-3696

5/24/2006

facsimile: (202) 639-9355
e-mail:    alau@whitecase.com

===================================================================

PLEASE NOTE: The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur
with transmission, please contact sender or call (202) 626-3600. Thank you.
===================================================================

5/24/2006