# Exhibit 3

**WHITE & CASE**

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

Tel  + 1 202 626 3600
Fax + 1 202 639 9355
www.whitecase.com

Direct Dial + (202) 626-3696    alau@whitecase.com

May 23, 2006

VIA FACSIMILE

Charlotte A. Abel, Esq.
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530

Re:  *Stolt-Nielsen Transportation Group Ltd.*: Deadlines for First and Second FOIA Lawsuits

Dear Ms. Abel:

In connection with our conversation this afternoon, I would like to inform you of the following.

*First*, Stolt-Nielsen consents to an extension of time, to and including June 16, 2006, in which you may file a response to its motion for partial summary judgment filed in *Stolt-Nielsen Transportation Group Ltd. v. United States*, Civil Action No. 06cv474 (RJL). Such an extension will afford you a full 34 days in which to respond to Stolt-Nielsen's motion as opposed to the normal 11-day response period.

*Second*, Stolt-Nielsen consents to an extension of time, to and including June 16, 2006, in which you may file the *Vaughn* index in *Stolt-Nielsen Transportation Group Ltd. v. United States*, Civil Action No. 06cv474 (RJL). Pursuant to our e-mail correspondence of April 5, 2006, you previously agreed to file this *Vaughn* index no later than June 9, 2006.

*Third*, Stolt-Nielsen consents to an extension of time, to and including June 2, 2006, in which you may file the *Vaughn* index in *Stolt-Nielsen Transportation Group Ltd. v. United States*, Civil Action No. 05cv2217 (RJL). Pursuant to the Court's minute scheduling order of April 17, 2006, this *Vaughn* index is currently due no later than May 25, 2006.

*Fourth*, Stolt-Nielsen will not consent to the consolidation of its two FOIA lawsuits, Civil Action No. 05cv2217 (RJL) and Civil Action No. 06cv474 (RJL), on the terms you propose. Given the deadlines you propose for the consolidated case (July 7, 2006 for the '06 *Vaughn* index; August 11, 2006 for cross motions for summary judgment; September 11, 2006 for responses; and October 20, 2006 for replies), which are beyond the earlier agreed-upon

Charlotte A. Abel, Esq.

**WHITE & CASE**

May 23, 2006

scheduling deadlines for Civil Action No. 05cv2217 (RJL), it appears that the Defendant only seeks consolidation to further delay the Court's consideration of these two actions. Respectfully, such a result is at odds with the Freedom of Information Act itself as well as the Federal Rules of Civil Procedure, which are designed to promote the "just, speedy, and inexpensive determination of every action." Fed. R. Civ. P. 1.

If you have any questions concerning this letter, please contact me at (202) 626-3696.

Sincerely,

Lucius B. Lau

2

# FACSIMILE

**WHITE & CASE**

White & Case LLP  
701 Thirteenth Street, NW  
Washington, DC 20005

Tel  + 1 202 626 3600  
Fax  + 1 202 639 9355  
www.whitecase.com

Direct Dial + (202) 626-3696    alau@whitecase.com

| | | | |
|---|---|---|---|
| **Date:** | May 23, 2006 | **No. of Pages (including cover):** | 3 |
| **To:** | Charlotte A. Abel, Esq.<br>United States Attorney's Office | **Fax Number:**<br>Contact Number: | (202) 514-8780<br>(202) 307-2332 |
| **From:** | Lucius B. Lau | **Reference No.:** | 1219228-0011-4650 |

**Re:**  *Stolt-Nielsen v. United States of America*, No. 05cv2217 (RJL) (D.D.C.), and *Stolt-Nielsen v. United States Department of Justice*, No. 06cv474 (RJL) (D.D.C.).

**PLEASE NOTE:** The information contained in this facsimile message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, or if any problems occur with transmission, please contact sender or call + 1 202 626 6481.  Thank you.

ALMATY   ANKARA   BANGKOK   BEIJING   BERLIN   BRATISLAVA   BRUSSELS   BUDAPEST   DRESDEN   DÜSSELDORF   FRANKFURT   HAMBURG   HELSINKI  
HO CHI MINH CITY   HONG KONG   ISTANBUL   JOHANNESBURG   LONDON   LOS ANGELES   MEXICO CITY   MIAMI   MILAN   MOSCOW   MUMBAI   NEW YORK   PALO ALTO  
PARIS   PRAGUE   RIYADH   ROME   SAN FRANCISCO   SÃO PAULO   SHANGHAI   SINGAPORE   STOCKHOLM   TOKYO   WARSAW   WASHINGTON, DC

5/23/2006 6:16 PM (2K)  
WASHINGTON 918809 v1 [918809_1.DOC]

```
***********************
   TRANSMISSION REPORT
***********************
```

(TUE) MAY 23 2006 18:56
WHITE & CASE LLP DC

| DOCUMENT # | TIME STORED | TIME SENT | DURATION | PAGE(S) | MODE | RESULT |
|---|---|---|---|---|---|---|
| 4862775-308 | 5. 23 18:55 | 5. 23 18:55 | 58" | 3 | ECM | OK |

| DESTINATION | DST. TEL # |
|---|---|
| 5148780 | 5148780 |

# FACSIMILE

**WHITE & CASE**

White & Case LLP  
701 Thirteenth Street, NW  
Washington, DC 20005

Tel  + 1 202 626 3600  
Fax  + 1 202 639 9355  
www.whitecase.com

Direct Dial + (202) 626-3696      alau@whitecase.com

**Date:** May 23, 2006

**To:** Charlotte A. Abel, Esq.  
United States Attorney's Office

**From:** Lucius B. Lau

**No. of Pages (including cover):** 3

**Fax Number:** (202) 514-8780  
Contact Number: (202) 307-2332

**Reference No.:** 1219228-0011-4650

**Re:** *Stolt-Nielsen v. United States of America*, No. 05cv2217 (RJL) (D.D.C.), and *Stolt-Nielsen v. United States Department of Justice*, No. 06cv474 (RJL) (D.D.C.).

**PLEASE NOTE:** The information contained in this facsimile message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please contact sender or call + 1 202 626 6481. Thank you.