UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Stolt-Nielsen Transportation Group Ltd., <br><br> *Plaintiff*, <br><br> v. <br><br> United States of America, <br><br> *Defendant*. | Civil Action No. 05cv2217 (RJL) |

### ORDER DENYING MOTION TO CONSOLIDATE

Upon consideration of the motion to consolidate filed by the defendant, the United States, and the response to the motion filed by the plaintiff, Stolt-Nielsen Transportation Group Ltd., it is hereby

ORDERED that the motion is denied.


Dated: _____, 2006

_____
Honorable Richard J. Leon, Judge