UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Stolt-Nielsen Transportation Group Ltd., <br><br> *Plaintiff,* <br><br> v. <br><br> United States of America, <br><br> *Defendant.* | Civil Action No. 05cv2217 (RJL) |

## ORDER GRANTING MOTION TO CONSOLIDATE

Upon consideration of the motion to consolidate filed by the defendant, the United States, and the response to the motion filed by the plaintiff, Stolt-Nielsen Transportation Group Ltd., it is hereby

ORDERED that the motion is granted; and it is further

ORDERED that *Stolt-Nielsen Transportation Group Ltd. v. United States of America*, Civil Action No. 05cv2217 (RJL) (D.D.C.), is hereby consolidated with *Stolt-Nielsen Transportation Group Ltd. v. United States Department of Justice*, Civil Action No. 06cv474 (RJL) (D.D.C.), with the resulting action designated as *Stolt-Nielsen Transportation Group Ltd. v. United States of America*, Consol. Civil Action No. 05cv2217 (RJL) (D.D.C.); and it is further

ORDERED that briefing on the issues raised in *Stolt-Nielsen Transportation Group Ltd. v. United States of America*, Civil Action No. 05cv2217 (RJL) (D.D.C.), shall occur utilizing the following briefing schedule:

- June 2, 2006:     Defendant to file *Vaughn* index;
- June 30, 2006:    Summary judgment motions due;

- July 31, 2006: Responses to motions for summary judgment due;

- August 17, 2006: Replies to motions for summary judgment due;

and it is further

ORDERED that briefing on the issues raised in *Stolt-Nielsen Transportation Group Ltd. v. United States of America*, 06cv474 (RJL), shall occur utilizing the following briefing schedule:

- June 16, 2006: Defendant to respond to plaintiff's summary judgment motion; Defendant's summary judgment motion due;

- July 14, 2006: Plaintiff's reply in support of its summary judgment motion due; Plaintiff's response to Defendant's summary judgment motion due;

- August 4, 2006: Defendant's reply in support of its summary judgment motion due.

Dated: _____, 2006

_____
Honorable Richard J. Leon, Judge