Name and Title List
for Civil Action No. 05-2217 Vaughn Index

| Name | Position/Office |
|------|-----------------|
| Bandler, James | Wall Street Journal Reporter |
| Barnett, Belinda | Senior Counsel to Deputy Assistant Attorney General for Antitrust, Scott Hammond |
| Blaszak, M. | Attorney in Private Practice |
| Bostwick, Wendy | Attorney, Philadelphia Field Office |
| Corallo, Mark | Director of Public Affairs, DOJ |
| Connolly, Robert | Chief, Philadelphia Field Office |
| Currie, Duncan | Chief, Dallas Field Office |
| Davis, Nezida | Chief, Atlanta Field Office |
| Delrahim, Makan | Deputy Assistant Attorney General for Antitrust |
| Erin, Blake | Paralegal, Philadelphia Field Office |
| Finch, Andrew | Counsel to the Assistant Attorney General for Antitrust |
| Fonte, John | Attorney, Appellate Section |
| Fuhrhop, Beth Ann | Secretary, Philadelphia Field Office |
| Gibbs, Elaine | Chief, Premerger Unit, Antitrust Division |
| Giordano, Ralph T. | Chief, New York Field Office |
| Goodling, Marcia | Deputy Director, DOJ Public Affairs Office |
| Griffin, James | Deputy Assistant Attorney General for Antitrust until 12/31/04 |
| Hammond, Scott D. | Deputy Assistant Attorney General for Antitrust, was Director of Criminal Enforcement until 1/11/05 |
| Hand, Edward | Chief, Foreign Commerce Section |
| Heiser, Laura | Attorney, Philadelphia Field Office |
| Hess, Richard | Contract Attorney, Manager, Antitrust Division Information System Support Group |

| Name | Position/Office |
|------|-----------------|
| Higbee, David | Attorney, Office of the Assistant Attorney General |
| Hill, Antonia | Attorney, Philadelphia Field Office |
| Hurloch, Jim | Stolt-Nielsen official |
| Jenkins, Gloria | Secretary, Office of the Assistant Attorney General |
| Justice, Kimberly | Attorney, Philadelphia Field Office |
| Kowal, S. | Attorney in Private Practice |
| Lawson, Trisha | Attorney in Private Practice |
| Lenzie, Melisa | Paralegal, Philadelphia Field Office |
| Lynch, Niall | Assistant Chief, San Francisco Field Office |
| Maher, Evan | Paralegal, Foreign Commerce Section |
| McCaulty, Luke | Press Assistant, DOJ Office of Public Affairs |
| McKinnon, John | Reporter, Wall Street Journal |
| Meiners, Brian | Attorney in Private Practice |
| Muoio, Joseph | Assistant Chief, Philadelphia Field Office |
| Nicholson, Robert | Assistant Chief, Appellate Section |
| Norman, Wendy (Bostwick) | Attorney, Philadelphia Field Office |
| O'Brien, Ann (Olek). Her husband, Paul O'Brien, is an Antitrust Division Attorney. | Senior Counsel to Deputy Assistant Attorney General Scott Hammond |
| O'Shaughnessy, Patrick | Special Assistant to Deputy Assistant Attorney General James Griffin |
| O'Sullivan, Catherine | Chief, Appellate Section |
| Overton, Leslie | Counsel in the Assistant Attorney General's Office |
| Parker, Jeffrey | Paralegal, Philadelphia Field Office |
| Pate, R. Hewitt | Assistant Attorney General, Antitrust Division |
| Patchwick - Paszyc, Natalie Merry | Paralegal, Foreign Commerce Section |
| Phelan, Lisa | Chief, National Criminal Enforcement Section |

| Name | Position/Office |
|------|-----------------|
| Pletcher, Mark | Attorney, National Criminal Enforcement Section |
| Piper, Matthew | DOJ Public Affairs Office |
| Pittman, Nellie | Paralegal, Office of the Deputy Assistant Attorney General's Office |
| Powers, John | Assistant Chief, Appellate Section |
| Purcell-White, Anne | Assistant Chief, Foreign Commerce Section |
| Price, Marvin | Chief, Chicago Field Office |
| Quinn, Valerie | Legal Intern, Philadelphia Field Office |
| Ragsdale, James | Litigation Data Analyst, Antitrust Division |
| Rosenberg, Richard | Attorney, Philadelphia Field Office |
| Ross, Douglas | Special Counsel for Agriculture, Antitrust Division |
| Shaan Chima | Paralegal, Philadelphia Field Office |
| Sharp, John | FBI Employee detailed to the Philadelphia Field Office |
| Siegel, Marc | Director of Criminal Enforcement |
| Simms, Donna | Secretary, Office of the Deputy Assistant Attorney General for Antitrust |
| Spigel, Jeffrey | Attorney in Private Practice |
| Starling, Laura | Special Assistant to the Deputy Assistant Attorney General for Antitrust |
| Talamona, Gina | Press Officer, DOJ Office of Public Affairs |
| Walden, James | Attorney in Private Practice |
| Warren, Phillip | Chief, San Francisco Field Office |
| Watson, Scott | Chief, Cleveland Field Office |
| Webster, Constance | Secretary, Philadelphia Field Office |
| Wills-Simms, Donna | Secretary, Office of the Deputy Assistant Attorney General for Antitrust |