UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Stolt-Nielsen Transportation Group Ltd.,

*Plaintiff,*

v.

United States of America,

*Defendant.*

Civil Action No. 05cv2217 (RJL)

## PLAINTIFF'S MOTION FOR LEAVE TO FILE SURREPLY

Stolt-Nielsen Transportation Group Ltd. ("Stolt-Nielsen") respectfully requests leave to file a surreply concerning the defendant's motion to consolidate. A surreply is necessary in order to rebut the argument raised by the government for the first time in its reply that Stolt-Nielsen's interest in its FOIA requests is merely private, not public.

Stolt-Nielsen's surreply has been provisionally filed as of this date.

Dated: June 6, 2006

Respectfully submitted,

**WHITE & CASE**LLP

By: _____

J. Mark Gidley (D.C. Bar No. 417280)
Christopher M. Curran (D.C. Bar. No. 408561)
Lucius B. Lau (D.C. Bar No. 446088)
701 Thirteenth St., N.W.
Washington, D.C. 20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Stolt-Nielsen Transportation
Group Ltd.*