UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Stolt-Nielsen Transportation Group Ltd.,

*Plaintiff,*

v.

United States of America,

*Defendant.*

Civil Action No. 05cv2217 (RJL)

### ORDER GRANTING LEAVE TO FILE SURREPLY

Upon consideration of the motion for leave to file a surreply filed by plaintiff, Stolt-Nielsen Transportation Group Ltd. ("Stolt-Nielsen"), it is hereby

ORDERED that the motion is granted; and it is further

ORDERED that Stolt-Nielsen's surreply concerning the defendant's motion to consolidate is hereby accepted for filing, *nunc pro tunc* to June 6, 2006.

Dated: _____, 2006

_____
Honorable Richard J. Leon, Judge