Name and Title List
for Civil Action No. 06cv474 Vaughn Index

| Name | Position/Office |
|---|---|
| Baker, Donald | Private Practice Attorney |
| Barnett, Belinda | Senior Counsel to Director of Criminal Enforcement and Deputy Assistant Attorney General for Criminal Enforcement |
| Candera, Lisa | Paralegal, Philadelphia Field Office |
| Casey, Maureen | Attorney, Foreign Commerce Section |
| Chung, Nakku | Paralegal, Philadelphia Field Office |
| Connolly, Robert | Chief, Philadelphia Field Office |
| Fonte, John | Attorney, Appellate Section |
| Fuhrhop, Beth Ann | Secretary, Philadelphia Field Office |
| Grannon, Eric | Former Counsel to Assistant Attorney General Hewitt Pate |
| Griffin, James | Deputy Assistant Attorney General for Criminal Enforcement until 12/31/04, then Private Practice Attorney |
| Hamilton, Monica | Paralegal, Philadelphia Field Office |
| Hammond, Scott D. | Deputy Assistant Attorney General for Criminal Enforcement, was Director of Criminal Enforcement until 1/11/05 |
| Hand, Edward | Chief, Foreign Commerce Section |
| Hart, Kevin | Special Assistant to the Directors of Enforcement and Deputy Assistant Attorney General for Criminal Enforcement |
| Heiser, Laura | Attorney, Philadelphia Field Office |
| Hill, Antonia | Attorney, Philadelphia Field Office |
| Justice, Kimberly | Attorney, Philadelphia Field Office |
| Kedziora, Regina | Secretary, Philadelphia Field Office |
| Lenzi, Melissa | Paralegal, Philadelphia Field Office |
| Maher, Evan | Paralegal, Foreign Commerce Section |
| McClain, Lucy | Attorney, Philadelphia Field Office |

| Name | Position/Office |
| --- | --- |
| McDonald, Bruce | Deputy Assistant Attorney General for Antitrust |
| Muoio, Joseph | Assistant Chief, Philadelphia Field Office |
| Norman, Wendy (Bostwick) | Attorney, Philadelphia Field Office |
| O'Brien, Ann (Olek). Her husband, Paul O'Brien, is an Antitrust Division Attorney. | Senior Counsel to Director of Criminal Enforcement and Deputy Assistant Attorney General for Criminal Enforcement |
| O'Shaughnessy, Patrick | Special Assistant to Directors of Enforcement and Deputy Assistant Attorney General for Criminal Enforcement |
| Parker, Jeffrey | Paralegal until May 16, 2003; Law Clerk from August 11, 2003-Nov. 30, 2003; and Attorney as of Nov. 30, 2003, Philadelphia Field Office |
| Patchwick - Paszyc, Natalie Merry | Paralegal, Foreign Commerce Section |
| Pate, R. Hewitt | Assistant Attorney General, Antitrust Division |
| Phelan, Lisa | Chief, National Criminal Enforcement Section |
| Powers, John | Assistant Chief, Appellate Section |
| Purcell-White, Anne | Assistant Chief, Foreign Commerce Section |
| Rakoff, Judge Jed S. | United States District Judge |
| Rosenberg, Richard | Attorney, Philadelphia Field Office |
| Shaan Chima | Paralegal, Philadelphia Field Office |
| Starling, Laura | Special Assistant to Directors of Enforcement and the Deputy Assistant Attorney General for Criminal Enforcement |
| Talamona, Gina | Press Officer, DOJ Office of Public Affairs |
| Tehrani, Daniel B. | Summer Law Intern, Philadelphia Field Office |
| Turner, Tanya | IT Specialist, Philadelphia Field Office |
| Watson, Scott | Chief, Cleveland Field Office |
| Webster, Constance | Secretary, Philadelphia Field Office |

| Name | Position/Office |
|---|---|
| Wellford, Hill | Counsel to the Assistant Attorney General and DAAG McDonald |