UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STOLT-NIELSEN TRANSPORTATION GROUP LTD., | ) ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 05-2217 (RJL) Civil Action No. 06-474 (RJL) (Consolidated) |
| v. | ) ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) ) | |
| Defendant. | ) ) | |

**CONSENT MOTION OF DEFENDANT
TO ENLARGE THE TIME TO FILE
CROSS-MOTIONS FOR SUMMARY JUDGMENT**

Federal defendant moves, pursuant to Fed.R.Civ.P. 6(b)(1), to extend the time within which it both parties may file cross-motions for summary judgment. Dispositive motions are due on August 11, 2006.

The grounds for the motion to enlarge time are that the defendant anticipates that it will need additional time in which to finalize and review its motion for summary judgment. Should the Court grant this enlargement, it will not affect the remaining dates in the briefing schedule entered on June 27, 2006. Barring unforseen circumstances, briefing should still be concluded by October 20, 2006 in conformity with the briefing schedule already in place.

Plaintiff consents to enlarge the time for filing dispositive motions.

WHEREFORE, defendant moves to enlarge the time in which both parties have to file cross-motions for summary judgment, until and including, August 18, 2006.

## CERTIFICATE PURSUANT TO LCvR 7(m)

Plaintiff's counsel consents to this motion.

A proposed order is attached.

                                                Respectfully submitted,

                                                ___/s/_____
                                                KENNETH L. WAINSTEIN
                                                D.C. Bar No. 451058
                                                United States Attorney

                                                ___/s/_____
                                                CHARLOTTE A. ABEL
                                                D.C. Bar No. 388582
                                                Assistant United States Attorney
                                                555 Fourth St., N.W.
                                                Washington, D.C. 20530
                                                (202) 307-2332