UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Stolt-Nielsen Transportation Group Ltd., *Plaintiff,* v. United States of America, *Defendant.* | Consolidated Cases<br>Civil Action No. 05cv2217 (RJL)<br>Civil Action No. 06cv474 (RJL) |

**<u>ORDER</u>**

Upon consideration of the motion for summary judgment filed by plaintiff, Stolt-Nielsen Transportation Group Ltd. ("Stolt-Nielsen"), in Civil Action No. 05cv2217 (RJL) and the motion for partial summary judgment filed by Stolt-Nielsen in Civil Action No. 06cv474 (RJL), it is hereby

ORDERED that the motions are granted; and it is further

ORDERED that summary judgment is hereby entered in favor of Stolt-Nielsen; and it is further

ORDERED that the Antitrust Division of the United States Department of Justice ("Antitrust Division") shall produce all of the following documents to Stolt-Nielsen within fourteen (14) days of the date of this Order (to the extent such documents have not already been produced to Stolt-Nielsen):

(1) (a) any speeches and speech-related materials concerning Stolt-Nielsen given by Scott D. Hammond from June 2, 2005 to the present, as well as speeches and speech-related materials concerning the following speeches given by Mr.

Hammond: (i) in Las Vegas, Nevada during the 19th Annual National Institute on White Collar Crime 2005, on March 3-4 2005; (ii) at the Spring 2005 American Bar Association Antitrust Section Meeting, on March 30 – April 1, 2005; (iii) at the Langdon Hall 2005 Competition Law Invitational Forum in Canada on May 6, 2005; (iv) in New York City on September 14, 2005; (v) in Brussels, Belgium on October 26, 2005; (iv) at the National Press Club in Washington, D.C. on November 16, 2005; and (b) any public speeches and speech-related materials concerning Stolt-Nielsen given by any other Antitrust Division official concerning Stolt-Nielsen, including but not limited to Lisa Phelan (currently Chief, National Criminal Enforcement Section), from March 1, 2004 to January 24, 2006;

(2)    any and all documents related to the opening of the antitrust investigation of the parcel tanker industry in November 2002, including but not limited to (a) an article published in the *Wall Street Journal* on November 22, 2002 regarding the opening of such investigation, James Bandler & John McKinnon, *Stolt-Nielsen Is Probed For Traffic With Iran*, Wall St. J., Nov. 22, 2002, at A3; (b) the request to open an investigation by the Philadelphia Field Office of the Antitrust Division, including but not limited to the Preliminary Inquiry Request Memorandum and any memoranda to the Federal Bureau of Investigation requesting assistance; and (c) any documents memorializing actions taken by the Antitrust Division in opening such investigation;

(3)    any and all materials relating to presentations or communications by, or involving, officials of the Antitrust Division to the International Competition

Network ("ICN") regarding any investigation of Stolt-Nielsen or the parcel tanker industry, or to the revocation of amnesty related to Stolt-Nielsen, including but not limited to: (a) presentations, speeches, and discussions made to the ICN by any Antitrust Division officials or any other ICN member relating to any Stolt-Nielsen investigation or the Stolt-Nielsen amnesty revocation; (b) electronic mail or facsimile communications between Antitrust Division officials and ICN members relating to any Stolt-Nielsen investigation or the Stolt-Nielsen amnesty revocation; and (c) any documents in the possession of the Antitrust Division or its officials memorializing communications, correspondence, presentations, meeting minutes or agenda relating to any Stolt-Nielsen investigation or the Stolt-Nielsen amnesty revocation with ICN members;

(4)  any and all correspondence between Antitrust Division officials and Jim Walden and/or Kristopher Dawes of O'Melveny & Myers LLP related to the antitrust investigation into the parcel tanker industry, particularly relating to the article by Mr. Walden and Mr. Dawes, *The Curious Case of Stolt-Nielsen, S.A. v. United States*, The Antitrust Source (March 2005);

(5)  any and all documents that reflect, memorialize, embody or contain communications to or from (a) the press, including trade press, (b) bar associations, or (c) any other external communications with individuals uninvolved in the litigation with Stolt-Nielsen or the investigation into the parcel tanker industry, regarding Stolt-Nielsen or the investigation into the parcel tanker industry;

(6)　any and all documents that reflect, memorialize, embody or contain communications regarding the investigation into the parcel tanker investigation, to or from (1) David S. Golub; (2) Jonathan M. Levine; (3) James M. Griffin, following his departure from the Antitrust Division in December 2004; and (4) Donald I. Baker, the author of a September 26, 2005 article in the *Legal Times* entitled *True Confessions*;

(7)　any and all amnesty agreements entered into by the Antitrust Division from August 1993 to October 14, 2005;

(8)　any and all documents that reflect, memorialize, embody or contain communications regarding the investigation into the parcel tanker investigation, to or from (a) any attorney with St. Martin & Williams, including but not limited to Conrad S.P. "Duke" Williams III; and (b) any attorney with Kasowitz, Benson, Torres & Friedman LLP, including but not limited to Hector Torres, Harold G. Levinson, or Gary W. Dunn.

Dated: _____, 2006

_____
Honorable Richard J. Leon, Judge

cc:　Lucius B. Lau, Esq.
　　 White & Case, LLP
　　 701 13th Street, NW
　　 Washington, D.C. 20005

　　 (Counsel to Stolt-Nielsen Transportation Group Ltd.)

　　 Charlotte A. Abel, Esq.
　　 United States Attorney's Office

555 Fourth Street, N.W.
Washington, D.C. 20530

(Counsel to United States of America and United States Department of Justice)