UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| STOLT-NIELSEN TRANSPORTATION GROUP LTD., | ) ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 05-2217 (RJL) Civil Action No. 06-474 (RJL) (Consolidated) |
| v. | ) ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) ) | |
| Defendant. | ) ) | |

**CONSENT MOTION OF DEFENDANT
TO ENLARGE THE TIME TO FILE
MOTION FOR SUMMARY JUDGMENT**

Federal defendant moves, pursuant to Fed.R.Civ.P. 6(b), to extend the time within which it may file a motion for summary judgment. Dispositive motions were due on August 11, 2006. On August 10, defendant filed a consent motion to extend the time for both parties to file cross-motions for summary judgment up to and including August 18, 2006. That motion has not yet been ruled upon. Federal defendant now files the instant motion to extend the time to file its motion for summary judgment on or before August 22, 2006. Plaintiff does not need additional time to file its dispositive motion but, as the caption indicates, Plaintiff's counsel has graciously consented to defendant's request to file its motion on August 22, 2006.

The grounds for the motion to enlarge time are that the defendant was preparing to file on August 18, 2006, but at the last minute, defense counsel realized that additional time was needed to finalize and review its motion for summary judgment. Should the Court grant this enlargement, it will not affect the remaining dates in the briefing schedule entered on June 27,

2006. Barring unforseen circumstances, briefing should still be concluded by October 20, 2006 in conformity with the briefing schedule already in place.

WHEREFORE, defendant moves to enlarge the time in which it may file its motion for summary judgment, until and including, August 22, 2006.

### CERTIFICATE PURSUANT TO LCvR 7(m)

Plaintiff's counsel consents to this motion.

A proposed order is attached.

Respectfully submitted,

\_\_\_/s/_____
KENNETH L. WAINSTEIN
D.C. Bar No. 451058
United States Attorney

\_\_\_/s/_____
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-2332