UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Stolt-Nielsen Transportation Group Ltd.,

*Plaintiff*,

v.

United States of America,

*Defendant*.

Consolidated Cases
Civil Action No. 05cv2217 (RJL)
Civil Action No. 06cv474 (RJL)

## DECLARATION OF LUCIUS B. LAU

I, Lucius B. Lau, declare as follows:

1. I am a Counsel with White & Case LLP in Washington, D.C. I am a member of the bar of this Court as well as the Virginia State Bar and the District of Columbia Bar. I make this declaration based upon my personal knowledge.

### I. The Antitrust Division's Corporate Leniency Policy And Speeches Given By Antitrust Division Officials Concerning That Policy

2. Attached as Exhibit 1 is a true and correct copy of the Corporate Leniency Policy of the Antitrust Division of the United States Department of Justice ("Antitrust Division"), dated August 10, 1993.

3. Attached as Exhibit 2 is a true and correct copy of Scott D. Hammond, "An Update of the Antitrust Division's Criminal Enforcement Program" (Nov. 16, 2005).

4. Attached as Exhibit 3 is a true and correct copy of Scott D. Hammond, "Cornerstones Of An Effective Leniency Program" (Nov. 22, 2004).

5. Attached as Exhibit 4 is a true and correct copy of Scott D. Hammond, "When Calculating The Costs And Benefits Of Applying For Corporate Amnesty, How Do You Put A Price Tag On An Individual's Freedom?" (March 8, 2001).

6. Attached as Exhibit 5 is a true and correct copy of Scott D. Hammond, "Fighting Cartels – Why And How? Lessons Common To Detecting And Deterring Cartel Activity" (Sept. 12, 2000).

7. Attached as Exhibit 6 is a true and correct copy of Scott D. Hammond, "Detecting And Deterring Cartel Activity Through An Effective Leniency Program" (Nov. 21, 2000).

8. Attached as Exhibit 7 is a true and correct copy of Gary R. Spratling, "Making Companies An Offer They Shouldn't Refuse" (Feb. 16, 1999).

9. Attached as Exhibit 8A and 8B is a true and correct transcription of "Recent Developments In Antitrust Law," 19th Annual National Institute On White Collar Crime 2005, Las Vegas, Nevada, March 3, 2005.

10. Attached as Exhibit 9 is a true and correct copy of Gary R. Spratling, "Transparency In Enforcement Maximizes Cooperation From Antitrust Offenders" (Oct. 15, 1999).

## II. Stolt-Nielsen's Amnesty Agreement And Related Correspondence

11. Attached as Exhibit 10 is a true and correct copy of an amnesty agreement between Stolt-Nielsen Transportation Group Ltd. and the Antitrust Division of the United States Department of Justice, dated January 15, 2003.

12. Attached as Exhibit 11 is a true and correct copy of a letter from Robert E. Connolly to John M. Nannes, dated April 8, 2003.

## III. Stolt-Nielsen's Civil Action Concerning The Amnesty Agreement Filed In The United States District Court For The Eastern District Of Pennsylvania

13. Attached as Exhibit 12 is a true and correct copy of the complaint filed in *Stolt-Nielsen S.A. v. United States*, No. 04-537 (E.D.Pa.), dated February 6, 2004.

14. Attached as Exhibit 13 is a true and correct copy of a court order entered in *Stolt-Nielsen S.A. v. United States*, No. 04-537 (E.D.Pa.), dated February 13, 2004.

15. Attached as Exhibit 14 is a true and correct copy of a letter from James M. Griffin to J. Mark Gidley, dated March 2, 2004.

16. Attached as Exhibit 15A – 15G is a true and correct copy of the trial transcripts in *Stolt-Nielsen S.A. v. United States*, No. 04-537 (E.D.Pa.), dated April 13-14, 2004.

17. Attached as Exhibit 16 is a true and correct copy of "Government's Motion To Unseal" filed in *Stolt-Nielsen S.A. v. United States*, No. 04-537 (E.D.Pa.), dated May 13, 2004.

18. Attached as Exhibit 17 is a true and correct copy of *Stolt-Nielsen S.A. v. United States*, 352 F. Supp. 2d 553 (E.D.Pa. 2005), *rev'd*, 442 F.3d 177 (3d Cir. 2006).

19. Attached as Exhibit 18 is a true and correct copy of a court order entered in *Stolt-Nielsen S.A. v. United States*, No. 04-537 (E.D.Pa.), dated January 14, 2005.

### IV. The Antitrust Division's Appeal To The Third Circuit

20. Attached as Exhibit 19 is a true and correct copy of select pages from "Brief for Appellant United States of America," filed in *Stolt-Nielsen S.A. v. United States*, No. 05-1480 (3d Cir.), dated May 17, 2005.

21. Attached as Exhibit 20 is a true and correct copy of select pages from "Reply Brief for Appellant United States of America," filed in *Stolt-Nielsen S.A. v. United States*, No. 05-1480 (3d Cir.), dated July 7, 2005.

22. Attached as Exhibit 21 is a true and correct copy of a letter from John J. Powers, III to the Clerk, U.S. Court of Appeals for the Third Circuit, dated September 27, 2005.

23. Attached as Exhibit 22 is a true and correct copy of *Stolt-Nielsen S.A. v. United States*, 442 F.3d 177 (3d Cir. 2006).

### V. Articles Concerning Stolt-Nielsen And Related Material

24. Attached as Exhibit 23 is a true and correct copy of Rajesh Joshi, "FBI's 'strong case' may lead to more Stolt-Nielsen arrests," *Lloyd's List* (August 13, 2003).

25. Attached as Exhibit 24 is a true and correct copy of Jim Walden, Kristopher Dawes, *The Curious Case of Stolt-Nielsen S.A. v. United States*, The Antitrust Source (March 2005).

26. Attached as Exhibit 25 is a true and correct copy of an e-mail from Jim Walden to Scott Hammond, dated January 25, 2005 (ATR015-017), obtained from the Antitrust Division in response to a FOIA request.

27. Attached as Exhibit 26 is a true and correct copy of Donald L. Baker, *True Confessions*, Legal Times (Sept. 26, 2005).

### VI. FOIA Requests

28. Attached as Exhibit 27 is a chart summarizing the 12 FOIA requests made by Stolt-Nielsen Transportation Group Ltd. between June 2, 2005 through January 26, 2006.

29. Attached as Exhibit 28 is a true and correct copy of a letter from Ruta Kalvaitis Skučas to FOIA/PA Officer, Antitrust Division, dated June 2, 2005 (concerning a December 4, 2002 meeting between the Antitrust Division and John Nannes).

30. Attached as Exhibit 29 is a true and correct copy of a letter from Ruta Kalvaitis Skučas to FOIA/PA Officer, Antitrust Division, dated June 2, 2005 (concerning speeches of Deputy Assistant Attorney General Scott Hammond).

31. Attached as Exhibit 30 is a true and correct copy of a letter from Ruta Kalvaitis Skučas to FOIA/PA Officer, Antitrust Division, dated June 13, 2005 (concerning the opening of the parcel tanker investigation).

32. Attached as Exhibit 31 is a true and correct copy of a letter from Ruta Kalvaitis Skučas to FOIA/PA Officer, Antitrust Division, dated June 24, 2005 (concerning Antitrust Division comments about Stolt-Nielsen at the International Competition Network).

33. Attached as Exhibit 32 is a true and correct copy of a letter from Ruta Kalvaitis Skučas to FOIA/PA Officer, Antitrust Division, dated August 23, 2005 (concerning communications between the Antitrust Division and the authors of *The Curious Case of Stolt-Nielsen*).

34. Attached as Exhibit 33 is a true and correct copy of a letter from Ruta Kalvaitis Skučas to FOIA/PA Officer, Antitrust Division, dated September 20, 2005 (concerning Antitrust Division correspondence with the press and bar associations about Stolt-Nielsen).

### VII. Miscellaneous

35. Attached as Exhibit 34 is a true and correct copy of an amnesty agreement between the Antitrust Division and Christie's International plc, dated January 2000 (ATR-2015 – 2018), provided to Stolt-Nielsen in response to a FOIA request.

36. Attached as Exhibit 35 is a true and correct copy of Gary R. Spratling, "The Corporate Leniency Policy: Answers To Recurring Questions" (April 1, 1998).

37. Attached as Exhibit 36 is a true and correct copy of select pages of the trial transcript in *Stolt-Nielsen S.A. v. United States*, No. 04-537 (E.D.Pa.), dated April 13-14, 2004.

38. Attached as Exhibit 37 is a true a correct copy of select pages of the *Vaughn* index filed by the Government in Civil Action No. 05cv2217 (RJL).

39. Attached as Exhibit 38 is a true and correct copy of "Memorandum on the Establishment and Operation of the International Competition Network," obtained at http://www.internationalcompetitionnetwork.org/aboutus.html on August 17, 2006.

40. Attached as Exhibit 39 is a true and correct copy of a letter from R. Hewitt Pate to James A. Griffin, dated April 12, 2004.

41. Attached as Exhibit 40 is a true and correct copy of an Antitrust Division press release entitled "Norwegian Shipping Co. and Two Executives Agree to Plead Guilty in International Parcel Tanker Shipping Investigation," dated September 29, 2003.

42. Attached as Exhibit 41 is a true and correct copy of an Antitrust Division press release entitled "Dutch Shipping Company Agrees to Plead Guilty in International Parcel Tanker Shipping Investigation," dated April 19, 2004.

43. Attached as Exhibit 42 is a true and correct copy of Scott D. Hammond, "Measuring the Value of Second-In Cooperation in Corporate Plea Negotiations," dated March 29, 2006.

44. Attached as Exhibit 43 is a true and correct copy of Anne K Bingaman, "Antitrust Enforcement, Some Initial Thoughts and Actions," dated August 10, 1993.

45. Attached as Exhibit 44 is a true and correct copy of Anne K. Bingaman, "Change and Continuity in Antitrust Enforcement," dated October 21, 1993.

46. Attached as Exhibit 45 is a true and correct copy of select pages of the Antitrust Division's Grand Jury Manual (Nov. 1991, 1st ed.).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 18, 2006  
Washington, D.C.

_____  
Lucius B. Lau