# Exhibit 13




IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STOLT-NIELSEN S.A().<br>and<br>STOLT-NIELSEN TRANSPORTATION GROUP, LTD.<br>vs.<br>UNITED STATES OF AMERICA | CIVIL ACTION<br><br>No. 04-537<br><br>Filed Under Seal |

**FILED** FEB 1 3 2004
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

### ORDER

**AND NOW**, this 12th day of February, 2004, upon consideration of Stolt-Nielsen's Motion to Seal (Document No. 2) and the government's consent, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that all pleadings and all other papers filed in this action shall be **FILED UNDER SEAL**.

_____
TIMOTHY J. SAVAGE, J.

**ENTERED**

FEB 1 7 2004

CLERK OF COURT