# Exhibit 18





### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STOLT-NIELSEN S.A.,
STOLT-NIELSEN TRANSPORTATION
GROUP, LTD. and RICHARD
WINGFIELD

      :     CIVIL ACTION

      v.

      :     NO. 04-CV-537

UNITED STATES OF AMERICA



FILED
JAN 1 4 2005
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

### ORDER

AND NOW, this 14th day of January, 2005, after notice to counsel, it is **ORDERED**

that the Order granting Stolt-Nielsen's Motion to Seal (Document No. 2) and the Order

denying the Government's Motion to Unseal (Document No. 51) are **VACATED**.

**IT IS FURTHER ORDERED** as follows:

1.     With the exception of the Government's *In Camera* and *Ex Parte* Submission

in Support of its Response in Opposition to Plaintiff's Motion for Preliminary Injunction and

the Government's Supplemental *In Camera* and *Ex Parte* Submission (Document No. 17),

all documents in this case are **UNSEALED**.

2.     The Government's *In Camera* and *Ex Parte* Submission in Support of its

Response in Opposition to Plaintiff's Motion for Preliminary Injunction and the

Government's Supplemental *In Camera* and *Ex Parte* Submission (Document No. 17) shall

remain **SEALED**.

ENTERED

JAN 1 4 2005

CLERK OF COURT

_____
TIMOTHY J. SAVAGE, J.