# Exhibit 20

# 05-1480

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

STOLT-NIELSEN, ET AL.
*Plaintiffs-Appellees,*

v.

UNITED STATES OF AMERICA,
*Defendant-Appellant.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(Honorable Timothy J. Savage, Jr.)

**REPLY BRIEF FOR APPELLANT UNITED STATES OF AMERICA**

|  |  |
|---|---|
|  | THOMAS O. BARNETT<br>*Acting Assistant Attorney General* |
| ROBERT E. CONNOLLY<br>ANTONIA R. HILL<br>WENDY BOSTWICK NORMAN<br>KIMBERLY A. JUSTICE<br>RICHARD S. ROSENBERG<br>*Attorneys*<br>U.S. Department of Justice<br>One Independence Square West<br>7th & Walnut Streets<br>Suite 650<br>Philadelphia, PA 19106-2424 | SCOTT D. HAMMOND<br>MAKAN DELRAHIM<br>*Deputy Assistant Attorneys General*<br><br>JOHN J. POWERS, III<br>JOHN P. FONTE<br>*Attorneys*<br>U.S. Department of Justice<br>Antitrust Division<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530<br>(202) 514-2435 |

must also pledge to provide "full, continuing and complete cooperation." *Id.* When it signed the conditional Agreement at issue here, SNTG made those representations and promises. US Br. 13; JA44 ¶¶57, 64.

The Division voided the Agreement because the evidence established both that SNTG's misrepresentation made it ineligible to receive leniency, and that SNTG failed to provide the "full, continuing and complete cooperation" required by the Agreement. Thus, SNTG's suggestion that the Division has treated it unfairly is false. Until this case, no leniency applicant had ever lied to the Division about its eligibility for leniency. This separates SNTG from the well over 100 applications for leniency (almost all of which were granted) that the Division has received since revising its Leniency Policy in 1993. Scott Hammond, An Overview of Recent Developments In Criminal Enforcement 8-10 (Jan. 10, 2005) at http://www.usdoj.gov/atr/public/speeches/207226.pdf. Indeed, the Division has every incentive to treat leniency applicants fairly and grant leniency to those that qualify because the Leniency Program produces so many of its convictions and is its "most effective generator of international cartel cases." *Id.* at 8-9.

Rather than determining when SNTG first discovered the conduct it reported to the Division (*e.g.*, whether O'Brien discovered that conduct by

16