# Exhibit 23

Lloyd's Marine Intelligence Unit

Decision ready data delivered to your desk...

• Casualty Reporting
• Vessel Characteristics
• Movements
• Ownership
• Solutions

visit www.lloydsmiu.com

www.lloydslist.com

Wednesday August 13 2003

# Lloyd's List

180p    No. 58,467    SHIPPING • INSURANCE • ENERGY • TRADE • LOGISTICS



C-MAP NORWAY

The Global Electronic Chart Service

www.c-map.no

# FBI's 'strong case' may lead to more Stolt-Nielsen arrests

## Bureau's stance over price-fixing probe is made public in the run up to Wingfield's indictment, writes **Rajesh Joshi** in New York

THE noose appears to be tightening around the top management of chemical tanker giant Stolt-Nielsen, after the Federal Bureau of Investigation said it has a "strong case" against the accused in its price-fixing investigation in the US and expects "several more arrests" in the coming months.

The FBI's stance, which does not implicate the company itself in collusive behaviour, has become public in advance of the formal indictment of Richard Wingfield, the former managing director of Stolt-Nielsen's parcel tanker business out of Connecticut, which is expected by the end of September.

Stolt-Nielsen faces the probe in the US for allegedly agreeing with its top rivals, including Odfjell and Tokyo Marine, to control prices for chemical transport into the US. A separate probe of a similar nature is reportedly also under way in Brussels.

The indictment of Mr Wingfield, a New Zealander, comes after the FBI determined that he was "not co-operating" with its investigation and issued a warrant. The executive

is currently free on a $500,000 bond that was necessitated largely due to his foreign citizenship. However, he has surrendered his passport to the FBI.

Mr Wingfield has been also removed from a conditional amnesty Stolt-Nielsen has won from Washington for agreeing to co-operate in the investigation.

Some legal experts have wondered whether Stolt-Nielsen can claim ignorance of all of Mr Wingfield's doings. As matters stand, however, the company remains free of any criminal charges, which are now expected to widen to include several of Mr Wingfield's colleagues.

Special agent John Sharp from the FBI's Philadelphia field office told Lloyd's List: "No matter what happens with the case, [the arrest] will remain on Mr Wingfield's record."

Mr Sharp said the FBI had documents to prove that Stolt-Nielsen executives hatched a price-fixing conspiracy. The existence of these documents and the executives' inability to contest their existence was



itself tantamount to an admission of culpability, Mr Sharp said.

Mr Sharp said he was not at liberty to divulge names of people other than Mr Wingfield who would be arrested, but added: "I know who

they are." He said Mr Wingfield still had the option to turn a government witness in exchange of leniency, but refused to say whether the executive's legal counsel and the FBI had had such a discussion.

The FBI says it has documents to prove that Stolt-Nielsen executives hatched a price-fixing conspiracy.

Based on the strength of the incriminatory materials in the FBI's possession, the most likely outcome when the indictment is handed down could be a plea bargain that obviates the need for a trial, Mr Sharp added. Stolt-Nielsen referred queries to its New York press spokesman, who could not be reached for comment yesterday.

Mr Wingfield has been charged with violating the Sherman Act, the US law governing antitrust issues.

Any conviction on this count is deemed a felony, carrying a criminal sentence of up to three years. In addition, the law provides for civil penalties of up to $350,000 on an individual proven to be guilty, and up to $10m on a company.

However, from Stolt-Nielsen's perspective, potentially the most damaging provision could be sanctions calculated as a factor of the "unjust enrichment" that can be traced back to the company as a result of price collusion.

## GLOBAL Summary

### VT Group sells marine and subsea controls arms for £13.5m

VT Group has disposed of two of its controls businesses, but has rebutted suggestions that it was prompted by the need to wipe out debt.

**Business & Insurance — Page 2**

### ■ Unions target permit abusers

In the wake of the CSL Pacific judgment in the Australian High Court last week, Lloyd's List understands that the Australian maritime unions will soon embark on a series of legal challenges against operators, who they allege are consistent abusers of the coastal voyage permit system.

**News — Page 3**

### ■ Teton in Russia for the long game

Russia is the target of the new oil rush — but one American energy company, Denver-based Teton Petroleum, has been wholly committed to the country for all of eight years.

**Markets — Page 4**

### ■ Celebrity lawyers turn pod row screws



With Mermaid podded propulsor suppliers Alstom and Rolls-Royce preferring to consult lawyers rather than journalists over claims that their equipment has consistently failed to perform, the field has been left clear for the Royal Caribbean Cruises subsidiary Celebrity to make the running in putting its side of the story.