# Exhibit 27

## Summary of FOIA Requests Made by Stolt-Nielsen

| No. | Date/Control No | FOIA Requests |
|---|---|---|
| 1. | June 2, 2005<br><br>ATFY05-072 | Copies of, and notes related to, four (4) speeches given by Scott D. Hammond in: (1) Las Vegas, 3/3-4/2005; (2) ABA Meeting, 3/30-4/1/2005; (3) Canada, 5/6/2005; and (4) any other speeches.<br><br>Any drafts relating to *The Curious Case of Stolt-Nielsen, The Antitrust Source* (March 2005) |
| 2. | June 2, 2005<br><br>ATFY05-071 | Internal memoranda or notes relating to a 12/4/2002 meeting with John Nannes relating to SNTG's application to, and participation in, the amnesty program. |
| 3. | June 13, 2005<br><br>ATFY05-080 | Documents relating to the opening of the investigation into the parcel tanker industry in November 2002. |
| 4. | June 24, 2005<br><br>ATFY05-088 | Any presentations to, or communications with, the ICN regarding the parcel tanker investigation. |
| 5. | August 23, 2005<br><br>ATFY05-113 | Correspondence to/from the Antitrust Division and Jim Walden and/or Kristopher Dawes related to the antitrust investigation into the parcel tanker industry. |
| 6. | September 20, 2005<br><br>ATFY05-131 | Communications to/from the press, bar associations, or other communications with individuals not involved in the investigation. |
| 7. | October 14, 2005<br><br>ATFY06-003 | Antitrust Division communications regarding the parcel tanker investigation with (1) David S. Golub; (2) Jonathan M. Levine; (3) James M. Griffin; or (4) Donald I. Baker. |
| 8. | October 14, 2005<br><br>ATFY06-002 | Any and all amnesty agreements entered into by the Antitrust Division from August 1993 to the present. |
| 9. | November 9, 2005<br><br>ATFY06-019 | Any speeches and speech-related materials concerning Stolt-Nielsen given by Antitrust Division officials. |
| 10. | December 7, 2005<br><br>ATFY06-026 | Communications, presentations, or speeches between the Antitrust Division and the ICN. |

| No. | Date/Control No | FOIA Requests |
|---|---|---|
| 11. | January 24, 2006<br><br>ATFY06-038 | (1) Any speeches and speech related materials concerning Stolt-Nielsen given by Scott Hammond from November 9, 2005 to the present; and (2) any public speeches and speech-related materials concerning Stolt-Nielsen given by any other Antitrust Division official concerning Stolt-Nielsen, including but not limited to Lisa Phelan from March 1, 2004 to the present. |
| 12. | January 26, 2006<br><br>ATFY06-040 | Communications to/from (1) any attorney with St. Martin & Williams, including but not limited to Conrad S.P. "Duke" Williams III; and (2) any attorney with Kasowitz, Benson, Torres & Friedman LLP, including but not limited to: (i) Hector Torres, (ii) Harold G. Levinson, or (iii) Gary W. Dunn regarding the parcel tanker industry investigation. |