**WHITE & CASE**

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

Tel  + 1 202 626 3600
Fax + 1 202 639 9355
www.whitecase.com

Direct Dial + (202) 626-3690

ATFY05-072

June 2, 2005

FOIA/PA Officer, Antitrust Division
Department of Justice
Suite 200, Liberty Place Building
Washington, DC 20530-0001

Re: Freedom of Information Act Request

Dear Sir or Madam:

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552 *et seq.* (2000) ("FOIA") and regulations promulgated thereunder, particularly 28 C.F.R. Part 16 (2004), Stolt-Nielsen Transportation Group, Ltd. ("SNTG") hereby requests that the U.S. Department of Justice, Antitrust Division ("Antitrust Division") release copies of, and notes related to, the following speeches given by Scott D. Hammond, Deputy Assistant Attorney General and Director of Criminal Enforcement:

1. In Las Vegas, Nevada during the 19th Annual National Institute on White Collar Crime 2005, on March 3-4, 2005;

2. At the Spring 2005 American Bar Association Antitrust Section Meeting, on March 30 – April 1, 2005;

3. At the Langdon Hall 2005 Competition Law and Policy Invitational Forum in Canada on May 6, 2005; and

4. Any other public speeches or presentations in which Mr. Hammond discussed the Antitrust Division's pending action(s) against STNG.

STNG also requests that the Antitrust Division release any drafts of <u>The Curious Case of *Stolt-Nielsen S.A. v. United States*</u>[1] and any comments, notes or other documents relating to this article that were prepared by any Antitrust Division employees, whether located in Washington, D.C. or the Antitrust Division's Philadelphia Field Office.

---

[1] Jim Walden and Kristopher Dawes, <u>The Curious Case of *Stolt-Nielsen, S.A. v. United States*</u>, THE ANTITRUST SOURCE (March 2005).

GOVERNMENT EXHIBIT H

FOIA/PA Officer, Antitrust Division
June 2, 2005

As this material relates to public comments made by Mr. Hammond, as well as articles, regarding STNG and does not involve confidential information related to any individuals, there are no privacy issues under 28 C.F.R. § 16.41(d) (2004) relating to the release of the material. If this request is denied in whole or part, STNG requests that the Antitrust Division justify all deletions by reference to specific exemptions of FOIA. STNG also expects Antitrust Division to release all segregable portions of otherwise exempt material. STNG, of course, reserve the right to appeal the Antitrust Division's decision to withhold any information.

STNG expects to receive a reply from the Antitrust Division within twenty (20) business days of the receipt of this request, as mandated by FOIA, 5 U.S.C. § 552(a)(6)(A)(i) (2000). STNG is prepared to appeal any adverse decision regarding release of the requested materials.

Please do not hesitate to contact the undersigned at (202) 626-3690 if you have any questions regarding this request.

Best regards,

Ruta Kalvaitis Skučas