**WHITE & CASE**

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

Tel + 1 202 626 3600
Fax + 1 202 639 9355
www.whitecase.com

Direct Dial + (202) 626-3690

ATF/05-080

June 13, 2005

FOIA/PA Officer, Antitrust Division
Department of Justice
Suite 200, Liberty Place Building
Washington, DC 20530-0001

Re: Freedom of Information Act Request

Dear Sir or Madam:

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552 *et seq.* (2000) ("FOIA") and regulations promulgated thereunder, particularly 28 C.F.R. Part 16 (2004), Stolt-Nielsen Transportation Group, Ltd. ("SNTG") hereby requests that the U.S. Department of Justice, Antitrust Division ("Antitrust Division") release any and all documents relating to the opening of the antitrust investigation of the parcel tanker industry in November 2002, including but not limited to documents and information specifically relating to the following:

1. The article, "*Stolt-Nielsen Is Probed For Traffic With Iran*", published in the Wall Street Journal;[1]

2. The request to open an investigation by the Philadelphia Field Office of the Antitrust Division, including but not limited to the Preliminary Inquiry Request Memorandum and any memoranda to the Federal Bureau of Investigation requesting assistance; and

3. Any documents memorializing actions taken by the Antitrust Division in opening such investigation.

Because this information concerns documents and meetings regarding STNG and does not involve confidential information related to any individuals, there are no privacy issues under 28 C.F.R. § 16.41(d) (2004) relating to the release of the material. If this request is denied in whole or part, STNG requests that the Antitrust Division justify all deletions by reference to specific exemptions of FOIA. STNG also expects the Antitrust Division to release all segregable portions of otherwise exempt material. STNG, of course, reserves the right to appeal the Antitrust Division's decision to withhold any information.

---

[1] James Bandler & John McKinnon, *Stolt-Nielsen Is Probed For Traffic With Iran*, WALL ST. J., Nov. 22, 2002, at A3.

GOVERNMENT EXHIBIT 1

FOIA/PA Officer, Antitrust Division

WHITE & CASE

June 13, 2005

STNG expects to receive a reply from the Antitrust Division within twenty (20) business days of the receipt of this request, as mandated by FOIA, 5 U.S.C. § 552(a)(6)(A)(i) (2000). STNG is prepared to appeal any adverse decision regarding release of the requested materials.

Please do not hesitate to contact the undersigned at (202) 626-3690 if you have any questions regarding this request.

Best regards,

Ruta Kalvaitis Skučas