# WHITE & CASE

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

Tel  + 1 202 626 3600
Fax  + 1 202 639 9355
www.whitecase.com

---

Direct Dial + (202) 626-3690

ATFY05-131

September 20, 2005

FOIA/PA Officer, Antitrust Division
Department of Justice
Suite 200, Liberty Place Building
Washington, DC 20530-0001

Re:    Freedom of Information Act Request

Dear Sir or Madam:

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552 *et seq.* (2000) ("FOIA") and regulations promulgated thereunder, particularly 28 C.F.R. Part 16 (2004), Stolt-Nielsen Transportation Group Ltd. ("SNTG") hereby requests that the U.S. Department of Justice ("Department"), Antitrust Division ("Antitrust Division") release any and all documents that reflect, memorialize, embody or contain communications to or from

(1) the press, including trade press,

(2) bar associations, or

(3) any other external communications with individuals uninvolved in the litigation with SNTG or the investigation into the parcel tanker industry

regarding SNTG or the investigation into the parcel tanker industry. In particular, SNTG requests

(a) communications to or from James Bandler of the Wall Street Journal,

(b) communications to or from reporter(s) at the Tradewinds publication, and

(c) internal Department circulation of press stories regarding SNTG or the investigation into the parcel tanker industry.

This request relates to SNTG and does not involve confidential information regarding any individuals; accordingly, there are no privacy issues under 28 C.F.R. § 16.41(d) (2004) regarding the release of the requested material. If this request is denied in whole or part, SNTG requests that the Antitrust Division justify all deletions by reference to specific exemptions of FOIA. SNTG also expects the Antitrust Division to release all segregable portions of otherwise exempt material.

---

ALMATY    ANKARA    BANGKOK    BEIJING    BERLIN    BRATISLAVA    BRUSSELS    BUDAPEST    DRESDEN    DÜSSELDORF    FRANKFURT    HAMBURG    HELSINKI
HO CHI MINH CITY    HONG KONG    ISTANBUL    JOHANNESBURG    LONDON    LOS ANGELES    MEXICO CITY    MIAMI    MILAN    MOSCOW    MUMBAI    NEW YORK
PARIS    PRAGUE    RIYADH    ROME    SAN FRANCISCO    SÃO PAULO    SHANGHAI    SINGAPORE    STOCKHOLM    TOKYO    WARSAW    WASHINGTON, D.C.

GOVERNMENT
EXHIBIT

L

FOIA/PA Officer, Antitrust Division

WHITE & CASE

September 20, 2005

SNTG, of course, reserves the right to appeal the Antitrust Division's decision to withhold any information.

SNTG expects to receive a reply from the Antitrust Division within twenty (20) business days of the receipt of this request, as mandated by FOIA, 5 U.S.C. § 552(a)(6)(A)(i) (2000). SNTG is prepared to appeal any adverse decision regarding release of the requested materials. Please do not hesitate to contact the undersigned at (202) 626-3690 if you have any questions regarding this request.

Best regards,

Ruta Kalvaitis Skučas

2