**WHITE & CASE**

White & Case LLP  
701 Thirteenth Street, NW  
Washington, DC 20005

Tel + 1 202 626 3600  
Fax + 1 202 639 9355  
www.whitecase.com

Direct Dial + (202) 626-3690

October 14, 2005

ATFY06-002

FOIA/PA Officer, Antitrust Division  
Department of Justice  
Suite 200, Liberty Place Building  
Washington, DC 20530-0001

RECEIVED 2005 OCT 14 PM 4:30 FOIA/PA UNIT ANTITRUST DIVISION

Re:   Freedom of Information Act Request

Dear Sir or Madam:

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552 *et seq.* (2000) ("FOIA") and regulations promulgated thereunder, particularly 28 C.F.R. Part 16 (2004), Stolt-Nielsen Transportation Group Ltd. ("SNTG") hereby requests that the U.S. Department of Justice ("Department"), Antitrust Division ("Antitrust Division") release any and all amnesty agreements entered into by the Antitrust Division from August 1993 to the present.

In an effort to expedite response to this matter and protect any arguably confidential information regarding the identity of the companies or individuals, SNTG will accept such documents with the names and identities of the relevant companies or individuals redacted.

If this request is denied in whole or part, SNTG requests that the Antitrust Division justify all deletions by reference to specific exemptions of FOIA. SNTG also expects the Antitrust Division to release all segregable portions of otherwise exempt material. SNTG, of course, reserves the right to appeal the Antitrust Division's decision to withhold any information.

SNTG expects to receive a reply from the Antitrust Division within twenty (20) business days of the receipt of this request, as mandated by FOIA, 5 U.S.C. § 552(a)(6)(A)(i) (2000). SNTG is prepared to appeal any adverse decision regarding release of the requested materials. Please do not hesitate to contact the undersigned at (202) 626-3690 if you have any questions regarding this request.

Best regards,

Ruta Kalvaitis Skučas

GOVERNMENT EXHIBIT N