

U.S. Department of Justice

Antitrust Division

---

*Liberty Place Building*
*325 Seventh Street NW*
*Washington, DC 20530*

January 31, 2006

Lucius B. Lau
Mark B. Gidley
White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

       Re:   Stolt-Nielsen Transportation Group Ltd. v. United States,
             Civil Case No. 1:05cv02217 (D.D.C.)

Dear Messrs. Lau and Gidley:

     During our January 10, 2006 meeting concerning the above entitled action, you requested an unredacted copy of an e-mail dated January 26, 2005, from Robert Connolly to Scott Hammond, a copy of which was sent to James Walden. The e-mail, attached to your Complaint as Attachment 5, is part of a three page string of e-mails disclosed to you in response to your FOIA request number ATFY05-072 on September 13, 2005. As you pointed out, the text of the January 26, 2005 e-mail had inadvertently been withheld.

     An unredacted copy of the aforementioned e-mail is enclosed. The remainder of the three page document is redacted as originally released.

     Thank you for your cooperation. Please do not hesitate to call me at (202) 514-2692 if you have any questions.

                                 Sincerely,

                                 Ann Lea Richards
                                 Chief,
                                 Freedom of Information Act Unit

Enclosure

cc: Charlotte Abel

