

**U.S. Department of Justice**

Antitrust Division

---

*Liberty Place Building*
*325 Seventh Street NW*
*Washington, DC 20530*

April 27, 2006

Lucius B. Lau
Mark B. Gidley
White & Case LLP
701 Thirteenth Street, N.W.
Washington, DC 20005

Re:  Freedom of Information Act Request No. ATFY06-002

Dear Messrs. Gidley and Lau:

This letter responds to an October 14, 2005 Freedom of Information Act request submitted by Ruta Kalvaitis Skučas of your firm, for any and all amnesty agreements entered into by the Antitrust Division ("Division") from August 1993 to the present. During our January 10, 2006 meeting you limited the scope of the request to the period January 1, 1999 to the present and to the text and date of each amnesty agreement. This request is a subject of the current lawsuit filed by your client styled *Stolt-Nielsen Transportation Group Ltd. v. United States of Justice* (D.D.C. filed March 14, 2006).

In response to Ms. Skučas' request, we are enclosing four amnesty agreements (14 pages) that were entered into evidence at trial, or in the case of the Stolt letter, in amnesty litigation, and, accordingly, are public documents.

We are withholding other responsive amnesty agreements pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure and 5 U.S.C. § 552(b)(3); FOIA Exemption 7A, 5 U.S.C. § 552(b)(7)(A) relating to interference with enforcement proceedings; Exemption 7C, 5 U.S.C. § 552(b)(7)(C) relating to unwarranted invasions of personal privacy; and Exemption 7D, 5 U.S.C. § 552(b)(7)(D) relating to the non-disclosure of confidential sources.

Sincerely yours,

Ann Lea Richards
Chief, FOIA/PA

Enclosures

GOVERNMENT EXHIBIT
W