

**U.S. Department of Justice**

Antitrust Division

---

*Liberty Place Building*
*325 Seventh Street NW*
*Washington, DC  20530*

April 27, 2006

Lucius B. Lau
Mark B. Gidley
White & Case LLP
701 Thirteenth Street, NW
Washington, DC  20005

Re:    <u>Freedom of Information Act Request No. ATFY06-019</u>

Dear Messrs. Gidley and Lau:

This letter responds to a November 9, 2005 Freedom of Information Act (FOIA or Act) request submitted by Ruta Kalvaitis Skuĉas of your firm, for "copies of speeches, speech outlines, audio or video recordings of speeches including audio tapes, video tapes, CD-ROM or DVDs, program materials announcing the speaking event, notes of any DOJ participant at a speech, emails relating to speeches, and any other documents related to any speeches (collectively "speeches and speech-related materials") by any Antitrust Division official, which discusses in any way SNTG, SNTG's status in the Division's Amnesty Program, the circumstances and rationale for the Division's 'attempted' withdrawal of amnesty from SNTG, and/or the Antitrust Division's litigation with SNTG over SNTG's amnesty status in the Eastern District of Pennsylvania and the appeal to the Third Circuit and/or the investigation into SNTG (the "SNTG matters")." Ms. Skuĉas specifically requested material relating to the following:

"(1) Any speeches and speech-related materials relating to speeches relating to the SNTG matters by Scott D. Hammond, Deputy Assistant Attorney General 'and Director of Criminal Enforcement,' from June 2, 2005 (the date of SNTG's prior FOIA request, assigned control number ATFY05-072) to the present, including but not limited to the speeches given by Mr. Hammond in (a) New York City on September 14, 2005, and (b) in Brussels, Belgium on October 26, 2005; and

(2) Any public speeches and speech-related materials relating to speeches give by any other Antitrust Division official concerning the SNTG matters, including but not limited to Lisa Phelan '(Chief, National Crime Enforcement Division),' from March 1, 2004 to the present."

GOVERNMENT EXHIBIT

X

This request is a subject of the current lawsuit filed by your client styled *Stolt-Nielsen Transportation Group Ltd. v. United States Department of Justice* (D.D.C. filed March 14, 2006).

We are enclosing nine pages of documents responsive to your request. Redacted portions of certain of these pages are subject to the attorney work-product doctrine and the deliberative process privilege incorporated into the FOIA by Exemption 5 of the Act, 5 U.S.C. § 552(b)(5), and are, accordingly, exempt from public disclosure. One redaction also reflects information relating to ongoing enforcement proceedings and its disclosure could reasonably be expected to interfere with such proceedings. That material is, therefore, exempt from public disclosure pursuant to Exemption 7A, 5 U.S.C. § 552(b)(7)(A).

We are withholding twenty-one documents (33 pages) in their entirety. These documents are withheld from public disclosure pursuant to the attorney work-product doctrine and the deliberative process privilege portions of Exemption 5 of the FOIA, 5 U.S.C. § 552(b)(5). Twenty of these twenty-one documents also reflect information that relates to ongoing enforcement proceedings and their disclosure could reasonably be expected to interfere with those proceedings. They are, accordingly, withheld from public disclosure pursuant to Exemption 7A of the FOIA, 5 U.S.C. § 552(b)(7)(A).

We were unable to locate any additional documents responsive to this request.

Sincerely yours,

Ann Lea Richards
Chief, FOIA/PA

Enclosures

2