# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Stolt-Nielsen Transportation Group Ltd., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-2217 (RJL) |
| | ) |
| United States of America, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| Stolt-Nielsen Transportation Group Ltd., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-0474 (RJL) |
| | ) |
| United States Department of Justice, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

UPON CONSIDERATION of federal defendant's Motion for Summary Judgment, and for good cause shown, it is this _____ day of _____, 2006:

ORDERED, that federal defendant's motion should be, and it hereby is, granted, and it is

FURTHER ORDERED, that summary judgment is entered on behalf of the defendant and civil action nos. 05-2217 and 06-474 are hereby dismissed.

.

_____
UNITED STATES DISTRICT JUDGE