UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Stolt-Nielsen Transportation Group Ltd., )<br>  )<br>Plaintiff, )<br>  )<br>v. ) Civil Action No. 05-2217 (RJL)<br>  )<br>United States of America, )<br>  )<br>Defendant. )<br>_____)<br>  )<br>Stolt-Nielsen Transportation Group Ltd. )<br>  )<br>Plaintiff, )<br>  )<br>v. ) Civil Action No. 06-0474 (RJL)<br>  )<br>United States Department of Justice, )<br>  )<br>Defendant. )<br>_____) | |

**NOTICE OF FILING**

Will the Clerk of Court please note that Defendant submits the attached Exhibit B, and Name and Title Lists for its Amended *Vaughn* indices to be included with its Motion for Summary Judgment.

Respectfully submitted,

___/s/_____
KENNETH L. WAINSTEIN
D.C. Bar No. 451058
United States Attorney

__ /s/_____
CHARLOTTE A. ABEL
D.C. Bar No. 388582

Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-2332