## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Stolt-Nielsen Transportation Group Ltd., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-2217 (RJL) |
| | ) |
| United States of America, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| Stolt-Nielsen Transportation Group Ltd., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-0474 (RJL) |
| | ) |
| United States Department of Justice, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF FILING

Will the Clerk of Court please note that Defendant submits the attached amended *Vaughn* indicies. These documents were inadvertently omitted as attachments to its motion for summary judgment.

Respectfully submitted,

___/s/_____
KENNETH L. WAINSTEIN
D.C. Bar No. 451058
United States Attorney


__ /s/_____
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Assistant United States Attorney

555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-2332

2

Case 1:05-cv-02217-RJL   Document 31   Filed 09/05/2006   Page 2 of 2