UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
STOLT-NIELSEN TRANSPORTATION        )
GROUP LTD.,                         )
                                    )
      Plaintiff,                   )   Civil Action No. 05-2217 (RJL)
                                    )   Civil Action No. 06-474 (RJL)
                                    )   (Consolidated)
      v.                           )
                                    )
U.S. DEPARTMENT OF JUSTICE,         )
                                    )
      Defendant.                   )
_____)

**CONSENT MOTION
TO ENLARGE THE TIME TO FILE
OPPOSITIONS TO MOTIONS FOR SUMMARY JUDGMENT**

Federal defendant moves, pursuant to Fed.R.Civ.P. 6(b), to extend the time within which both parties may oppose motions for summary judgment. Both parties have filed motions for summary judgment and oppositions are due on September 22, 2006.

The grounds for the motion to enlarge time are that the defendant was unable to complete an opposition to plaintiff's motion by September 22, 2006, as originally anticipated due to work on motions in other cases (*Talbott v. Bureau of Prisons*, 06-1194; *Elliott v. Dept. of Agriculture, 06-240*; *Squaw Valley Development Co. v. Dudas*, 06-1301), in addition to depositions in *Canon v. Paulsen*, 05-736 and *Edwards v. Principi*, 04-1593. Should the Court grant this enlargement, it will not affect the remaining dates in the briefing schedule entered on June 27, 2006. Barring unforseen circumstances, briefing should still be concluded by October 20, 2006 in conformity with the briefing schedule already in place.

WHEREFORE, defendant moves to enlarge the time in which both parties may file their

oppositions to motions for summary judgment, until and including, September 27, 2006.

**CERTIFICATE PURSUANT TO LCvR 7(m)**

Plaintiff's counsel consents to this motion.

A proposed order is attached.

Respectfully submitted,

\_\_\_/s/_____
KENNETH L. WAINSTEIN
D.C. Bar No. 451058
United States Attorney

\_\_\_/s/_____
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-2332