UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Stolt-Nielsen Transportation Group Ltd., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2217 (RJL) |
| ) | |
| United States Department of Justice, ) | |
| ) | |
| Defendant. ) | |
| _____) | |
| Stolt-Nielsen Transportation Group Ltd., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-474 (RJL) |
| ) | |
| United States Department of Justice, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### ORDER

UPON CONSIDERATION of the parties' cross-motions for summary judgment, it is this _____ day of _____, 2006:

ORDERED, that federal defendant's motion for summary judgment should be, and it hereby is, granted, and it is

FURTHER ORDERED, that the plaintiff's motion for summary judgment should be, and it is hereby, denied.  It is

FURTHER ORDERED, that civil actions 05-2217 and 06-474 be dismissed with prejudice.
.

_____
UNITED STATES DISTRICT JUDGE