UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Stolt-Nielsen Transportation Group Ltd., *Plaintiff,* v. United States of America, *Defendant.* | Consolidated Cases<br>Civil Action No. 05cv2217 (RJL)<br>Civil Action No. 06cv474 (RJL) |

## ORDER

Upon consideration of defendant's motion for summary judgment, the opposition to the motion filed by plaintiff, Stolt-Nielsen Transportation Group Ltd. ("Stolt-Nielsen"), and all other pertinent papers, it is hereby

ORDERED that the motion is denied.

Dated: _____, 2006

_____
Honorable Richard J. Leon, Judge

cc:   Lucius B. Lau, Esq.
      White & Case, LLP
      701 13th Street, NW
      Washington, D.C. 20005

(Counsel to Stolt-Nielsen Transportation Group Ltd.)

Charlotte A. Abel, Esq.
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530

(Counsel to United States of America and United States Department of Justice)