# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Stolt-Nielsen Transportation Group, Ltd. | ) | Civil Action No. <u>1:05-cv-02217 (RJL)</u> |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

**Chronological Index of Select Documents Concerning FOIA Request 06-003 in Amended *Vaughn* Indices**
**Contains White & Case LLP Control Numbers**
**Department of Justice Amendments Noted in Bold**

**W** means Document Withheld in Full
**R** means Document Released as Redacted
**F** means Document Released in Full

| Control Number | Bates Nos. (Pages) | W R F | Date | Author(s) | Recipient(s) | Title and/or Type of Document | Exemptions | Request to which document is responsive and Justification of Exemption Used |
|---|---|---|---|---|---|---|---|---|
| 359 | ATR-2252 (1) | W | 11/26/02 | Robert Connolly | Withheld | Letter | (7)(A), (7)(C) and (7)(D) | 06-003. Letter to confidential source's attorney regarding information relevant to the ongoing investigation. Disclosure of the document could impede the grand jury investigation by revealing the direction or strategy of the investigation and the name of a confidential source. Disclosure also could reasonably be expected to constitute an unwarranted invasion of personal privacy. |
| 351 | ATR-2233-2235 (3) | W | 5/13/03 | Withheld | Robert Connolly | Letter | (7)(A), (7)(C), (7)(D), (b)(3) and Rule 6(e) of Fed. R. Crim. P. | 06-003. Letter to staff regarding grand jury subpoena. Disclosure could reveal the identity of an individual appearing before a grand jury, the identify a confidential source of information and have an adverse effect on the ongoing grand jury investigation and litigation. Its release could also be expected to constitute an unwarranted invasion of personal privacy. ATR-2233 and 2234 are duplicate letters. ATR-2235 is a fax cover sheet. |

| Control Number | Bates Nos. (Pages) | W R F | Date | Author(s) | Recipient(s) | Title and/or Type of Document | Exemptions | Request to which document is responsive and Justification of Exemption Used |
|---|---|---|---|---|---|---|---|---|
| 350 | ATR-2232 (1) | W | 9/9/03 | Robert Connolly | Withheld | Letter | (7)(A), (7)(C), (7)(D), (b)(3) and Rule 6(e) of Fed. R. Crim. P. | 06-003. Letter seeking to schedule an appearance before the grand jury. Disclosure could reveal the identity of a possible grand jury and could identify a confidential source of information. Disclosure of the individual's identity could have an adverse effect on the ongoing grand jury investigation and case and could be expected to constitute an unwarranted invasion of personal privacy. |
| 355 | ATR-2246-2247 (2) | W | 9/9/03 | Robert Connolly | Withheld | Fax sheet | (7)(A), (7)(C), and (7)(D) | 06-003. Fax cover sheet including confirmation of receipt. Disclosure could reveal confidential source, and hence could reasonably be expected to interfere with the ongoing grand jury investigation. Disclosure could also reasonably be expected to constitute an unwarranted invasion of that individual's personal privacy. |

3

| Control Number | Bates Nos. (Pages) | W R F | Date | Author(s) | Recipient(s) | Title and/or Type of Document | Exemptions | Request to which document is responsive and Justification of Exemption Used |
|---|---|---|---|---|---|---|---|---|
| 363 | ATR-2328-2331 (4) | W | 9/22/03 | Robert Connolly | Withheld | Letter | (7)(A), (7)(C), (7)(D), (b)(3) and Rule 6(e) of Fed. R. Crim. P. | 06-003. Letter with attached fax confirmation sheets notifying subpoena recipient of the time and place of his appearance before the grand jury. Disclosure could reveal the identity of subpoena recipient and its release could reasonably be expected to constitute an unwarranted invasion of personal privacy. Its disclosure could also identify a confidential source of information. Disclosure could interfere with the ongoing proceeding by revealing the direction and strategy of the investigation. |
| 362 | ATR-2325-2327 (3) | W | 10/2/03 | Robert Connolly | Withheld | Letter | (7)(C), (7)(D), (b)(3) and Rule 6(e) of Fed. R. Crim. P. | 06-003. Letter with attached fax confirmation sheets referring to an enclosed grand jury subpoena. The grand jury subpoena that was to be enclosed is missing. Disclosure could reveal the identity of the individual subpoenaed to testify before a federal grand jury. Its release could also reasonably be expected to constitute an unwarranted invasion of personal privacy and the identity of a confidential source. |

| Control Number | Bates Nos. (Pages) | W R F | Date | Author(s) | Recipient(s) | Title and/or Type of Document | Exemptions | Request to which document is responsive and Justification of Exemption Used |
|---|---|---|---|---|---|---|---|---|
| 360 | ATR-2253-2275 (23) | W | 11/21/03 | Withheld | Robert Connolly | Letter with attachment | (7)(A), (7)(C) and (7)(D) | 06-003. Letter with attachment and fax cover sheet. The fax cover sheet contains a handwritten notation that labels it a re-fax. The attachment document is identical to a memorandum of law contained in the document numbered ATR-2276-2324 immediately following. It is withheld in its entirety for the same reasons as described below. |
| 361 | ATR-2276-2324 (49) | W | 1l/21/03 | Withheld | Robert Connolly | Letter with attachments | (7)(A), (7)(C) and (7)(D) | 06-003. Letter with attachments and fax cover sheet. Attachments includes a duplicate copy of the memorandum of law described in ATR-2253-2275. It also contains another memorandum and a redacted affidavit. It identifies a confidential source of information and reveals information provided by that source. Its release could reasonably be expected to interfere with the ongoing grand jury investigation and litigation by revealing the direction and strategy of the investigation. Disclosure could reasonably be expected to constitute an unwarranted invasion of that individual's personal |

| Control Number | Bates Nos. (Pages) | W R F | Date | Author(s) | Recipient(s) | Title and/or Type of Document | Exemptions | Request to which document is responsive and Justification of Exemption Used |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | privacy. |
| 357 | ATR-2249-2250 (2) | W | 1/7/04 | Robert Connolly | Withheld | Letter | (7)(A), (7)(C), (7)(D), (b)(3) and Rule 6(e) of Fed. R. Crim. P. | 06-003. Letter with attached fax confirmation sheet. It discusses an individual's appearance before a grand jury and could reveal the direction of the grand jury investigation. Release could reasonably be expected to constitute an unwarranted invasion of that person's personal privacy. The document relates to an ongoing enforcement proceeding and, have an adverse effect on the ongoing enforcement proceeding. |

| Control Number | Bates Nos. (Pages) | W R F | Date | Author(s) | Recipient(s) | Title and/or Type of Document | Exemptions | Request to which document is responsive and Justification of Exemption Used |
|---|---|---|---|---|---|---|---|---|
| 358 | ATR-2251 (1) | W | 4/20/04 | Antonia Hill | Withheld | E-mail | (7)(A), (7)(C), (7)(D), (b)(3), and Fed. R. Crim. P. 6(e) | 06-003. E-mail. Duplicate of ATR-2237-38, but for the tracking information. The e-mail consists of communications between staff and attorney for a confidential source and discusses the need for grand jury testimony. It includes names of individuals whose privacy could be invaded by release of document. Disclosure could impede the ongoing grand jury investigation. |
| 352 | ATR-2236-2238 (3) | W | 4/26/04 | Antonia Hill | Withheld<br><br>Cc: Robert Connolly, Wendy Norman and Richard Rosenberg | E-mails | (7)(A), (7)(C), (7)(D), (b)(3) and Rule 6(e) of Fed. R. Crim. P. | 06-003. E-mail communications between staff and attorney for confidential source, the disclosure of which could impede the ongoing grand jury investigation. It discusses information to be presented to the grand jury and includes names of individuals whose privacy could invaded by release of document. |

| Control Number | Bates Nos. (Pages) | W R F | Date | Author(s) | Recipient(s) | Title and/or Type of Document | Exemptions | Request to which document is responsive and Justification of Exemption Used |
|---|---|---|---|---|---|---|---|---|
| 353 | ATR-2239-2241 (3) | W | 4/26/04 | Withheld | Antonia Hill, Richard Rosenberg, Robert Connolly and Wendy Norman | E-mails | (7)(A), (7)(C), (7)(D), (b)(3), and Fed. R. Crim. P. 6(e) | 06-003. E-mails consisting of the text of ATR-2236-2238 and withheld for the same reasons described therein. An additional portion of the e-mail relates to information to be presented to grand jury. Its disclosure could impede the ongoing grand jury investigation. It includes names of confidential sources and individuals whose privacy could invaded by release of document. |
| 354 | ATR-2242-2245 (4) | W | 4/26/04 | Antonia Hill | Withheld  Cc: Robert Connolly, Wendy Norman and Richard Rosenberg | E-mail | (7)(A), (7)(C), (7)(D), (b)(3) and Fed. R. Crim. P. 6(e) | 06-003. Duplicate of ATR-2236-2238, except that it is in larger font, was printed by a different staff member, and does not include tracking information. Withheld for same reasons as noted above for ATR-2236-2238. |

8