# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Stolt-Nielsen Transportation Group, Ltd. | ) | Civil Action No. <u>1:05-cv-02217 (RJL)</u> |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

**Chronological Index of Select Documents Concerning FOIA Request 06-040 in Amended *Vaughn* Indices**
**Contains White & Case LLP Control Numbers**
**Department of Justice Amendments Noted in Bold**


**W** means Document Withheld in Full
**R** means Document Released as Redacted
**F** means Document Released in Full

| Control Number | Bates Nos. (Pages) | W R F | Date | Author(s) | Recipient(s) | Title and/or Type of Document | Exemptions | Request to which document is responsive and Justification of Exemption Used |
|---|---|---|---|---|---|---|---|---|
| 478 | ATR-**4065-4066** (2) **(Previously Bates ATR-**2614-2615) | W | 7/11/03 | Antonia Hill | Withheld | Letter | (b)(7)(A), (7)(C), (7)(D), (b)(3) and Rule 6(e) of Fed. R. Crim. P. | 06-040. A letter to an outside party discussing the issuance of a grand jury subpoena. Disclosure could reveal the direction of the ongoing grand jury investigation, could invade the personal privacy of the recipient and disclose the fact that the person is a confidential source of information. |
| 482 | ATR-**4071-4072** (2) **(Previously Bates ATR-**2620-2621) | W | 7/11/03 | Antonia Hill | Withheld | Letter | (b)(7)(A), (7)(C), (7)(D), (b)(3) and Rule 6(e) of Fed. R. Crim. P. | 06-040. A letter to a third party seeking information relating to the Division's ongoing grand jury investigation. Disclosure could reasonably be expected to interfere with the ongoing investigation because it could reveal the direction of that investigation. Its disclosure could also invade the privacy of an individual and identify a confidential source of information. |

| Control Number | Bates Nos. (Pages) | W R F | Date | Author(s) | Recipient(s) | Title and/or Type of Document | Exemptions | Request to which document is responsive and Justification of Exemption Used |
|---|---|---|---|---|---|---|---|---|
| 512 | ATR-**4190** (1) **(Previously Bates ATR-**2739) | W | 7/14/03 | Withheld | Antonia Hill | Letter | (b)(7)(A), (7)(C) and (7)(D) | 06-040. A letter from a confidential source enclosing document submission. Disclosure could reveal the direction of an ongoing investigation and could reveal the identity of the confidential source and could reasonably be expected to constitute an unwarranted invasion of personal privacy. |
| 481 | ATR-**4069-4070** (2) **(Previously Bates ATR-**2618-2l9) | W | 5/10/04 | Robert Connolly | Withheld | Letter | (b)(7)(C), (b)(3) and Rule 6(e) of Fed. R. Crim. P. | 06-040. A letter concerning a subpoena and the ongoing grand jury investigation. It's disclosure could reasonably be expected to constitute an unwarranted invasion of personal privacy and identity a grand jury witness. |

| Control Number | Bates Nos. (Pages) | W R F | Date | Author(s) | Recipient(s) | Title and/or Type of Document | Exemptions | Request to which document is responsive and Justification of Exemption Used |
|---|---|---|---|---|---|---|---|---|
| 477 | ATR-**4062-4064** (3) **(Previously Bates ATR-**2611-2613**)** | W | 5/13/04 | Withheld | Robert Connolly | Letter | (b)(7)(C) and (7)(D) | 06-040. Disclosure of the document could invade the sender's individual privacy and the identity of a confident source of information. |
| 474 | ATR-**4015-4035** (20) **(Previously Bates ATR-**2565-2584**)** | R | 5/20/04 | Redacted | none indicated | Memorandum of Law in Support of Defendants-Claimants' Motion to Enforce Arbitrator's Subpoena and for Leave to Depose a Federal Prisoner | (7)(C) and (7)(D) | 06-040. The identity of the person who provided this document was redacted because its disclosure could reasonably be expected to constitute an unwarranted invasion of personal privacy and reveal the identity of a confidential source of information. All other information was ~~R~~released in full. |

4

| Control Number | Bates Nos. (Pages) | W R F | Date | Author(s) | Recipient(s) | Title and/or Type of Document | Exemptions | Request to which document is responsive and Justification of Exemption Used |
|---|---|---|---|---|---|---|---|---|
| 483 | ATR-**4073-4076** (4) **(Previously Bates ATR-**2622-2625**)** | W | 5/20/04 | Withheld | Robert Connolly | Letter and attachment | (b)(7)(C) | 06-040. Letter and attachment concerning a subpoena. Its disclosure could invade the personal privacy of an individual. |
| 475 | ATR-**4036-4059 (24) (Previously Batesd ATR-**2585-2608**)** | R | 6/8/05 | Robert Connolly | Redacted | E-mail with attachment | (b)(7)(C) and (7)(D) | 06-040. The identity of the party to whom the e-mail was sent was redacted because disclosure could reasonably be expected to constitute an unwarranted invasion of personal privacy and reveal the identity of a confidential source of information. All other information, including the attachment, was ~~R~~released in full. |

5

| Control Number | Bates Nos. (Pages) | WRF | Date | Author(s) | Recipient(s) | Title and/or Type of Document | Exemptions | Request to which document is responsive and Justification of Exemption Used |
|---|---|---|---|---|---|---|---|---|
| 479 | ATR-**4067** (1) **(Previously Bates ATR-**2616) | W | 8/29/05 | Robert Connolly | Withheld | E-mail | (b)(7)(A), (7)(C), (7)(D), (b)(3) and Rule 6(e) of Fed. R. Crim. P. | 06-040. An e-mail confirming appointment to meet. Its release could reveal the identity of a confidential source of information and invade the individual's privacy. Disclosure could harm the Division's ongoing investigation because it could reveal the identity of a probable witness. |
| 514 | ATR-**4213-4279** (66) **(Previously Bates ATR-**2762-2827 (66) | W | Un-dated | Not specified | Withheld | Handwritten document | (b)(7)(A), (7)(C) and (7)(D) | 06-040. Document obtained from confidential source of information. Its release could reveal the direction of the ongoing grand jury investigation and litigation and could reasonably be expected to constitute an unwarranted invasion of personal privacy. |

| Control Number | Bates Nos. (Pages) | W R F | Date | Author(s) | Recipient(s) | Title and/or Type of Document | Exemptions | Request to which document is responsive and Justification of Exemption Used |
|---|---|---|---|---|---|---|---|---|
| 515 | ATR-**4280-4345** (67) **(Previously Bates ATR-**2828-2894) | W | Un-dated | | Withheld | Handwritten document | (b)(7)(A), (7)(C) and (7)(D) | 06-040. Same as ATR-2762. |
| 516 | ATR-**4346-4431** (86) **(Previously Bates ATR-**2895-2980) | W | Un-dated | | Withheld | Handwritten document | (b)(7)(A), (7)(C) and (7)(D) | 06-040. Same as ATR-2762. |

| Control Number | Bates Nos. (Pages) | W R F | Date | Author(s) | Recipient(s) | Title and/or Type of Document | Exemptions | Request to which document is responsive and Justification of Exemption Used |
|---|---|---|---|---|---|---|---|---|
| 517 | ATR-**4432-4585** (154)  **(Previously Bates ATR-**2981-3134) | W | Un-dated | | Withheld | Handwritten document | (b)(7)(A), (7)(C) and (7)(D) | 06-040. Same as ATR-2762. |