# Exhibit 3

Source: News & Business > Individual Publications > R > **Reuters News**
Terms: **mitsui and amnesty**  (Edit Search | Suggest Terms for My Search)

↙Select for FOCUS™ or Delivery


*Chemical firms face EU fines next week-source. Reuters News June 26, 2002 Wednesday*

Copyright 2002 Factiva, a Dow Jones and Reuters Company
All Rights Reserved



(c) 2002 Reuters Limited

Reuters News

June 26, 2002 Wednesday 9:43 AM GMT

**LENGTH:** 374 words

**HEADLINE:** Chemical firms face EU fines next week-source.

**BYLINE:** By David Lawsky

**BODY:**

BRUSSELS, June 26 (Reuters) - The European Commission is expected to fine Degussa AG and Nippon Soda Co Ltd next week for fixing the price of a chemical used to promote growth in pigs and poultry, a source close to the case said on Wednesday.

A third company - Aventis - was also implicated in the price-fixing case involving the amino acid methionine, the source said.

Aventis has avoided fines in other price-fixing cases by taking advantage of an **amnesty** provided by both Brussels and Washington to the first firm to report a cartel, which may also happen in this case.

On Wednesday, a spokeswoman for Degussa said the firm had made an adequate provision for a fine in this case. That provision was mentioned in its annual report earlier this year.

"Purely as a precaution, the annual financial statements contain adequate provisions for possible fines and claims for compensation," the firm said in its report.

Nippon Soda acknowledged in March it was under investigation by the Commission.

On Wednesday, a spokeswoman for Aventis at its Strasbourg headquarters declined comment on the case.

Earlier this year, the Commission said that it was looking into a cartel on methionine, which is added to animal feed to promote growth.

"The Commission is investigating the existence of a suspected cartel in the methionine market," European Commission spokeswoman Amelia Torres told reporters in March.

The methionine investigation has also been taken up by private firms.

In August, DuCoa LP investment fund and general partner DCV sued the predecessor firm to Aventis, as well as Degussa, **Mitsui** & Co. Ltd , Nippon Soda and related entities for alleged price-fixing of methionine, according to papers filed in the U.S. District Court in Delaware.

At the time, DuCoa said the defendant companies and their affiliates accounted for 88 percent of the worldwide production of methionine, which "exceeds $1 billion a year."

DCV, successor in 1997 to a joint venture of the DuPont Co. and ConAgra Foods Inc. , uses methionine in animal feed and nutrition products it sells throughout the United States.

**Mitsui** & Co said earlier this year it was not under investigation by the EU for fixing the price of methionine.

(Additional reporting in Frankfurt by Stephen Silber).

**NOTES:**
PUBLISHER: Reuters Ltd.

**LOAD-DATE:** January 13, 2005

Source:  News & Business > Individual Publications > R > Reuters News
 Terms:  **mitsui and amnesty**  (Edit Search | Suggest Terms for My Search)
  View:  Full
Date/Time:  Tuesday, September 26, 2006 - 2:13 PM EDT

 About LexisNexis | Terms & Conditions
Copyright © 2006 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.