# Exhibit 5

Case 1:05-cv-02217-RJL    Document 37-6    Filed 09/27/2006    Page 2 of 2



# Electrode-Price Fixing

  AP Online; 4/7/1998

AP Online
04-07-1998
A third company in the conspiracy, The Carbide/Graphite Group of Pittsburgh, has been given amnesty in the case by qualifying for the antitrust division's corporate leniency program. Companies can avoid prosecution by turning themselves in for antitrust crimes which the government was unaware of, or by becoming the first conspirator to cooperate before prosecutors have enough evidence to win a court case.

The Carbide/Graphite Group ``came in very early and gave us significant help,'' said one Justice official, who requested anonymity.

UCAR and SGL Carbon AG of ...

596 of 1851 Characters
This material is published under license from the publisher through ProQuest Information and Learning Company, Ann Arbor, Michigan. All inquiries regarding rights should be directed to ProQuest Information and Learning Company.

HighBeam™ Research, Inc. © Copyright 2006. All rights reserved.