# Exhibit 7

 

**For Immediate Release**
**Dec. 12, 2003**

Contact:
Dan Considine, Citizens Gas
407-9254

## Citizens Gas Cooperating with Justice Department Investigation

**INDIANAPOLIS** – Citizens Gas & Coke Utility is cooperating with the Antitrust Division of the United States Department of Justice (DOJ) in its investigation into possible anti-competitive practices by producers of foundry coke.

Citizens Gas said today it initiated an internal investigation in July after receiving a Justice Department subpoena for documents. The subpoena was issued in connection with a grand jury investigation into possible anti-competitive practices by producers of foundry coke, a type of fuel used primarily in the steel and metals fabricating industries.

Citizens Gas promptly reported the findings of its internal investigation to the DOJ, and has been granted conditional amnesty under the Department's corporate leniency program. Under the terms of that program, Citizens Gas will not be prosecuted by the DOJ for criminal violations of antitrust law as long as the company continues to provide information and cooperate with the investigation. The investigation involves only the company's Manufacturing Division, not its Gas Division. Citizens Gas said its internal investigation also is continuing.

Citizens Gas produces foundry coke at its Prospect Street plant in Indianapolis, which employs 350 people. The company has assigned a new team to lead the Manufacturing Division, headed by Chief Operating Officer Carey Lykins and Robert Hummel, Vice-President of Human Resources. As part of the transition, an antitrust compliance policy will be implemented.

###