# Exhibit 11

**Crompton Granted Conditional Amnesty in Nitrile Rubber Investigation**

MIDDLEBURY, Conn., Dec 19, 2003 (BUSINESS WIRE) -- Crompton Corporation (NYSE:CK) today announced that it is cooperating with competition authorities in the U.S., Canada and the European Union that are investigating possible anticompetitive activities by manufacturers of nitrile rubber. Crompton Corporation and its relevant affiliates have received assurances of conditional amnesty from each of these authorities with regard to criminal prosecution and fines with respect to nitrile rubber. Amnesty is conditioned upon several factors, including the company's continued cooperation with the authorities.

Crompton acquired its nitrile rubber business in 1996 when the company completed a merger with Uniroyal Chemical Corporation. In 1998, Crompton put its nitrile rubber business into a joint venture and subsequently sold its interest in the joint venture in December 2001. The joint venture had 2001 sales of approximately $30 million.

Crompton Corporation, with annual sales from continuing operations of approximately $2.2 billion, is a producer and marketer of specialty chemicals and polymer products providing the solutions, service and value its customers need to succeed. Additional information is available at www.cromptoncorp.com.

SOURCE: Crompton Corporation

```
CONTACT:            For Crompton Corporation
                    Investors:
                    Bill Kuser, 203-573-2213
                    Media:
                    Mary Ann Dunnell, 203-573-3034
```

Customize your Business Wire news & multimedia to match your needs.
Get breaking news from companies and organizations worldwide.
Logon for FREE today at www.BusinessWire.com.

Copyright (C) 2003 Business Wire. All rights reserved.

SOURCE: Crompton Corporation