# Exhibit 13a

# COMPETITION LAW360

**Portfolio Media, Inc.** | 648 Broadway, Suite 200 | New York, NY 10012 | www.law360.com

Phone: +1 212 537 6331 | Fax: +1 212 537 6371 | customerservice@portfoliomedia.com

## Lufthansa Settles Air Cargo Suits For $85M

*Monday, September 11, 2006* --- Airline Deutsche Lufthansa will pay $85 million to dodge civil lawsuits filed in the wake of an international investigation into price-fixing in the air cargo industry.

The payment will settle all class action suits pending against the company in the United States.

"Upon approval by the court, Lufthansa, including Lufthansa Cargo AG and Swiss International Air Lines Ltd., would be released from the pending U.S. civil class actions," the airline said Monday.

The carrier also said that it had applied for leniency with the U.S. Department of Justice and the European Commission, and that it had been granted conditional immunity in exchange for its continued cooperation with the investigation.

Lufthansa agreed in March to cooperate with the international probe into the air cargo industry, in a move that could eventually win the carrier immunity from prosecution in connection with antitrust allegations.

The carrier was just one of many to be asked for information in conjunction with the probe. Investigators requested information from British Airways, Air France-KLM, Scandinavian Airlines System, Japan Airlines, American Airlines and United Airlines, in some cases issuing subpoenas.

Officials from the U.S. Federal Bureau of Investigation, the European Union competition directorate and South Korea's competition regulator are looking into more than a dozen carriers in the U.S., Europe and Asia. Authorities declined to comment on the ongoing investigation, which began with a raid on Feb. 14.

Although the instigation behind the probe remains unclear, Scandinavian Airlines System, whose offices were raided, stated European officials are determining whether airlines have colluded on routes within Europe and outside the E.U. since 2000.

Scandinavian Airlines said officials are inspecting whether airlines fixed prices on surcharges, including fuel fees, post-September 11 security measures and war-risk insurance, in addition to their basic cargo rates.

Companies that ship products internationally are confronted with these fees and have become increasingly frustrated by rising surcharges, which can increase a cargo bill multiple times without detailed explanation. Shipper

All Content Copyright 2006, Portfolio Media, Inc.

# COMPETITION LAW360

representatives claim that while cargo carriers' basic rates are competitive, surcharge prices are suspiciously uniform.

The uniform nature of the surcharges has raised eyebrows because some carriers employ a system that covers their fuel needs for the long term, while other carriers do not.

If there is evidence of price-fixing, the European Commission can fine companies up to 10% of annual global sales and impose a maximum term of five years in prison, or an unlimited fine for the executives involved. U.S. antitrust enforcers can also inflict fines and jail sentences.

--By Bailey Somers, bailey.somers@portfoliomedia.com
--Additional reporting by Anne Urda