# Exhibit 13b

Case 1:05-cv-02217-RJL     Document 37-15     Filed 09/27/2006     Page 1 of 2

 **Lufthansa**

www.lufthansa.com/group

**Pressreleases**

Group
**Lufthansa settles class action civil suits in the US**

11.09.06
Pending approval by the relevant court, Lufthansa today reached a settlement agreement with plaintiffs' representatives according to which it will pay US$85 million to settle class action lawsuits pending in the US.

Lufthansa and numerous other airlines are alleged to have been involved in price fixing activities in the air cargo industry. Following court approval, Lufthansa – including Lufthansa Cargo AG and Swiss International Air Lines Ltd. – would be released from the pending US civil class actions. Lufthansa has applied for leniency to the US Department of Justice, the EU Commission and other cartel authorities in other countries and received conditional immunity.

Deutsche Lufthansa AG
Corporate Communications

Print this article

If the link above should fail, please use the print function from the context menu.

Please close this window when you are finished.