# Exhibit 16



# Reinhardt & Anderson Files Antitrust Class Action Against Great Lakes Chemical Corporation.

*Business Wire; 7/1/1999*

MINNEAPOLIS--(BUSINESS WIRE)--July 1, 1999--

Reinhardt & Anderson, a St. Paul, Minnesota law firm, and its co-counsel filed an antitrust class action today in Federal Court in the Western District of Arkansas against Great Lakes Chemical Corp, alleging violations of the Sherman Act.

According to the Complaint, Great Lakes conspired to fix the price of elemental bromine and bromine products from April 1, 1994 through June 15, 1999. In addition, Great Lakes took steps to keep the conspiracy hidden from consumers.

Bromine is used in various industrial and chemical applications such as flame retardation, clear drilling fluids, and sanitizing agents. Great Lakes is one of three companies who collectively produce approximately 80% of the world's Bromine.

Defendant Great Lakes recently announced that it had been cooperating with the antitrust division of the United States Department of Justice's ("DOJ") investigation of the bromine industry. Great Lakes also announced it had been accepted into the DOJ's corporate amnesty program which will immunize it from criminal prosecution.

In addition to Reinhardt & Anderson, Plaintiff's counsel in this case includes Spector & Roseman, Chitwood & Harley, Meredith Cohen & Greenfogel, Much, Shelist, Freed, Denenberg, Ament, Bell & Rubenstein, Altheimer & Gray, Chestnut & Cambronne, and Lockridge Grindal Nauen. Each of these firms enjoys a national reputation for prosecuting complex litigation including class action antitrust cases.

If you have any information that will help plaintiff pursue this action, please contact Garrett D. Blanchfield, Jr. of Reinhardt & Anderson at G.Blanchfield@ralawfirm.com or call (651) 227-9990.

COPYRIGHT 1999 Business Wire

This material is published under license from the publisher through the Gale Group,

Farmington Hills, Michigan.  All inquiries regarding rights should be directed to the Gale Group.

HighBeam™ Research, Inc. © Copyright 2006. All rights reserved.