# Exhibit 18

# Indianapolis Star

Estimated printed pages: 3

May 23, 2003
Section: CITY STATE
Edition: CITY FINAL
Page: B01

## IUPUI cuts deal in feds' probe
*Students will get refunds from bookstores*
BARB BERGGOETZ BARB.BERGGOETZ@INDYSTAR.COM

IUPUI is refunding about $500,000 to more than 46,000 current and former students under an agreement with the U.S. Department of Justice to avoid criminal prosecution for possible price fixing at the campus's two bookstores.

The Justice Department's Antitrust Division is investigating alleged price fixing between IUPUI's bookstores and an unidentified bookstore over an 18-month period that ended in December, administrators and an attorney for IUPUI revealed Thursday.

"It is regrettable," said Cheryl Sullivan, vice chancellor of external affairs. "To learn that such activity might have occurred is unacceptable, and we are implementing a restitution plan immediately."

Indiana University-Purdue University Indianapolis discovered the possible price fixing during a routine audit in November and reported it to the Justice Department later that month, said Susan Rivas, an attorney for the Ice Miller law firm.

The department granted IUPUI conditional amnesty under a "corporate leniency program" available to businesses and organizations that report antitrust activity and cooperate with the government's investigation, Rivas said. In return, IUPUI will not be prosecuted or fined.

The alleged activity involved the bookstores eliminating a 10 percent discount on new health sciences textbooks, as well as imposing a 2 percent price increase on all new textbooks.

Under the restitution plan, all students enrolled in classes anytime from July 2001 through December 2002 will receive an average of less than $5 in credit or refunds. Some students will get as little as 24 cents two will get the highest payment, $170.

The refund amount is based on the number of classes students took, how many semesters they were enrolled, how many science classes they took and the total number of new books purchased in that period.

"I don't think students are going to notice a $5 credit," said Josh Runyan, president of the IUPUI Student Assembly.

But Runyan, who will get $13, praised IUPUI for going to the Justice Department and said there was no outcry from student leaders who learned of the issue Thursday.

He added, though, that questions remain about the bookstores' operations and profits.

Sullivan said the stores are auxiliary, self-sustaining operations of IUPUI. The $500,000 will be taken from the stores' contingency funds. She couldn't say how much more money is in that reserve fund.

Also unanswered is what other bookstore was involved. Rivas wouldn't say because she is not certain and says the Justice Department office in Chicago is handling the investigation.

A Justice Department spokesman said no one was available to comment.

IUPUI has no reason to think the possible price fixing was done for personal gain, Sullivan said. She said one person involved was "no longer with the university" when the problem came to light, though she wouldn't identify the person.

"IUPUI is currently dealing with personnel matters associated with the case," she said, declining to say whether anyone was fired.

Students and other employees operate the two bookstores in Cavanaugh Hall and the Union Building, which remain open. Prices have been reduced to their levels before July 2001.

To prevent this from happening again, Sullivan said, IUPUI is considering bookstore employee training that would include anti-trust information.

------------------------------

How students can get refunds

* Refunds for current students will be automatically credited to students' bursar accounts by May 31.

* For graduates or former students from July 2001 to December 2002: Apply online at

http://bursar.iupui.edu/claim. Students can type in their name, find out their credit, fill out the claim form, sign a copy and mail it to IUPUI.

* Students can e-mail questions about the process to myclaim@iupui.edu.

Call Star reporter Barb Berggoetz at 1-317-444-6294.

Copyright (c) The Indianapolis Star. All rights reserved. Reproduced with the permission of Gannett Co., Inc. by NewsBank, inc.