# Exhibit 19

<<< Back | Print

Micron Maintains Cooperation with DOJ
Online staff -- 11/12/2004
Electronic News

Micron Technology Inc. has clarified comments from its CEO and President Steve Appleton regarding the pending U.S. Department of Justice (DOJ) investigation into pricing in the DRAM industry.

The remarks appeared in the Nov. 3, issue of *Electronics Weekly*, a sister publication to *Electronic News*. In a statement made late Thursday, Micron insisted it has cooperated "fully and actively" with the DOJ since the beginning on the investigation.

Advertisement

[x] Click here

In the article, Appleton stated: "Micron will not be penalized. We've been giving evidence to the DOJ and we will not be getting a fine." Micron this week explained that Appleton made the statement in reference to its agreement with the DOJ for a Corporate Leniency Policy, through which it would avoid prosecution, fines or other penalties in exchange for its "full, continuing and complete cooperation in the pending investigation."

Micron's statement further said that although the article quoted Appleton as saying that he believes it is not possible to control prices in this industry and that the DOJ's investigation is theoretical, neither is the case.

"The DOJ's investigation revealed evidence of price fixing by Micron employees and its competitors on DRAM sold to certain computer and server manufacturers," Appleton said in the statement this week.

"Nevertheless, if Micron fully complies with the Corporate Leniency Policy, Micron will not be subject to criminal sanctions or fines, notwithstanding Micron's involvement in the misconduct. ... Micron continues to cooperate fully and actively with the DOJ in its investigation," Appleton's statement concluded.

<<< Back | Print

© 2006, Reed Business Information, a division of Reed Elsevier Inc. All Rights Reserved.