# Exhibit 23



March 10, 2006

## Concrete firm adds amnesty to the mix
By cooperating in price-fixing probe, firm avoids penalties

By J.K. Wall
jk.wall@indystar.com
March 10, 2006

Sometimes it pays to confess.

Court records reveal that a Shelby County ready-mix concrete company received amnesty in a price-fixing investigation that could wind up slapping all of its competitors with multimillion-dollar fines and jail time.

Although executives at Shelby Materials participated in a cartel that prosecutors say illegally raised the cost of concrete throughout Central Indiana for years, they will not face criminal charges and fines.

That's because the executives took part in a federal program designed to break up price-fixing rings by granting immunity to the first conspirator to testify against the others.

The ongoing probe could yield a rash of steep fines and prison terms amid one of the hottest construction booms in years. Shelby, with its amnesty, could cash in as financially crippled competitors -- with executives behind bars -- struggle to win new contracts.

Shelby is the second company to admit guilt in a federal investigation that's about two years old. Greenfield-based Irving Materials Inc. agreed in June to pay $29.2 million in fines. Four of its officers also were fined and now are in prison.

That's the largest domestic antitrust fine in U.S. history. Yet firms that settle later could face even bigger penalties, according to Marvin Price, chief of the Justice Department's antitrust field office in Chicago, which leads the concrete price-fixing probe. The Justice Department typically discounts its fines for helpful cooperation, but latecomers are less likely to get breaks.

The investigation comes at a critical moment in the industry. Engineering construction is expected to grow 12 percent in Indiana this year, according to market research from McGraw-Hill Construction, primarily because of a $1 billion expansion at Indianapolis International Airport and a $1 billion sewer overflows project in Indianapolis.

That's twice the rate of growth McGraw-Hill predicts for the rest of the nation.

### Reasons to settle

So Shelby had multiple reasons to settle.

Most companies that spill the beans to the Justice Department do so simply to avoid big fines and jail time, experts say.

At least one expert in cartels says it's possible Shelby ratted out the cartel as a business strategy to vault ahead of its Indianapolis-area competitors.

"Part of the calculation is, 'Will some of our rivals be weakened if I go to the feds and confess?'" said John Connor, an economist at Purdue University. Connor has been hired as an expert by attorneys for local builders who are suing concrete firms for price gouging.

He added that the companies that are first to talk with federal investigators often are new entrants to a market or smaller members of the cartel who were "bloodied" during the price-fixing scheme.

While Shelby is well-established in Shelbyville, it is a relative newcomer to the Indianapolis market. Shelby opened its first ready-mixed concrete plant in 1999 in Beech Grove and added a second in 2003 in Hendricks County. (Ready-mixed concrete is a pourable mixture of sand, gravel and cement.)

David Hennessy, an attorney for Shelby, wouldn't confirm or deny that Shelby has received amnesty, despite court documents that say it has won leniency in a civil case against it, a status given only to the companies granted amnesty from criminal prosecution. Hennessy insisted that whichever firm got amnesty in this case would not have done so to gain a competitive advantage.

Phil Haehl, Shelby's president and co-owner, did not return a phone call seeking comment.

At least one out-of-state competitor has said the price-fixing scandal has opened a gap in the Indianapolis concrete market.

Spurlino Materials, based in Ohio, zoomed into the Indianapolis market in November, and a month ago it landed one of the most high-profile projects. As low bidder, Spurlino beat out Irving Materials and others to win a $5 million contract to provide the concrete for the superstructure of Lucas Oil Stadium.

Price was the key factor in awarding the project, said Neal Burnett, Indiana operations manager for Baker Concrete Construction, which is building the superstructure. He said he also considers a company's quality, financial strength and reputation.

Spurlino entered this market by buying the assets of American Concrete Co. of Indianapolis. American no longer is in the concrete business, but is one of the firms accused by civil lawsuits of price fixing.

The price-fixing scandal "presented a clear opportunity for a company that was honest, ethical and law-abiding to move in and offer good service," said owner Jim Spurlino. He thinks he has an edge over Shelby, which he said is tainted by price fixing.

Jim Griffin, a former U.S. deputy attorney general, agrees with Spurlino. A company that admits to cheating its customers wouldn't gain their favor, he said. As a result, Griffin doubts Shelby sought amnesty as a business strategy.

"That's not the kind of statement that endears companies to their customers," said Griffin, who headed antitrust criminal enforcement from 2000-04. He now practices law privately in Washington.

**Program increased fines**

Justice Department officials credit the amnesty program, created in 1993, for greatly increasing the size of fines and the length of jail sentences.

Scott Hammond, who replaced Griffin at the Justice Department, said in a speech in November that corporate fines have averaged more than $300 million a year since 1997, compared with $29 million a year in the previous decade. International cartels rang up the largest penalties.

Without the amnesty program, prosecution was far more difficult.

"You wouldn't have found out about them if (a company) hadn't snitched on the cartel," said Bob Lande, a law professor and antitrust expert at the University of Baltimore. "We tried it the other way for close to a hundred years, (but) it's just really hard to find cartels."

Breaking up such cartels can save plenty. Investigators said Irving Materials' part in the case affected the price of $225 million in concrete sales between July 2000 and May 25,

2004.

The Justice Department usually assumes that price fixing increases prices by 10 percent, Lande said, but in a recent study, Lande and Connor found that past cartels boosted prices even more -- by a median increase of about 25 percent.

Based on those estimates, Irving's activity alone may have cost consumers and taxpayers from $20 million to $45 million.

In addition to the Justice probe, local attorney Irwin Levin and Houston attorney Stephen Susman are seeking class-action status for a lawsuit against seven area concrete firms. Those firms include Irving and Shelby, as well as American Concrete, Beaver Gravel, Builder's Concrete & Supply, Carmel Concrete Products and Prairie Group.

A federal judge in Indianapolis will determine how much local contractors have been cheated and base the civil penalties on that amount.

Those firms either declined to comment or did not return phone calls. In court documents, only Shelby admitted guilt. All others denied the civil charges against them.

**Timeline**

A look at key developments in the price-fixing scheme:

• **June 29:** Irving Materials Inc. and four of its executives plead guilty in a four-year scheme. The company agrees to pay a $29.2 million fine. The IMI officers agree to personal fines ranging from $100,000 to $200,000 and to terms of five months in jail and five months of home detention. Justice Department officials say multiple firms participated in the price fixing.

• **June 30:** Boyle Construction Management Co. sues IMI, claiming it was gouged by the price fixing. More than 20 lawsuits are later filed against IMI, and those suits have been consolidated in federal court in Indianapolis. Plaintiffs' attorneys want class-action status.

• **August:** Amended lawsuits accuse most other Indianapolis-area concrete suppliers of price fixing: American Concrete, Builder's Concrete & Supply, Carmel Concrete Products, Shelby Materials and Prairie Material Sales, or Prairie Group. None of those firms has been charged with a crime.

• **October:** The state doesn't object when a contractor chooses IMI to provide $3.3 million in concrete for the base of a new, state-controlled football stadium in Downtown Indianapolis.

• **Nov. 8:** Gov. Mitch Daniels' office OKs the release of $30 million in road-paving contracts to an IMI subsidiary after the company put up $2 million toward a potential settlement with the state. Discussions continue between IMI and the Indiana attorney general.

• **Dec. 9:** U.S. District Court Judge Larry J. McKinney approves the fines and jail terms for the four IMI executives.

• **Feb. 1:** Price Irving, former vice president of IMI, begins his five-month prison term in Terre Haute. Pete Irving, former CEO of IMI, and former executives Daniel Butler and John Huggins begin their stints at the Terre Haute prison on March 1.

• **February:** Shelby Materials reveals in civil court documents filed in Indianapolis that the Justice Department has agreed to give it amnesty from criminal fines and jail terms.

Sources: U.S. Department of Justice, state of Indiana, court filings, attorneys for companies and officers.