# Exhibit 24



June 20, 2006

## Judge fines firm $4M in concrete price fixing
The goal: Punish company for cheating, not put it out of business

**By Vasanth Sridharan**
vasanth.sridharan@indystar.com
June 20, 2006

A Fishers concrete company whose president held secret price-fixing meetings with competitors at his horse barn was fined $4 million Monday -- enough to hurt the firm but not put it out of business, the judge said.

The fine was less than the $11.5 million sought by prosecutors, who said Builder's Concrete & Supply Co. enriched itself at the expense of builders and contractors in a collusion that lasted four years.

But it was steeper than the $1.5 million that the company argued it could afford. According to the plea agreement, the fine had to be between those two amounts.

Judge Larry McKinney of the U.S. District Court in Indianapolis said he wanted to hand down a stiff punishment, yet not put the company, which employs about 150 people, out of business.

"It's kind of unusual to be deciding how much money I can fine a company without putting them in the poor house," McKinney said.

The fine was the latest development in an unfolding scandal that has sent several concrete executives to jail and resulted in a record $29.2 million fine for industry leader Irving Materials Inc.

Builder's Concrete, founded in 1971, is the second-largest maker of ready-mixed concrete in metropolitan Indianapolis. It has supplied concrete to such large projects as Clay Terrace and the Michigan Road wastewater treatment plant.

Company President Gus B. Nuckols III was identified in federal documents as the leader of the conspiracy. He held meetings with other concrete company executives in his Hamilton County horse barn, and he phoned and met with other executives "to ensure the compliance of his co-conspirators with the conspiracy agreements," according to the plea agreement.

Nuckols could face up to 21 months in prison when he is sentenced later this year. He did not testify during the company's two-day sentencing hearing.

The prosecution said the severity of the crimes warranted a large fine. They said the company could afford it by buying fewer trucks than it planned to, finding a lender to replace one that recently dropped the company and passing along some of its increased costs to customers.

Together, those steps would free up enough money to pay an $11.5 million fine over five years, according to the prosecution.

"Price fixing is an economic crime; it enriched the offenders' wants at the expense of consumers," said Eric Schleef, an attorney for the U.S. Justice Department's antitrust division in Chicago.

The defense argued that Builder's Concrete would have a hard time getting loans and that it

needed to lower the age of its truck fleet to keep costs low in the face of rising gas and cement prices.

The defense objected to the claim made by the prosecution that the company could rely on retired founder Gus Nuckols II, father of the current president, for loans, as they had in the past. The elder Nuckols is not involved in the criminal investigation.

"The government is saying that you don't need a bank because you have the national bank of Dad," said Sarah Riordan, attorney for the defense.

Each side called several witnesses who testified about the financial state of the company and the industry. The only Builder's employee to testify was Steven Scholl, chief financial officer.

In a statement issued after sentencing, Builder's Concrete said it was glad the investigation was over and wanted to "move past this and continue with business as usual."

Gina Talamona, spokeswoman for the Justice Department, said the department is "pleased that the company was held accountable for its illegal actions."