# Exhibit 26

Case 1:05-cv-02217-RJL     Document 37-29     Filed 09/27/2006     Page 1 of 4

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10-K/A
Amendment No. 1

[X] **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended June 27, 2004

OR

[ ] **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

Commission file number 1-10542

# UNIFI, INC.
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **New York** | **11-2165495** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |
| **P.O. Box 19109 — 7201 West Friendly Avenue Greensboro, NC** | **27419-9109** |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code:   **(336) 294-4410**

Securities registered pursuant to Section 12(b) of the Act:

| | |
|---|---|
| Common Stock | New York Stock Exchange |
| (Title of Each Class) | (Name of Each Exchange on Which Registered) |

Securities registered pursuant to Section 12(g) of the Act:
None

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes [X] No [ ]

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. [X]

Indicate by check mark whether the registrant is an accelerated filer (as defined in Rule 12b-2 of the Act). Yes [X] No [ ]

As of December 28, 2003, the aggregate market value of the registrant's voting common stock held by non-affiliates of the registrant was $306,670,013. The Registrant has no non-voting stock.

As of September 10, 2004, the number of shares of the Registrant's common stock outstanding was 52,114,204.

**DOCUMENTS INCORPORATED BY REFERENCE**

Portions of the Definitive Proxy Statement to be filed with the Securities and Exchange Commission in connection with the solicitation of proxies for the Annual Meeting of Shareholders of Unifi, Inc., to be held on October 21, 2004, are incorporated by reference into Part III. (With the exception of those portions which are specifically incorporated by reference in this Form 10-K, the Proxy Statement is not deemed to be filed or incorporated by reference as part of this report.)

**Parkdale America, LLC**
Notes to Financial Statements
January 1, 2005, January 3, 2004 and December 28, 2002

Future minimum lease payments under this financing at January 1, 2005 are as follows:

| | |
|---|---:|
| 2005 | $ 2,884,000 |
| 2006 | 2,884,000 |
| 2007 | 2,884,000 |
| 2008 | 2,884,000 |
| 2009 | 2,884,000 |
| Thereafter | 7,684,000 |
| Total minimum lease payments | 22,104,000 |
| Less: Amounts representing interest | 5,152,000 |
| Present value of net minimum lease payments | 16,952,000 |
| Less: Current portion | 1,754,000 |
| | $ 15,198,000 |

Lease interest expense for the years ended January 1, 2005, January 3, 2004 and December 28, 2002 was $1,188,000, $1,296,000 and $1,386,000, respectively. The net book value of the assets covered under this capital lease amounted to $12,895,000, $14,507,000 and $16,119,000 as of January 1, 2005, January 3, 2004 and December 28, 2002, respectively. The fair value of the Company's capital lease obligations approximates carrying value because the interest rate for the obligations is comparable to the Company's estimated long-term borrowing rate.

**Operating Leases**
The Company has entered into operating leases for various vehicles and office equipment. At January 1, 2005, future minimum lease payments during the remaining noncancelable lease terms are as follows:

| | |
|---|---:|
| 2005 | $ 474,000 |
| 2006 | 312,000 |
| 2007 | 205,000 |
| 2008 | 80,000 |
| 2009 | 1,000 |
| | $ 1,072,000 |

Rent expense for the years ended January 1, 2005, January 3, 2004 and December 28, 2002 was $650,000, $569,000 and $586,000, respectively.

**Purchase and Sales Commitments**
The Company had unfulfilled cotton purchase commitments at January 1, 2005 for approximately 169,347,000 pounds of cotton to be used in the production process at varying prices. These commitments represent 45% of the cotton purchased during the prior year ending January 3, 2004. The Company had unfulfilled yarn sales contracts with various customers at varying prices at January 1, 2005, January 3, 2004 and December 28, 2002.

**Contingencies**
In late 2003, the Company disclosed to the United States Department of Justice ("DOJ") that it participated in certain anticompetitive activities that may have resulted in violation of antitrust laws. Subject to the Company's continuing and complete cooperation with the Antitrust Division of the DOJ, the Division agreed to provide protection for the Company and the Company's directors, officers and employees from criminal prosecution related to the reported anticompetitive activity. As a result of the

**Parkdale America, LLC**
Notes to Financial Statements
January 1, 2005, January 3, 2004 and December 28, 2002

Company's disclosure of its activities to the DOJ, several class action claims have been filed against the Company alleging that it attempted to fix and stabilize prices of open-end and airjet cotton and polycotton yarn in the United States. The Company is currently unable to determine or estimate the potential liability or range of liability that may be incurred upon resolution of this matter. However, it is reasonably possible that such liability could be material.

The Company is also involved in various legal actions and claims arising in the normal course of business. Management believes that the resolution of such matters will not have a material effect on the financial condition or the results of operations of the Company.

**Other**

During the year ended January 3, 2004, the Company recorded settlement gains on certain litigation. The income of $742,000 was recorded in other income (expense) in the consolidated statements of operations.

11. **Subsequent Event**

On January 4, 2005, the Company purchased certain property and production equipment for $10,000,000 and inventories for $1,288,000 from an unrelated third party.