UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STOLT-NIELSEN TRANSPORTATION GROUP LTD., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 05-2217 (RJL) <br> Civil Action No. 06-474 (RJL) <br> (Consolidated) |

**CONSENT MOTION
TO ENLARGE THE TIME TO FILE
REPLIES TO OPPOSITIONS TO MOTIONS FOR SUMMARY JUDGMENT**

Federal defendant moves, pursuant to Fed.R.Civ.P. 6(b), to extend the time within which both parties may file replies to oppositions to motions for summary judgment. The parties have filed cross-motions for summary judgment. Both parties filed oppositions to the cross-motions on September 27, 2006. Replies are currently due on October 20, 2006.

The grounds for the motion to enlarge time are that the defendant was unable to complete its reply to plaintiff's motion by October 20, 2006, as originally anticipated due to work on simultaneous deadlines in other case including trial preparation in *Pamela Adams v. Norman Mineta*, 04-856; a reply brief in *Douglas v. Jackson*, 04-847; and a motion for summary judgment in *Bryant v. Leavitt*, 05-250, in addition to a meet and confer statement in *Gonzales v. Gonzalez*, 05-1934.

WHEREFORE, defendant moves to enlarge the time in which both parties may file their replies to oppositions to cross-motions for summary judgment, until and including, October 24,

2006.

## CERTIFICATE PURSUANT TO LCvR 7(m)

Plaintiff's counsel consents to this motion.

A proposed order is attached.

                            Respectfully submitted,

                            ___/s/_____
                            JEFFERY A. TAYLOR
                            D.C. Bar No. 451058
                            United States Attorney

                            ___/s/_____
                            CHARLOTTE A. ABEL
                            D.C. Bar No. 388582
                            Assistant United States Attorney
                            555 Fourth St., N.W.
                            Washington, D.C. 20530
                            (202) 307-2332