UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| STOLT-NIELSEN TRANSPORTATION GROUP LTD., | ) ) ) ) | |
| Plaintiff, | ) ) ) | Civil Action No. 05-2217 (RJL) Civil Action No. 06-474 (RJL) (Consolidated) |
| v. | ) ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) ) | |
| Defendant. | ) ) | |

**CONSENT MOTION
FOR EXTENSION OF TIME
FOR DEFENDANT TO SUPPLEMENT THE RECORD**

Federal defendant moves, pursuant to Fed.R.Civ.P. 6(b)(1), to extend the time within which it may supplement the record with a response to plaintiff's Exhibit 5 to its opposition to motion for summary judgment (Dk#35). Plaintiff's Exhibit 5 is a thirty-nine page table listing each FOIA request with a description of what was requested, what documents were withheld or redacted by the Division, what exemptions were claimed, and it includes a list of plaintiff's arguments regarding the same. Defendant has timely filed its reply brief on October 27, 2006, but requests an additional 6 business days to supplement the record with an exhibit directly responsive to plaintiff's Exhibit 5.

The grounds for the motion to enlarge time are that because of the voluminous and detailed nature of plaintiff's exhibit 5, defendant was unable to complete a responsive exhibit and file the reply brief on the same day. Defendant believes that an exhibit directly responsive to Plaintiff's Exhibit 5 will serve to clarify the positions of the parties and thereby assist the Court.

WHEREFORE, defendant moves to enlarge the time in which defendant may supplement the record with an exhibit to its reply brief which responds to the arguments contained in plaintiff's Exhibit 5.

### CERTIFICATE PURSUANT TO LCvR 7(m)

Plaintiff's counsel consents to this motion.

A proposed order is attached.

Respectfully submitted,

\_\_\_/s/_____
JEFFERY A. TAYLOR
D.C. Bar No. 451058
United States Attorney

\_\_\_/s/_____
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-2332