UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____ )
STOLT-NIELSEN TRANSPORTATION GROUP )
LTD.,                                   )
                                        )
            Plaintiff,                  )
                                        )      C.A.  05-2217 (RJL)
            v.                          )      C.A. 06-474 (RJL)
                                        )      (Consolidated)
U.S. DEPARTMENT OF JUSTICE,             )
                                        )
            Defendant.                  )
_____ )

<u>ORDER</u>

UPON CONSIDERATION of defendant's Motion for an Enlargement of Time to Supplement the Record, and for good cause shown and there being no opposition, it is this _____ day of _____, 2006,

ORDERED, that defendant's motion should be, and it hereby is, granted.

IT IS FURTHER ORDERED, that defendant shall have up to and including November 6, 2006, in which to supplement the record with an Exhibit to its Reply which is directly responsive to Plaintiff's Exhibit 5 to its Opposition to Motion for Summary Judgment (Dk#36).

_____
UNITED STATES DISTRICT JUDGE

cc:
Charlotte A. Abel
Assistant United States Attorney
555 4th St., N.W. 10th Floor
Washington, D.C. 20530

J. Mark Gidley
Christopher M. Curran
Lucius B. Lau
701 13th St., N.W.
Washington, D.C. 20005