UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Stolt-Nielsen Transportation Group Ltd.,

*Plaintiff,*

v.

United States of America,

*Defendant.*

Consolidated Cases
Civil Action No. 05cv2217 (RJL)
Civil Action No. 06cv474 (RJL)

## **DECLARATION OF LUCIUS B. LAU**

I, Lucius B. Lau, declare as follows:

1. I am a Counsel with White & Case LLP in Washington, D.C. I am a member of the bar of this Court as well as the Virginia State Bar and the District of Columbia Bar. I make this declaration based upon my personal knowledge.

2. Attached as Exhibit 1 is a true and correct copy of the Amended Complaint, *O'Brien v. Stolt-Nielsen Transp. Group Ltd.*, No. CV 02-0190051 S (Conn. Super. Ct. Nov. 1, 2002).

3. Attached as Exhibit 2 is a true and correct copy of a speech given by Scott D. Hammond entitled "An Overview Of Recent Developments In The Antitrust Division's Criminal Enforcement Program" on January 10, 2005 before the American Bar Association Midwinter Leadership Meeting in Kona, Hawaii.

4. Attached as Exhibit 3 is a true and correct copy of a letter from S.M. Oliva to Ann Lea Richards dated June 30, 2005, obtained from http://www.voluntarytrade.org/downloads/5I03_Request.pdf.

5. Attached as Exhibit 4 is a true and correct copy of a letter from Lorraine Woellert to Ann Lea Richards dated October 18, 2006.

6. Attached as Exhibit 5 is a true and correct copy of the Government's Motion to Unseal, *Stolt-Nielsen S.A. v. United States*, No. 04-537 (E.D. Pa. May 13, 2004).

7. Attached as Exhibit 6 is a true and correct copy of a speech given by Thomas O. Barnett entitled "Criminal Enforcement Of Antitrust Laws: The U.S. Model" on September 14, 2006 before the Fordham Competition Law Institute's Conference on International Antitrust Law and Policy in New York, New York.

8. Attached as Exhibit 7 is a true and correct copy of Chapter VII of the Antitrust Division Manual.

9. Attached as Exhibit 8 is a true and correct copy of an article from the Legal Times entitled "What Is Confession Good for Now" and dated October 23, 2006.

10. Attached as Exhibit 9 is a true and correct copy of an article from The New York Sun entitled "Corporate Leniency" and dated October 18, 2006.

11. Attached as Exhibit 10 is a true and correct copy of an article from the National Law Journal entitled "Stolt-Nielsen Indictment: A blow to amnesty program" and dated October 18, 2006.

12. Attached as Exhibit 11 is a true and correct copy of an article from the New Jersey Law Journal entitled "Feds' Power To Renege on Immunity May Be Tested in U.S. Supreme Court" and dated October 16, 2006.

13. Attached as Exhibit 12 is a true and correct copy of an article from CATO@LIBERTY entitled "Amnesty? What Amnesty?" and dated October 9, 2006.

14. Attached as Exhibit 13 is a true and correct copy of an article from Competition Law 360 entitled "Support For Stolt Comes Pouring In" and dated September 25, 2006.

15. Attached as Exhibit 14 is a true and correct copy of an advertorial from the New York Times entitled "What Happened to Justice?" and dated September 25, 2006.

16. Attached as Exhibit 15 is a true and correct copy of an article from Tradewinds entitled "Friends rally to Stolt" and dated September 26, 2006.

17. Attached as Exhibit 16 is a true and correct copy of a press release from the Washington Legal Foundation entitled "Court Urged To Permit Pre-Indictment Suits To Enforce Immunity Agreements" and dated September 21, 2006.

18. Attached as Exhibit 17 is a true and correct copy of the August 2006 edition of the Criminal Practice and Procedure Committee Newsletter (ABA Antitrust Section).

19. Attached as Exhibit 18 is a true and correct copy of an article from the National Law Journal entitled "Nonprosecution Issues" and dated April 10, 2006.

20. Attached as Exhibit 19 is a true and correct copy of an article from the National Law Journal entitled "3D Cir. To Hear Hot Antitrust Issue, Judge Enjoined DOJ From Indicting Based On Breach Of Immunity Deal" and dated May 16, 2005

21. Attached as Exhibit 20 is a true and correct copy of an article from SCOTUSBLOG entitled "Moot or live controversy? A case study" and dated October 9, 2006.

22. Attached as Exhibit 21 is a true and correct copy of the Indictment, *United States v. Stolt-Nielsen S.A., et al.*, No. 06-466 (E.D. Pa. Sept. 6, 2006).

23. Attached as Exhibit 22 is a true and correct copy of an Op-Ed article from the Wall Street Journal entitled "If Sergio Leone Made a Movie About Antitrust . . ." and dated October 25, 2006.

24. Attached as Exhibit 23 is a true and correct copy of select pages from the transcript of the testimony of Jim Griffin in *Stolt-Nielsen v. United States*, No. 04-537 (E.D. Pa. Apr. 14, 2004).

25. Attached as Exhibit 24 is a true and correct copy of select pages from the Brief for Appellant United States of America, *Stolt-Nielsen v. United States*, No. 04-537 (3d Cir. May 17, 2005).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 27, 2006  
Washington, D.C.

_____  
Lucius B. Lau