# Exhibit 3

# The Voluntary Trade Council

Post Office Box 100073  
Arlington, Virginia 22210

Tel/Fax: (703) 740-8309  
www.voluntarytrade.org

June 30, 2005

<u>VIA FACSIMILE</u>

Ms. Ann Lea Richards  
Freedom of Information Act Officer  
Antitrust Division  
Liberty Place Building, Suite 200  
Department of Justice  
Washington, DC 20530-0001

 *Re: FOIA request for documents related to Micron Technology, Inc.*

Dear Ms. Richards:

 On behalf of the Voluntary Trade Council, a nonprofit corporation, I am requesting access under the Freedom of Information Act for any documents held by the Antitrust Division that meet the following description:

  1. Any agreement between the Division and Micron Technology, Inc., made under the Division's Corporate Leniency Policy; or

  2. Any communication between the Division and any officer or counsel for Micron Technology, Inc., dated on or after July 1, 2002; or

  3. Any communication between the Division and any member or agent of the United States Congress related to Micron Technology, Inc., dated on or after July 1, 2002.

 I further request that you waive all fees related to this request. VTC is a nonprofit research and education organization that studies the effects of antitrust policy on the marketplace. Any documents disclosed to VTC under this request will be made available to the public via VTC's website and future reports on Antitrust Division activities. Accordingly, a fee waiver is justified under FOIA because it is likely to contribute significantly to public understanding of the operations and activities of the government and is not primarily in VTC's commercial interest.

     Should you deny a fee waiver, VTC will agree to pay search and photocopying fees up to $50.

     Please send any reply to this request to the Voluntary Trade Council, Post Office Box 100073, Arlington, Virginia 22210. If you need to communicate with me about this request, please e-mail me at smoliva@voluntarytrade.org.

     Thank you in advance for your cooperation in this matter.

                      Sincerely,

                      _____/s/_____
                      S.M. Oliva
                      President & CEO
                      The Voluntary Trade Council