# Exhibit 5

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STOLT-NIELSEN S.A. and<br>STOLT-NIELSEN TRANSPORTATION<br>GROUP LTD. | ) <br>) <br>) <br>) | Filed Under Seal |
| Plaintiffs,<br>v. | ) <br>) <br>) | Civil Action No. 04-537 |
| UNITED STATES OF AMERICA | ) <br>) | |
| Defendant. | ) <br>) | |
| RICHARD B. WINGFIELD | ) <br>) | |
| Plaintiff,<br>v. | ) <br>) <br>) | Civil Action No. 04-684 |
| UNITED STATES OF AMERICA | ) <br>) | |
| Defendant. | ) | |

## GOVERNMENT'S MOTION TO UNSEAL

The United States of America, by and through its attorneys at the Antitrust Division of the United States Department of Justice, hereby respectfully requests that the Court enter an Order unsealing the above-captioned lawsuits and records related thereto, excluding the Government's in camera, ex parte submissions which contain grand jury material covered by Federal Rule of Criminal Procedure 6(e). As explained in the accompanying memorandum of law, the reasons first raised by plaintiffs for sealing their respective matters are now insufficient to overcome the strong presumption of the public's right to know. Moreover, it is evident that the existence of the hearing held in connection with these actions already is public knowledge. Given this fact, it will be very prejudicial to the Government and the administration of the

Antitrust Division's Conditional Leniency Program if the plaintiffs' lawsuits and the ensuing records remain sealed. A proposed Order is attached.

                                                  Respectfully submitted,

                                                  */s/ Robert E. Connolly*
                                                  ROBERT E. CONNOLLY
                                                  Chief

                                                 */s/ Antonia Hill*
                                                 ANTONIA R. HILL
                                                 WENDY BOSTWICK NORMAN
                                                 KIMBERLY A. JUSTICE
                                                 RICHARD S. ROSENBERG
                                                 Attorneys, Antitrust Division
                                                 U.S. Department of Justice
                                                 Philadelphia Office
                                                 170 S. Independence Mall West
                                                 The Curtis Center, Suite 650 West
                                                 Philadelphia, PA 19106
                                                 Tel.: (215) 597-7405

Dated: May 13, 2004