# Exhibit 14

## IN ALL FAIRNESS

# What Happened to Justice?

Big profits from America's capitalism enrich all of our lives, whether they come through the United Way or from the exceptional corporate philanthropy of Warren Buffet. Even though everyone benefits from legitimate economic activity, our government's regulators and prosecutors are increasingly hostile to successful businessmen. Abuse of prosecutorial discretion and coercive government policies continue to fuel a powerful, intimidating federal campaign to criminalize honest business conduct.

Unfortunately, all this goes on as America's leaders and legal scholars agonize over the rights of terrorists who have murdered innocent American civilians and seek to destroy our economic system. Yet, little outrage is displayed for the disregard of the civil liberties of honest Americans who are the backbone of our country's prosperity.



**Daniel J. Popeo**
Chairman
Washington
Legal Foundation

With thousands of vague and complex laws and regulations at their disposal, the Feds find it's easy to play an unpredictable game of criminal "gotcha" with anyone who works in our free enterprise system. In business-related cases, criminal charges used to be an absolute last resort. Today's headline-hungry prosecutors often skip more appropriate civil fines and administrative remedies, and instead threaten criminal investigations and indictments. Legitimate charges or not, targeted companies are told that "cooperation", such as waiving the attorney-client privilege or not paying employees' legal fees, may earn them more lenient treatment. Prosecutors don't seem bothered that these tactics discourage pro-active corporate compliance and could violate employees' constitutional right to counsel.

*Criminalizing profit*

It's ironic that terrorist suspects, whose "rights" are advanced *pro bono* by prestigious law firms, find it easier to oppose the government than does the small businessman who refuses to settle. The cost of fighting against unlimited federal resources, not to mention the prospect of facing draconian sentences, are simply overwhelming.

Confronted by this superior firepower, most targets cooperate or settle, but even that can be a Faustian bargain. Consider what happened to a transportation company that signed a written amnesty agreement with the Department of Justice in return for helping government break up a cartel. This month, Justice decided to ignore the agreement, and indicted the company for antitrust violations anyway.

A government respectful of civil liberties would not engage in coercion or try criminal cases outside of court. At least one federal judge has found DOJ's "cooperation" tactics unconstitutional, and some in Congress are even speaking out against other questionable prosecutorial policies. Unfortunately, our elected leaders continue to stand idly by as unrestrained U.S. Attorneys advance highly novel legal theories, such as their attempt to criminalize promoting breakthrough uses of life-saving medicines.

It's time our government reevaluated how the criminal process is directed against free enterprise. When captured al Qaeda terrorists and violent criminals seem to get more due process than U.S. businessmen, something has gone terribly wrong with the American dream.



Washington Legal Foundation
**Advocate for freedom and justice®**
WASHINGTON LEGAL FOUNDATION • 2009 MASSACHUSETTS AVE., NW • WASHINGTON, DC 20036 • http://www.wlf.org

*In All Fairness* is produced through WLF's Civic Communications Program.