# Exhibit 15

**Tradewinds**

Friends rally to Stolt

The government of Luxembourg and eight trade associations and other groups are backing Stolt-Nielsen's calls for the US supreme court to intervene in its antitrust troubles.
They have filed amicus curiae (friends of the court) briefs asking the supreme court to review a third circuit appeal court ruling that federal courts lack the authority to enforce prosecutors promises.

The row relates to a decision to tear up an amnesty agreement and prosecute Stolt-Nielsen for price-fixing and bid-rigging in the parcel tanker industry prior to January 2003.

Luxembourg has intervened arguing that Stolt-Nielsen, the first company registered in that country to be Nasdaq listed, has been wrongly treated.

Luxembourg argues that international trade is fostered by eradicating anticompetitive behaviour by cartels with corporate leniency programmes playing an important role in enforcement. This is most effective when parties are confident that non-prosecution agreements will be fully respected.

Luxembourg highlights inconsistencies between the US third and seventh legal circuits and urges a review of the former's decision.

The Chamber of Commerce of the US and the Association of Corporate Counsel argues that a complete amnesty for the first corporation to blow the whistle on wrongdoing creates a strong incentive to self report antitrust violations but the way Stolt-Nielsen has been treated shatters confidence that the government will honour its promises.

The New York Council of Defence Lawyers, an association of 200 criminal defenders argues that the prosecution of Stolt-Nielsen after making a deal with the US authorities casts considerable doubts on the value of such agreements with implications for the functioning of the justice system and the ethical obligations of lawyers.

The free enterprise advocacy organisation, the Washington Legal Foundation and the National Association of Manufacturers says important constitutional questions are raised about the the powers of federal courts.

They argue that the issues are of "exceptional importance to the entire business community" as well as individuals facing criminal charges.

Click on the documents in the related column to the right to read amicus curiae petitions in full.

By Jim Mulrenan in London

published: 13:18 GMT, 26 September 2006 | last updated: 13:31 GMT, 26 September 2006