# Exhibit 24

# 05-1480

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

STOLT-NIELSEN, ET AL.
*Plaintiffs-Appellees*,

v.

UNITED STATES OF AMERICA,
*Defendant-Appellant*.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(Honorable Timothy J. Savage, Jr.)

**BRIEF FOR APPELLANT UNITED STATES OF AMERICA**

R. HEWITT PATE
*Assistant Attorney General*

ROBERT E. CONNOLLY
ANTONIA R. HILL
WENDY B. NORMAN
KIMBERLY JUSTICE
RICHARD S. ROSENBERG
*Attorneys*
U.S. Department of Justice
One Independence Square West
7th & Walnut Streets
Suite 650
Philadelphia, PA 19106-2424

SCOTT D. HAMMOND
MAKAN DELRAHIM
*Deputy Assistant Attorneys General*

JOHN J. POWERS III
JOHN P. FONTE
*Attorneys*
U.S. Department of Justice
Antitrust Division
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
(202) 514-2435

670). Only after all the obligations are met, usually at the end of an investigation, will the applicant be given a final grant of leniency. (JA393, 670).

Lastly, the model letter expressly provides that if the "Division at any time determines" that the corporation violated the agreement, "this Agreement shall be void, and the Antitrust Division may revoke the conditional acceptance of [the corporation] into the Corporate Leniency Program." (JA671). The letter also explains that if it does revoke the conditional leniency, the Division may then prosecute the corporation "without limitation." (*Id.*).

### B. The Grant Of Conditional Leniency To SNTG

On November 22, 2002, the Division began investigating possible collusion in the parcel tanker shipping industry (JA398-99) – ocean transportation of "bulk liquid chemicals, edible oils, acids and other specialty liquids." (JA37 ¶8). SNTG is one of the largest parcel tanker firms in the world. At that time, plaintiff Wingfield was Managing Director, Tanker Trading & Operations for SNTG. (JA36 ¶3). The investigation was prompted in part by an article published that day in the *Wall Street Journal* reporting that SNTG was being sued by Paul O'Brien ("O'Brien"), its former general counsel. (JA398). According to that article, O'Brien had alleged in his complaint (JA685) that "Stolt-Nielsen has been engaged in 'illegal antitrust activities' that violate U.S. and international law 'against price-

8