UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Stolt-Nielsen Transportation Group Ltd., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action Nos. 05-2217 (RJL) |
| | )                  06-474 (consolidated) |
| United States Department of Justice, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**NOTICE OF FILING DOCUMENT UNDER SEAL**

Will the Clerk of Court please note that Defendant has filed under seal a Supplemental Declaration of Ann Lea Richards in lieu of the index referenced in Defendant's Motion for Summary Judgment filed on August 22, 2006, p. 22, footnote 21 (Dk.# 28, p. 25).

Respectfully submitted,

___/s/_____
JEFFERY A. TAYLOR
D.C. Bar No. 498610
United States Attorney


___/s/_____
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-2332