UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Stolt-Nielsen Transportation Group Ltd., <br><br> *Plaintiff*, <br><br> v. <br><br> United States of America, <br><br> *Defendant*. | Consolidated Cases <br> Civil Action No. 05cv2217 (RJL) <br> Civil Action No. 06cv0474 (RJL) |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE SURREPLY

Stolt-Nielsen Transportation Group Ltd. ("Stolt-Nielsen") respectfully requests leave to file a surreply concerning the Defendant's motion for summary judgment. A surreply is necessary to respond to the new facts presented in and the new declaration attached to the Antitrust Division's Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment. *See Robinson v. The Detroit News, Inc.*, 211 F. Supp. 2d 101, 112 (D.D.C. 2002) ("The standard for granting leave to file a surreply is whether the party making the motion would be unable to contest matters presented to the court for the first time in the opposing party's reply."); *see also United States v. Diabetes Treatment Ctrs. of America*, 238 F. Supp. 2d 270, 277 (D.D.C. 2002) ("A surreply is most appropriate where the new matter introduced is factual.").

Stolt-Nielsen's proposed surreply is attached as an exhibit to this motion.

Dated: November 14, 2006                    Respectfully submitted,

                                                                     **WHITE & CASE** LLP

By: _____
J. Mark Gidley (D.C. Bar No. 417280)
Christopher M. Curran (D.C. Bar No. 408561)
Lucius B. Lau (D.C. Bar No. 446088)
701 Thirteenth St., N.W.
Washington, D.C. 20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Stolt-Nielsen Transportation Group Ltd.*

2