UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Stolt-Nielsen Transportation Group Ltd., <br><br> *Plaintiff*, <br><br> v. <br><br> United States of America, <br><br> *Defendant*. | Consolidated Cases <br> Civil Action No. 05cv2217 (RJL) <br> Civil Action No. 06cv0474 (RJL) |

### ORDER GRANTING LEAVE TO FILE SURREPLY

Upon consideration of the motion for leave to file a surreply filed by Plaintiff, Stolt-Nielsen Transportation Group Ltd. ("Stolt-Nielsen"), and any opposition filed thereto, it is hereby

ORDERED that the motion is granted; and it is further

ORDERED that Stolt-Nielsen's surreply concerning the Defendant's motion for summary judgment is hereby accepted for filing, *nunc pro tunc* to November 14, 2006.

Dated: _____, 2006

_____
Honorable Richard J. Leon, Judge