UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Stolt-Nielsen Transportation Group Ltd., *Plaintiff*, v. United States of America, *Defendant*. | Consolidated Cases<br>Civil Action No. 05cv2217 (RJL)<br>Civil Action No. 06cv474 (RJL) |

## DECLARATION OF LUCIUS B. LAU

I, Lucius B. Lau, declare as follows:

1. I am a Counsel with White & Case LLP in Washington, D.C. I am a member of the bar of this Court as well as the Virginia State Bar and the District of Columbia Bar. I make this declaration based upon my personal knowledge.

2. Attached as Exhibit 1 is a true and correct copy of the Complaint, *Geron, Chapter 7 Trustee of the Estate of O.N.E. Shipping, Inc. v. Odfjell ASA*, No. 04-1749 (E.D. La. June 23, 2004).

3. Attached as Exhibit 2 is a true and correct copy of select pages from the transcript of hearing, *O'Brien v. Stolt-Nielsen, S.A. et al.*, CV 02-0190051S (Conn. Super. Ct. July 27, 2004).

4. Attached as Exhibit 3 is a true and correct copy of the plea agreement in *United States v. Odfjell Seachem AS*, Crim. No. 03-645 (E.D. Pa. Nov. 3, 2003).

5. Attached as Exhibit 4 is a true and correct copy of a fax from Ann Lea Richards, the FOIA/PA Officer for the Antitrust Division, to Lucius B. Lau, attorney for Stolt-Nielsen, dated Feb. 2, 2006.

6. Attached as Exhibit 5 is a true and correct copy of fax from Wendy Norman to Mark Gidley and Peter Carney, attorneys for Stolt-Nielsen, attaching the Indictment, dated Sept. 6, 2006.

7. Attached as Exhibit 6 is a true and correct copy of a transcript prepared by Alderson Reporting Company from the CD-ROM (purchased from the American Bar Association) of a panel discussion by Gary Spratling, Scott Hammond, Jim Walden and Joe Linklater at the ABA Criminal Justice Section's 19th Annual National Institute on White Collar Crime 2005 on March 3, 2005, in Las Vegas, Nevada.

8. Attached as Exhibit 7 is a true and correct copy of a transcript prepared by For The Record, Inc. from the CD-ROM (purchased from the American Bar Association) of a panel discussion by Gary R. Spratling, Scott D. Hammond, John M. Majoras and Kirtikumar Mehta at the ABA Section of Antitrust Law, Fall Forum Cartel Enforcement Roundtable on November 16, 2005, held at the National Press Club in Washington, D.C.

9. Attached as Exhibit 8 is a true and correct copy of the American Bar Association brochure for the 19th Annual National Institute on White Collar Crime 2005 on March 3-4, 2005, in Las Vegas, Nevada.

10. Attached as Exhibit 9 is a true and correct copy of the American Bar Association brochure for the Fall Forum, November 15-16, 2005, at the National Press Club in Washington, D.C.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 14, 2006
Washington, D.C.

_____
Lucius B. Lau

2