# Exhibit 4

# United States Department of Justice

## Antitrust Division

FOIA Unit

Fax Number: 202-616-4529

Voice Number: 202-514-2692



The information contained in this facsimile is government privileged and confidential information intended only for the use of the addressee(s) listed on this coversheet. If the reader of this message is not the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of the telecopy is strictly prohibited. If you have received this facsimile in error, please immediately notify the sender at the telephone number listed on this coversheet and the original facsimile must be returned via the United States Postal Service to the address above. Thank you.

## FAX COVER SHEET

| | |
|---|---|
| Date: | February 2, 2006 |
| To: | Lucius B. Lau |
| Of: | White & Case LLP |
| Fax Number: | 202-639-9355 |
| From: | Ann Lea Richards |

Pages Sent (including this sheet):     2

Remarks:   Freedom of Information Act Request No. ATFY06-038.



U.S. Department of Justice

Antitrust Division

Liberty Place Building
325 Seventh Street NW
Washington, DC 20530

February 2, 2006

Lucius B. Lau
White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

Re: Freedom of Information Act Request No. ATFY06-038

Dear Mr. Lau:

This letter acknowledges receipt of your January 24, 2006 Freedom of Information Act request for copies of "speeches, speech outlines, audio or video recordings of speeches including audio tapes, video-tapes, CD-ROM or DVDs, program materials announcing the speaking event, notes of any DOJ participant at a speech, e-mails relating to speeches, and any other documents related to any speeches (collectively "speeches and speech-related materials") by any Antitrust Division official which discusses in any way SNTG, SNTG's status in the Division's Amnesty Program, the circumstances and rationale for the Division's litigation with SNTG over SNTG's amnesty status in the Eastern District of Pennsylvania and the appeal to the Third Circuit and/or the investigation into SNTG (the "SNTG matters"). In particular, SNTG requests material related to: (1) any speeches and speech-related materials related to speeches relating to the SNTG matters by Scott D. Hammond, Deputy Assistant Attorney General and Director of Criminal Enforcement, from November 9, 2005 to the present, including but not limited to the speech given by Mr. Hammond at the National Press Club in Washington, D.C. on November 16, 2005; and (2) Any public speeches and speech-related materials relating to speeches given by any other Antitrust Division official concerning the SNTG matters, including but not limited to Lisa Phelan, Chief, National Crime Enforcement, from March 1, 2004 to the present." Your request was received on January 24, 2006 and assigned control number ATFY06-038.

The records you seek are maintained outside of this office and our staff has not yet been able to complete a search to determine whether there are records within the scope of your request. Accordingly, we will be unable to comply with the twenty working day time limit in this case, as well as the ten additional days provided by the statute.

In an effort to speed up our records search, you may wish to narrow the scope of your request to limit the number of potentially responsive records or agree to an alternative time frame for processing, should records be located; or you may wish to await the completion of our records search to discuss either of these options.

In accordance with Department of Justice regulation 28 C.F.R. § 16.3 (c) (1998), this letter also confirms your agreement to incur all applicable fees involved in the processing of your request, up to the amount of $25. We consider you to be a commercial requester and, accordingly, you will be assessed search, review, and duplication fees. 28 C.F.R. § 16.11. Please be advised that we anticipate the fees for processing your request are likely to exceed $25 and, accordingly, ask you to provide in writing, your agreement to incur all fees associated with the processing of your request. Alternatively, you may designate a specific amount you are willing to incur for processing your request.

I regret the necessity of this delay, but I assure you that your request will be processed as soon as possible. If you have any questions regarding this letter you may contact me or Paralegal Specialist Wayne Foster at (202) 514-2692.

Sincerely yours,

Ann Lea Richards
Chief, FOIA/PA

2