# Exhibit 8

The American Bar Association
Criminal Justice Section
and the
Center for Continuing Legal Education
Present

19th Annual National Institute on

# White Collar Crime 2005

March 3-4, 2005

Green Valley Ranch
Resort & Spa
Las Vegas (Henderson), NV



ABA
Defending Liberty
Pursuing Justice

9.50 hours of MCLE credit, including 2.75 hours of Ethics credit in 60 minute states and 11.40 hours of MCLE credit, including 3.3 hours of Ethics credit in 50 minute states have been requested.

## Program Description

### DESCRIPTION OF PROCEEDINGS

The 2005 White Collar Crime National Institute will be presented on March 3 and 4 for the nineteenth consecutive year, but for the first time in Las Vegas. In past years, over 800 practitioners have attended this annual gathering of the national white collar bar. As in the past, we will have outstanding panelists who will deal with some of the most timely issues.

This Institute is regularly attended by judges, federal, state, and local prosecutors, other law enforcement officials, defense attorneys, corporate in-house counsel, and members of the academic community. The faculty includes some of the leading white collar practitioners in the United States. The audience is a dynamic mix of nationally renowned lawyers and those who are just beginning to concentrate in the white collar area. Attendees have consistently given the Institute high ratings for the valuable updates on new developments and strategies, the panelists' presentations, the exceptional quality of its publication, as well as the rare opportunity to meet colleagues in this field, renew acquaintances and exchange ideas.

The 2005 keynote panels will continue to focus on the role of ethics and corporate compliance in today's business environment. The Institute will have excellent representation from the corporate sector, including *Deutsche Bank, Goldman Sachs, Pfizer, Symbol Technologies, UBS Investment Bank and Verizon Wireless*.

This program will also feature panels on the ethical obligations of counsel when representing corporations, their directors, officers and employees as well as on the importance of effective compliance programs. In addition, Deputy Attorney General, James Comey, will be the luncheon keynote speaker.

### PROGRAM FOCUS
- The changing relationship between companies and their employees
- The responsibilities of lawyers for audit committees
- Internal investigations and corporate cooperation
- What regulators expect and how to respond while protecting the company
- Coping with multiple parallel criminal, civil and administrative proceedings
- Handling high profile cases – what to do when the world is watching
- Tactics for the defendant who still wants to fight
- New developments in SEC enforcement and the new role of outside counsel
- Handling common evidentiary issues effectively
- Indemnification of counsel post-*Enron*
- Coping with the results of international corruption in mergers and acquisitions
- Terrorism and its impact on white collar cases
- The use of the Internet for profit and fraud

### SUBSTANTIVE TOPICS
- False Claims Act litigation
- The Federal Sentencing Guidelines today
- Health care fraud and abuse
- Securities fraud
- Money laundering
- Criminal antitrust enforcement
- Criminal tax enforcement

# Program Agenda

## Wednesday ■ March 2, 2005

**4:00 pm**  Early Registration

**6:00 pm**  Young Lawyers Division Reception
*Sponsored by:*
Ballard Spahr Andrews & Ingersoll, LLP
Farella, Braun & Martel, LLP
Howrey Simon Arnold & White, LLP
Jones, Day, Reavis & Pogue
Lex Solutio Corporation
Ropes & Gray, LLP
Sidley Austin Brown & Wood, LLP
Zuckerman Spaeder, LLP

## Day One ■ Thursday ■ March 3, 2005

**8:00 am**  Registration

**9:00 am**  **Welcoming Remarks**
Raymond Banoun

**9:15 am**  **Evolution of Corporate Cooperation – The Changing Relationship Between Companies and their Employees**

Jan Lawrence Handzlik, Moderator
Alan M. Cohen
John W. Keker
Robert S. Khuzami
Linda Chatman Thomsen
Robert J. Morvillo

Post-*Enron* legislative and regulatory initiatives have changed the relationship between companies and their personnel. Companies face enormous pressures to self-report, cooperate and waive privileges, often pitting the company against its officers and employees. This panel will discuss the impact of these developments on the conduct of investigations, the preparation of a defense and the attorney-client privilege.

**10:45 am**  Coffee Break

**11:00 am**  Breakout Sessions I

A. **The Foreign Corrupt Practices Act: Coming Soon to a Country Where Your Client Conducts Business**
Peter B. Clark, Moderator
James R. Doty
Richard W. Grime
Ira H. Raphaelson
Robert W. Tarun

Representing clients in FCPA investigations has become far more complex. The panel will discuss cooperation with DOJ, the SEC and foreign law enforcement authorities; the new standards for due diligence in mergers and acquisitions; and recent FCPA investigations and prosecutions.

## Program Agenda (Continued)

### B. New Developments in Criminal Tax Investigations – Tax Shelters
Gerald A. Feffer, Moderator
Nancy Jardini
Paula M. Junghans
Scott D. Michel
Cono Namorato

Panelists will discuss recent developments, including the Government's crackdown on abusive tax shelters, and creative defense strategies and tactics for defending an individual or entity under criminal tax investigation.

### C. Recent Developments in Antitrust Law
Gary R. Spratling, Moderator
Scott D. Hammond
William J. Linklater
Jim Walden

The Department of Justice's expending arsenal of weapons in the fight against international cartels includes a new maximum fine of $100 million against corporations, longer jail sentences for individuals, increasing numbers of obstruction of justice prosecutions, extradition requests to foreign governments, and coordinated investigations with multiple foreign jurisdictions. The panel will address these and other critical issues including the Antitrust Division's new amnesty practices.

### D. Terrorism and Its Impact on White Collar Cases
Michael A. Collora, Moderator
Valerie E. Caproni
Frank W. Dunham, Jr.
David E. Nahmias
Hon Gerald E. Rosen
Laurence A. Urgenson
D. Anthony "Tony" West
Joe D. Whitley

Recent legal developments on the terrorism front, including interpretations of the PATRIOT Act, raise a host of issues that affect the defense of individuals and corporations in the white collar area, including evidentiary issues involving overseas payments and material witnesses. The panel will examine these fast changing and complex developments.

**12:30 pm** **Luncheon Meeting of the White Collar Crime Committee**
Guest Speaker: **Hon James B. Comey**, US Deputy Attorney General
**All registrants are invited to attend but seating is limited. Fee $30**

**2:00 pm** **Breakout Sessions II**

### A. Sentencing Guidelines – What next?
Hon Michael E. Horowitz, Moderator
Sara Sun Beale
Hon Paul G. Cassell
B. Todd Jones
Douglas M. Lankler
Deborah J. Rhodes

The panel will focus on the Supreme Court's decision in *Booker* and *Fanfan* and their impact on the sentencing of individuals, Chapter 8 guidelines and corporate compliance programs, as well as legal and practical issues facing judges, defense lawyers and prosecutors, pending legislation before Congress and proposals before the Commission.

### B. Securities Fraud – Recent Developments
Charles M. Carberry, Moderator
Linda Imes
Peter Lieb
Richard J. Morvillo
William F. Sullivan

## Program Agenda (Continued)

Panelists will analyze recent developments in the securities area, including financial statement fraud, insider trading, and the mutual fund investigations, recent changes in SEC practice, particularly with respect to settlements, and defense strategies in recent cases.

### C. False Claims Act and *Qui Tam* Litigation
John T. Boese, Moderator
Michael Granston
Brian C. Elmer
Shelley R. Slade
Thomas F. Carlucci

The False Claims Act continues to generate large financial settlements as well as some of the most complex and divisive court decisions. Some in Congress have proposed expanding *qui tam* enforcement to tax frauds. Most civil and criminal white collar fraud cases in procurement and healthcare now begin as *qui tam* cases, and whistleblowers have become important players in both civil and criminal law enforcement. This panel will address those and other issues.

### D. Criminal Defense Representation Issues in the Post-Enron Era: Financially Effective Assistance of Counsel
Robert J. Sussman, Moderator
Joshua R. Hochberg
Michael N. Levy
Marc A. Pomerantz
Brian A. Sun

Getting retained, staying retained, dealing with *Sarbanes* issues while dealing with conflicts, indemnification, multiple representation challenges, asset freezes, forfeiture concern, bankruptcy courts, civil depositions, the DOJ, the SEC, the CFTC, and other agencies, and trying to keep one's client out of harm's way, is becoming more and more difficult. Lawyers who have faced these issues will discuss these challenges that face our profession.

**3:15 pm**  **Coffee Break**

**3:45 pm**  **Breakout Sessions III**

### A. Ethics – Responsibility of Lawyers for Audit Committee
Vincent J. Marella, Moderator
Vincent J. Connelly
Paul E. Pelletier
James L. Sanders
Steven E. Zipperstein

 ETHICS CREDIT

This panel will explore ethical issues and pitfalls facing lawyers representing audit committees of publicly held companies; including how to best represent and protect independent directors with respect to reporting requirements and the conflicts which face counsel who represents both the audit committee and the corporation.

### B. Using the Internet for Fraud and Profit
Jane W. Moscowitz, Moderator
Robert S. Apgood
Karen F. Green
Jane Serene Raskin
Jonathan J. Rusch

The Department of Justice has recently targeted a variety of online economic crimes, including intellectual property crimes, Internet pharmacy fraud, auction fraud, denial of service (site blocking), and identity theft among others. These cases show the variety and complexity of online criminal activity, which blend traditional crimes with the reach and anonymity of the Internet. The panel will explore these emerging issues.

## Program Agenda (Continued)

    **C. Recent Developments in Money Laundering**
      Alan M. Cohen, Moderator
      Monty Raphael, Moderator
      Bernard S. Bailor
      Theodore S. Greenberg

    Panelists will examine recent developments in this important area, including reporting requirements and their effectiveness, compliance regimes, effective due diligence, and the European experience with Gatekeeper's Initiatives.

    **D. Common Evidentiary Issues in White Collar Cases**
      Charles W. Blau, Moderator
      H. Lowell Brown
      Ross H. Garber
      Martin R. Raskin

    The panel will analyze current developments and trends and potential changes in the Federal Rules, examine common evidence errors in creating a proper trial record and the use of experts and pseudoscience in the trial of a criminal case.

**5:00 pm**   Adjourn

**5:00 pm**   White Collar Crime Committee Meeting

**6:30 pm–**
**8:30 pm**   **Cocktail Reception**
      *Sponsored by*
      Bird, Marella, Boxer, Wolpert, Nessim, Drooks & Lincenberg
      Cadwalader, Wickersham & Taft LLP
      Caplin & Drysdale, Chtd
      Deloitte and Touche
      KPMG LLP
      Farella, Braun & Martel, LLP
      Fried, Frank, Harris, Shriver & Jacobsen LLP
      Hinton Sussman Bailey & Davidson L.L.P.
      Jones, Day, Reavis & Pogue
      Latham & Watkins LLP
      Kaplan Marino
      Meadows, Owens, Collier, Reed, Cousins and Blau LLP
      Paul, Hastings, Janofsky & Walker, LLP
      Peters & Peters
      Zuckerman Spaeder LLP

## Day Two ▪ Friday ▪ March 4, 2005

**8:00 am**   **Breakfast of the Women Lawyers Committee**
      Please sign up on registration form
      Co Sponsored By:
      *Corporate Integrity Services, LLP*
      *Ruden McClosky Smith Schuster & Russell, PA*

**9:00 am**   **Lessons from the Front Lines: White Collar Crime Cases After Enron**
      Kirby D. Behre, Moderator
      Nina Marino
      Michael S. Pasano

    This multimedia presentation will examine the groundbreaking cases of the past two years that have changed the landscape of white collar investigations and prosecutions.

## Program Agenda (Continued)

**9:45 am**  **Internal Investigations and Corporate Cooperation: Whose Side Are You On?**
Robert S. Litt, Moderator
W. Neil Eggleston
James E. Johnson
Carolyn J. Kubota
David B. Pitofsky
Earl J. Silbert


ETHICS CREDIT

This panel will explore the ethical and practical considerations involved in conducting an internal investigation in the current enforcement environment, including the representation of individuals employed by a corporation under investigation, the preservation or waiver of the attorney-client privilege, parallel proceedings, and joint defense agreements.

**11:15 am**  **Coffee Break**

**11:45 am**  **Breakout Sessions IV**

**A. Enforcement From Every Direction: What Regulators Expect and How to Respond While Protecting the Company**
Alice S. Fisher, Moderator
David Aufhauser
Merri Jo Gillette
Robert J. Giuffra, Jr.
Hon David N. Kelley
Susan Merrill

This session will focus on the manner in which the DOJ, the SEC and other regulators are currently coordinating investigations, including their expectations of cooperation from companies and individuals.

**B. What to Do When the World Is Watching: Handling High Profile Cases**
Leslie R. Caldwell, Moderator
Cristina Arguedas
Mike deGuerin
Robert J. Morvillo
Andrew Weissmann

Panelists will focus on the ways in which intense media coverage of an investigation or trial affects overall operations. They will consider media strategy before, during and after indictment; jury selection including the use of jury or other consultants; the effect of media coverage on trial participants including lawyers, judges, juries and witnesses; whether and how clients should address the media directly; and the effect of media coverage on government charging decisions.

**C. Playing Hard Ball: Tactics for the Defendant Who Still Wants to Fight**
Margaret M. de Guzman, Moderator
Nanci L. Clarence
Timothy J. Coleman
James W. Cooper
Joan McPhee
Michele A. Roberts

In a world of ever-increasing government power, defense attorneys often bemoan the shrinking legal toolbox at their disposal. This panel will focus on some of the primary strategies still available to a defendant willing to fight. For individual defendants, the tactics such as enforcing the right to a speedy trial and embarking on an aggressive media campaign. For corporations the tactics include taking a narrow interpretation of document subpoenas, refusing to waive the attorney-client privilege, and supporting employees by refusing to fire "targets" and paying their legal fees.

**1:00 pm**  **Conference Concludes**

## Program Faculty

**Raymond Banoun**
*Cadwalader, Wickersham & Taft*
Washington, DC
Chair of Institute

**Robert S. Apgood**
*AvantLaw PLLC*
Seattle, WA

**Cristina Arguedas**
*Cooper, Arguedas,
Cassman & Headley*
Emeryville, CA

**David Aufhauser**
Global General Counsel
*UBS Investment Bank*
New York, NY

**\*Bernard S. Bailor**
*Caplin & Drysdale, Chtd*
Washington, DC

**Sara S. Beale**
Charles L.B. Lowndes
Professor
*Duke Law School*
Durham, NC

**Kirby D. Behre**
*Paul, Hastings, Janofsky
& Walker LLP*
Washington, DC

**Charles W. Blau**
*Meadows, Owens, Collier,
Reed, Cousins & Blau LLP*
Dallas, TX

**John T. Boese**
*Fried, Frank, Harris, Shriver
& Jacobson*
Washington, DC

**\*Stephen J. Bronis**
*Zuckerman Spaeder LLP*
Miami, FL

**H. Lowell Brown**
*Cadwalader, Wickersham &
Taft LLP*
Washington, DC

**\*Leslie R. Caldwell**
*Morgan, Lewis & Bockius LLP*
New York, NY

**Valerie E. Caproni**
General Counsel
*Federal Bureau of Investigation*
Washington, DC

**\*Charles M. Carberry**
*Jones Day*
New York, NY

**Thomas F. Carlucci**
*Foley & Lardner LLP*
San Francisco, CA

**Hon. Paul G. Cassell**
US District Judge
*District of Utah*
Salt Lake City, Utah

**Nanci L. Clarence**
*Clarence & Dyer LLP*
San Francisco, CA

**Peter B. Clark**
*Cadwalader, Wickersham & Taft*
Washington, DC

**Alan M. Cohen**
Global Head of Compliance
*Goldman Sachs Group*
New York, NY

**Timothy J. Coleman**
Senior Counsel to the Deputy
Attorney General
*US Department of Justice*
Washington, DC

**\*Michael A. Collora**
*Dwyer & Collora, LLP*
Boston, MA

**Hon. James B. Comey**
US Deputy Attorney General,
*US Department of Justice*
Washington, DC

**Vincent J. Connelly**
*Mayer, Brown, Rowe, &
Maw LLP*
Chicago, IL

**James W. Cooper**
Deputy Chief
Fraud and Public Corruption
Section
Assistant US Attorney
*US Attorney's Office -
District of Columbia*
Washington, DC

**Mike DeGuerin**
*Foreman, DeGuerin & Nugent*
Houston, TX

**Margaret M. de Guzman**
*Farella, Braun & Martel LLP*
San Francisco, CA

**James R. Doty**
*Baker Botts, LLP*
Washington, DC

**Frank W. Dunham, Jr.**
Federal Public Defender
*Eastern District of Virginia*
Alexandria, VA

**W. Neil Eggleston**
*Howrey, Simon, Arnold &
White LLP*
Washington, DC

**\*Brian C. Elmer**
*Crowell & Moring LLP*
Washington, DC

**Gerald A. Feffer**
*Williams & Connolly*
Washington, DC

**\*Alice S. Fisher**
*Latham & Watkins LLP*
Washington, DC

**Ross H. Garber**
*Shipman & Goodwin LLP*
Hartford, CT

**Merri Jo Gillette**
Regional Director
Midwest Regional Office
*US Securities and Exchange
Commission*
Chicago, IL

**Robert J. Giuffra, Jr.**
*Sullivan & Cromwell LLP*
New York, NY

**Michael Granston**
Commercial Litigation Branch,
Civil Division
*US Department of Justice*
Washington, DC

## Program Faculty (continued)

**Karen F. Green**
*Wilmer, Cutler, Hale & Dorr LLP*
Boston, MA

**Theodore S. Greenberg**
Senior Counsel
Money Laundering Section
*The World Bank*
Washington, DC

**Richard W. Grime**
Assistant Director, Division of Enforcement
*Securities and Exchange Commission*
Washington, DC

**Scott D. Hammond**
Director of Criminal Enforcement
Antitrust Division
*US Department of Justice*
Washington, DC

**\*Jan Lawrence Handzlik**
*Howrey, Simon, Arnold & White LLP*
Los Angeles, CA

**\*Joshua R. Hochberg**
Chief
Fraud Section
Criminal Division
*US Department of Justice*
Washington, DC

**\*Hon. Michael E. Horowitz**
Commissioner, *US Sentencing Commission*
Partner, *Cadwalader, Wickersham & Taft LLP*
Washington, DC

**Linda Imes**
*Richards, Spear, Kibbe & Orbe LLP*
New York, NY

**Nancy Jardini**
Chief, Criminal Investigations
*Internal Revenue Service*
Washington, DC

**James E. Johnson**
*Debevoise & Plimpton LLP*
New York, NY

**B. Todd Jones**
*Robins, Kaplan, Miller & Ciresi LLP*
Minneapolis, MN

**Paula M. Junghans**
*Piper Rudnick LLP*
Washington, DC

**John W. Keker**
*Keker & Van Nest*
San Francisco, CA

**Hon. David N. Kelley**
US Attorney
*Southern District of New York*
New York, NY

**Robert S. Khuzami**
General Counsel for the Americas
*Deutsche Bank AG*
New York, NY

**Carolyn J. Kubota**
*O'Melveny & Myers LLP*
Los Angeles, CA

**Douglas M. Lankler**
Assistant General Counsel and Deputy Corporate Compliance Officer
*Pfizer Inc.*
New York, NY

**Michael N. Levy**
*McKee Nelson LLP*
Washington, DC

**Peter Lieb**
Senior Vice President, General Counsel & Secretary
*Symbol Technologies*
Holtsville, NY

**William J. Linklater**
*Baker & McKenzie*
Chicago, IL

**\*Robert S. Litt**
*Arnold & Porter*
Washington, DC

**\*Adam S. Lurie**
*Cadwalader, Wickersham & Taft LLP*
Washington, DC

**Joan McPhee**
*Ropes & Gray*
Boston, MA

**\*Vincent J. Marella**
*Bird, Marella, Boxer, Wolpert, Nessim, Drooks & Lincenberg PC*
Los Angeles, CA

**Nina Marino**
*Kaplan Marino*
Beverly Hills, CA

**Mark Mendelsohn**
Acting Deputy Chief
Fraud Section
Criminal Division
*US Department of Justice*
Washington, DC

**Susan Merrill**
Executive Vice President
Chief of Enforcement
*New York Stock Exchange*
New York, NY

**Scott D. Michel**
*Caplin & Drysdale, Chtd*
Washington, DC

**Richard J. Morvillo**
*Crowell & Moring LLP*
Washington, DC

**Robert G. Morvillo**
*Morvillo, Abramowitz, Grand, Iason & Silberberg*
New York, NY

**\*Jane W. Moscowitz**
*Moscowitz, Moscowitz & Magolnick, PA*
Miami, FL

**David E. Nahmias**
Deputy Assistant Attorney General
Criminal Division
*US Department of Justice*
Washington, DC

---

### EARLY BIRD AUDIOTAPE OFFER

**Order by March 2, 2005 and Save $50.**
*(See Registration and Order Form)*

## Program Faculty (continued)

**Cono Namorato**
Director
Office of Professional Responsibility
*Internal Revenue Service*
Washington, DC

**\*Ronald J. Nessim**
*Bird, Marella, Boxer, Wolpert, Nessim, Drooks & Lincenberg PC*
Los Angeles, CA

**\*Michael S. Pasano**
*Zuckerman Spaeder LLP*
Miami, FL

**Paul E. Pelletier**
Deputy Chief
Fraud Section
Criminal Division
*US Department of Justice*
Washington, DC

**David B. Pitofsky**
Assistant US Attorney
*Eastern District of New York*
Brooklyn, NY

**Marc A. Pomerantz**
*Paul, Weiss, Rifkind, Wharton & Garrison*
New York, NY

**Monty Raphael**
*Peters & Peters*
London, England

**Ira H. Raphaelson**
*O'Melveny & Myers LLP*
Washington, DC

**Jane S. Raskin**
*Raskin & Raskin PA*
Miami, FL

**Martin R. Raskin**
*Raskin & Raskin PA*
Miami, FL

**Deborah J. Rhodes**
Commissioner, Ex Officio
US Sentencing Commission
*US Department of Justice*
Washington, DC

**Michele A. Roberts**
*Akin, Gump, Strauss, Hauer & Feld LLP*
Washington, DC

**Hon. Gerald E. Rosen**
US District Judge
*Eastern District of Michigan*
Detroit, MI

**Jonathan J. Rusch**
Special Counsel for Fraud Prevention
Criminal Division
*US Department of Justice*
Washington, DC

**James L. Sanders**
*McDermott, Will & Emery*
Los Angeles, CA

**Earl J. Silbert**
*Piper Rudnick LLP*
Washington, DC

**Shelley R. Slade**
*Vogel & Slade, LLP*
Washington, DC

**Gary R. Spratling**
*Gibson, Dunn & Crutcher LLP*
San Francisco, CA

**William F. Sullivan**
*Paul, Hastings, Janofsky & Walker LLP*
San Diego, CA

**Brian A. Sun**
*Jones Day*
Los Angeles, CA

**\*Robert J. Sussman**
*Hinton, Sussman, Bailey & Davidson LLP*
Houston, TX

**\*Robert W. Tarun**
*Latham & Watkins LLP*
Chicago, IL

**Linda Chatman Thomsen**
Deputy Director
Division of Enforcement
*US Securities and Exchange Commission*
Washington, DC

**Laurence A. Urgenson**
*Kirkland & Ellis, LLP*
Washington, DC

**Jim Walden**
*O'Melveny & Myers, LLP*
New York, NY

**Andrew Weissmann**
Director, Enron Task Force
Fraud Section
Criminal Division
*US Department of Justice*
Washington, DC

**D. Anthony "Tony" West**
*Morrison & Foerster LLP*
San Francisco, CA

**\*Joe D. Whitley**
General Counsel
*US Department of Homeland Security*
Washington, DC

**Steven E. Zipperstein**
Vice President – Legal & External Affairs and General Counsel
*Verizon Wireless*
Bedminster, NJ

*\*Indicates National Institute Planning Committee*

---

**For more information about this National Institute, the ABA, the ABA Criminal Justice Section, and ABA-CLE:**

 Phone ABA Member Services at 800.285.2221

 Visit and shop our Web Site in a secured credit card environment at http://www.abanet.org/cle

## Program Information

### REGISTRATION FEES
To register, or for additional information, call 800.285.2221 or 312.988.5522.
*Attend the entire two-day program on March 3-4, 2005, network with other registrants and faculty and pay...*
- $875 for the General Public
- $775 for an ABA Member *($100 Savings)*
- $725 for a CJS Section Member *($150 Savings)*

**Every registrant will receive a copy of the informative course materials book that can be used as a comprehensive resource.**

### GROUP AND OTHER DISCOUNTS
Register three or more people at the same time to receive an additional $50 reduction on each program tuition. Larger group discounts and special rates for full time law students, academics and government employees are also available. For more information, contact Renee Williams at 312.988.6216.

### MCLE
Mandatory Continuing Legal Education (MCLE) accreditation has been requested from all states which require continuing legal education. **9.50** hours of CLE credit, including **2.75** hours of Ethics credit in 60-minute states and **11.40** hours of CLE credit, including **3.3** hours of Ethics credit in 50-minute states have been represented.
**For NY Licensed Attorneys:** This transitional CLE program has been approved for all NY licensed attorneys in accordance with the requirements of the New York State CLE Board for New York MCLE (**11.00** total NY MCLE credits, including **\*3.0** NY MCLE Ethics credits). Contact 312.988.6217 about MCLE application and approval two weeks prior to the program.

### SCHOLARSHIPS
Scholarships to defray tuition expense for National Institutes are available upon application. Preference will be given to public interest lawyers, government lawyers, law professors and solo or small firm practitioners. For more information, contact Renee Williams at 312.988.6216.

### SERVICES FOR PERSONS WITH DISABILITIES
If special arrangements are required, please contact Earnestine Murphy at 312.988.6204. Reasonable advance notice is requested.

### IN-PERSON REGISTRATION
If you plan to register in person please call the ABA at least 24 hours in advance to confirm that the program is being held as scheduled and that space is available. Cash payments will **not** be accepted.

### CANCELLATIONS
Refund requests for National Institute presentations will be honored on the following basis:

| Day of Cancellation* | Amount of Refund |
|---|---|
| 8 business days or more | 100% Refund |
| 4 to 7 business days | 100% Refund minus $50 administrative fee |
| **3 business days or less | No Refund |

*"**Day of Cancellation**" is the day the cancellation is received, by telephone or in writing, by the ABA. It is calculated based on ABA business days remaining before the National Institute.
** No refund will be made for cancellations received after this time; written confirmation of refund requests must be received within 14 days following the National Institute presentation. Substitute registrants are welcome.

### PROGRAM CONFIRMATION
Written confirmation of your registration will be sent to you upon receipt. Please bring it with you to the National Institute as proof of registration. If you do not receive the confirmation notice prior to the presentation, please call the ABA at least 24 hours in advance to confirm that your registration was received and the program is being held as scheduled.

### HOTEL INFORMATION
**Green Valley Ranch Resort & Spa**
**2300 Paseo Verde Drive**
**Henderson, NV 89052**
**Phone: 866.782.9487**
**Fax: 702.617.6885**
**Single/Double: $165**
All room rates are subject to city occupancy and sales tax. One nights deposit required for reservation. Unclaimed rooms will be released twenty-one days before the program, after which the hotel will accept reservations on a space-available basis only. *Mention this ABA meeting to receive the special discounted rate.*

### AIRLINE INFORMATION
The ABA Discounted Meeting Airfares are available through your travel agent, directly from the airline or from the ABA travel agency, Tower Travel at 800.921.9190.
**American Airlines**
ABA Code: 17715
800.433.1790
**Delta Air Lines**
ABA Code: 207843A
800.241.6760
**US Airways**
ABA Code: 65163236
877.874.7687

### STANDING COMMITTEE ON CONTINUING LEGAL EDUCATION
Under the guidance of the Standing Committee on Continuing Legal Education, the Center for Continuing Legal Education administers and produces National Institutes, Videolaw Seminars, Satellite Programs, TeleConferences, other technology-based offerings and written Course Materials to assist lawyers continuing legal education efforts.
**R. Clark Wadlow,** Chair, *Sidley Austin, Brown & Wood,* Washington, DC

### ABA CENTER FOR CONTINUING LEGAL EDUCATION
**Peter A. Glowacki,** Director
**Earnestine Murphy,** Associate Director, *CLE Courses*

# Registration and Order Form
# 19th Annual National Institute on White Collar Crime 2005
March 3-4, 2005 ▪ Green Valley Ranch Resort & Spa ▪ Henderson, NV

☐ **$875** General Public

☐ **$775** ABA Member ($100 Savings)
ABA # _____

☐ **$725** Criminal Justice Section Member ($150 Savings)
ABA # _____ (*join below)

☐ Young Lawyers Reception
☐ Women Lawyers Committee Breakfast
☐ White Collar Crime Committee Luncheon **$30**

*All registrants welcome. Space is limited.*

## PRODUCT ORDER FORM

☐ Send me the **Audio CD Package (CDs and course materials – N05WCCC)** available two weeks following the presentation at the special price of **$775 ($725, if ordered by March 3, 2005 Early Bird)** plus $29.95 for domestic shipping/handling

☐ Send me the **Audiotape Package (tapes and course materials – N05WCCA)**, available two weeks following the presentation at the special price of **$775 ($725, if ordered by March 3, 2005 Early Bird)** plus $29.95 for domestic shipping/handling

☐ Send me the **Course Materials (N05WCCB)**, at the special prepublication price of **$200**, plus $17.95 for domestic shipping and handling

Illinois residents add 8.75% sales tax; District of Columbia residents add 5.75% use tax; Maryland residents add 5% sales tax, before including shipping and handling charges. Price is subject to change after 3/4/05.

☐ Send me the ABA-CLE product catalog
☐ Send me the ABA-CLE calendar for upcoming events

## ABA MEMBERSHIP
☐ Send me information and membership forms

## *SECTION MEMBERSHIP MUST BE AN ABA MEMBER
☐ Enroll me in the Criminal Justice Section
Enclosed is a separate check for **$35**

*We will send you information about ABA-CLE programs and products unless you indicate otherwise by checking either of the following boxes.*
☐ By Fax   ☐ By Email

### TO REGISTER AND ORDER:
📞 Phone **800.285.2221** or **312.988.5522** (credit card only)
📠 FAX **312.988.5850** (credit card only)
💻 Online @ www.abanet.org/cle/programs/n05wcc1.html
✉ must include or Mail form and payment (with your check payable to the American Bar Association or with VISA, MasterCard or American Express) to:

American Bar Association
Financial Services N05WCC1
P.O. Box 109078
Chicago, IL 60610-9078

☐ MasterCard   ☐ VISA   ☐ American Express

Card No. _____

Exp. Date _____

Signature _____
*(Cardholder Signature Required)*

Name _____

Title _____

Organization _____

Address _____
*(No P.O. Boxes Please)*

City _____

State _____

Zip _____

Phone _____

Fax _____

E-mail _____

28894

---

## Join the ABA Criminal Justice Section and Save $150 on this National Institute

For Office Use Only:  ID **N05WCC1**   ACK _____   SC **NCE5MWCC**  1  2  3  4   SR _____

**ABA CLE**

American Bar Association
Center for Continuing Legal Education
321 N. Clark Street-Suite 1900
Chicago, Illinois 60610

Non-Profit Org.
U.S. Postage
PAID
Documation