# Exhibit 9



# ABA SECTION OF ANTITRUST LAW

# FALL FORUM

**NOVEMBER 15-16, 2005**
**NATIONAL PRESS CLUB**
**WASHINGTON, DC**

**CHAIR:**
PHILLIP A. PROGER

**PLANNING COMMITTEE:**
JONATHAN BAKER
PAMELA JONES HARBOUR
ROBERT KRAMER
DEBRA VALENTINE



SECTION OF
**ANTITRUST LAW**

**FALL FORUM**

# WELCOME

Dear Colleagues,

The Section of Antitrust Law invites you to the Fifth Annual Fall Forum on November 15 and 16 at the National Press Club in Washington, DC. The Fall Forum will focus on major antitrust enforcement developments and policy issues in the United States and around the globe. Issues ranging from vertical enforcement to merger policy and from international enforcement to cartel enforcement will be addressed by senior government enforcers, experienced practitioners and respected scholars. The conference will feature a discussion with FTC Chairman Deborah Platt Majoras and Acting Assistant Attorney General Thomas O. Barnett.

This year's Fall Forum will expand to two full days and will feature four sessions. The first session will focus on the challenges facing business when competing in a world of international enforcement. The second session will look at vertical enforcement and monopolization. Leading off the second day, the third session will explore the current status of practice under the Merger Guidelines. The fourth session will conclude this year's Fall Forum with two panels of antitrust enforcers looking at enforcement actions against civil and criminal horizontal agreements. In addition to U.S. enforcers, enforcement officials from Europe and Asia will present their international perspectives.

Using various presentation formats, this conference will feature rich and lively interaction among the policy makers and those who advocate to — and seek to influence — the agencies, courts and Congress in the development of antitrust law and policy. This conference provides the attorney, the business person and the economist with both a policy and a practical understanding of the important antitrust issues of the day. You can expect timely and candid discussions of the impact of these issues on the domestic and global industries.

We hope that you will join us in Washington this fall to take part in this continuing antitrust conversation.


Donald C. Klawiter
Chair, Section of Antitrust Law


Phillip A. Proger
Conference Chair

# FALL FORUM

# CONFERENCE AGENDA

## TUESDAY, NOVEMBER 15, 2005

*8:30 – 9:00 am*
**WELCOME**
**Donald C. Klawiter,** Morgan, Lewis & Bockius LLP, Washington, DC
**Phillip A. Proger,** Jones Day, Washington, DC

*9:00 - 10:30 am*
**ENFORCEMENT ISSUES IN ARTICLE 82 AND SECTION 2: CONCERNS, COMPARISONS AND CONTRASTS**
Confusion in US monopolization law centers around non-price exclusionary conduct, but US and EU laws differ strikingly regarding predatory pricing and IP/antitrust issues as well. Will the new Article 82 guidelines affect enforcement? Will the guidelines affect dominant firm behavior and pricing? How will US and EU approaches continue to differ?

*Moderator:*
**Mark Leddy,** Cleary Gottlieb Steen & Hamilton LLP, Washington, DC

*Panelists:*
**Michael Albers,** Competition Directorate General, European Commission, Brussels, Belgium
**H. Stephen Harris Jr,** Alston & Bird LLP, Atlanta, GA
**Frank Montag,** Freshfields Bruckhaus Deringer, Brussels, Belgium

*10:30 - 10:45 am*
**BREAK**

*10:45 am - 12:00 pm*
**WHAT IS THE FUTURE FOR INTERNATIONAL ANTITRUST?**
Looking out twenty-five or fifty years, how will antitrust policy fit into economic policies worldwide? Will the WTO become a WCO? Or will antitrust be an appendage of a powerful world trading organization? Will US courts rely on EC law and will EC decisions cite US authorities? Will there be one forum where mergers are filed?

*Moderator:*
**Debra A. Valentine,** Vice President, Secretary and Associate General Counsel, United Technologies Corporation, Hartford, CT

*Panelists:*
**Margaret Bloom,** Kings College London, London, England
**Timothy J. Muris,** O'Melveny & Myers LLP, Washington, DC
**R. Hewitt Pate,** Hunton & Williams LLP, Washington, DC

*12:00 - 1:00 pm*
**LUNCH**

*1:00 - 2:00 pm*
**A CONVERSATION WITH DEBORAH PLATT MAJORAS AND THOMAS O. BARNETT**

*Moderator:*
**Phillip A. Proger,** Jones Day, Washington, DC

*Panelists:*
**The Honorable Thomas O. Barnett,** Acting Assistant Attorney General, Antitrust Division, U.S. Department of Justice, Washington, DC
**The Honorable Deborah Platt Majoras,** Chairman, Federal Trade Commission, Washington, DC

3

### FALL FORUM

# CONFERENCE AGENDA

#### TUESDAY, NOVEMBER 15, 2005

*2:00 - 3:30 pm*
**ABDICATION OF VERTICAL ENFORCEMENT**
Today the defendant almost always wins in challenges to non-price vertical restraints. The Supreme Court has narrowed the scope of the per se rule. Federal antitrust enforcers rarely bring vertical cases and a recent FTC working paper defends a presumption that vertical practices generally are pro-competitive. Have the courts and agencies de facto abdicated vertical enforcement?

*Moderator:*
**Jonathan B. Baker,** American University Washington College of Law, Washington, DC

*Panelists:*
**Patricia A. Conners,** Office of the Attorney General, State of Florida, Tallahassee, FL
**John Read,** Chief, Litigation III Section, Antitrust Division, U.S. Department of Justice, Washington, DC
**Michael A. Salinger,** Director, Bureau of Economics, Federal Trade Commission, Washington, DC

*3:30 - 3:45 pm*
**BREAK**

*3:45 - 5:00 pm*
**MONOPOLIZATION TODAY: COUNSELING CLIENTS WHEN THE RULES ARE UNCLEAR**
Does Sherman Act Section 2 allow dominant firms to compete aggressively on price, while requiring more caution when firms are engaged in non-price exclusionary conduct? Do loyalty discounts subvert the distinction between predatory pricing and predatory conduct? How should lawyers counsel clients today when monopolization law is in flux?

*Moderator:*
**Kevin E. Grady,** Alston & Bird LLP, Atlanta, GA

*Panelists:*
**Susan A. Creighton,** Director, Bureau of Competition, Federal Trade Commission, Washington, DC
**Andrew I. Gavil,** Howard University School of Law, Washington, DC
**Marc G. Schildkraut,** Heller Ehrman LLP, Washington, DC

#### WEDNESDAY, NOVEMBER 16, 2005

*8:45 am - 12:00 pm*
**THE MERGER GUIDELINES: IS THERE A GAP BETWEEN THE GUIDELINES AND AGENCY PRACTICE?**
This two-part session will reflect on the evolving influence and usefulness of the joint FTC/DOJ Merger Guidelines issued in 1992 and revised in 1997. The Merger Guidelines remain the official merger enforcement policy of the federal agencies. In practice, however, the Guidelines may not fully reflect the current analytical approach to mergers. Two panels will consider the state of merger law today.

*8:45 - 9:00 am*
**INTRODUCTION AND REMARKS**
**The Honorable Pamela Jones Harbour,** Commissioner, Federal Trade Commission, Washington, DC

*9:00 - 10:30 am*
**PART I: GENERAL DISCUSSION OF MERGER GUIDELINES: CORE ELEMENTS OF A PRIMA FACIE MERGER CASE UNDER THE GUIDELINES (MARKET DEFINITION, CONCENTRATION, COMPETITIVE EFFECTS)**

*Moderator:*
**Robert D. Willig,** Princeton University, Princeton, NJ

*Panelists:*
**Jeffrey W. Brennan,** Associate Director, Bureau of Competition, Federal Trade Commission, Washington, DC
**Renata B. Hesse,** Chief, Networks and Technology Section, Antitrust Division, U.S. Department of Justice, Washington, DC
**Ann Malester,** Weil, Gotshal & Manges LLP, Washington, DC

4

**FALL FORUM**

# CONFERENCE AGENDA

**WEDNESDAY, NOVEMBER 16, 2005**

*10:30 - 10:45 am*
BREAK

*10:45 am - 12:00 pm*
PART 2: EFFICIENCIES, ENTRY AND ECONOMICS: WHAT ROLE, IF ANY, DO THEY HAVE IN MERGER ANALYSIS TODAY?

*Moderator:*
**Janet L. McDavid,** Hogan & Hartson LLP, Washington, DC

*Panelists:*
**William J. Baer,** Arnold & Porter LLP, Washington, DC
**Ilene Knable Gotts,** Wachtell, Lipton, Rosen & Katz, New York, NY
**Kenneth Heyer,** Economics Director & Acting Deputy Assistant Attorney General for Economics, Antitrust Division, U.S. Department of Justice, Washington, DC

*12:00 - 1:00 pm*
LUNCH

*1:00 - 2:00 pm*
LENIENCY PROGRAMS: A GROWING PART OF INTERNATIONAL ENFORCEMENT

*Moderator:*
**Donald C. Klawiter,** Morgan, Lewis & Bockius LLP, Washington, DC

*Panelists:*
**Scott D. Hammond,** Deputy Assistant Attorney General for Criminal Enforcement, Antitrust Division, U.S. Department of Justice, Washington, DC
**Akinori Uesugi,** Secretary General, Japan Fair Trade Commission, Tokyo, Japan

*2:00 - 3:30 pm*
CARTEL ENFORCEMENT ROUNDTABLE
Review of what is new in district court and appellate litigation; post-*Booker* sentencing; amnesty/leniency programs; coordination with foreign agencies; extradition of foreign nationals.

*Moderator:*
**Gary R. Spratling,** Gibson, Dunn & Crutcher LLP, San Francisco, CA

*Panelists:*
**Scott D. Hammond,** Deputy Assistant Attorney General for Criminal Enforcement, Antitrust Division, U.S. Department of Justice, Washington, DC
**John M. Majoras,** Jones Day, Washington, DC
**Kirtikumr Mehta,** Directorate-Cartels, European Commission, Brussels, Belgium

*3:30 - 3:45 pm*
BREAK

*3:45 - 5:00 pm*
RESURGENCE OF CIVIL HORIZONTAL CASES? AN ENFORCERS' PANEL
Agency representatives will discuss (1) recent healthcare and real estate initiatives; (2) recent cases alleging conduct beyond the state action defense; (3) scrutiny of joint ventures and trade associations; (4) the scope of antitrust immunities; and (5) where do the agencies stand on disgorgement and "fencing in" remedies?

*Moderator:*
**J. Robert Kramer II,** Director of Operations, Antitrust Division, U.S. Department of Justice, Washington, DC

*Panelists:*
**Mark J. Botti,** Chief, Litigation I Section, Antitrust Division, U.S. Department of Justice, Washington, DC
**Susan S. DeSanti,** Deputy General Counsel, Federal Trade Commission, Washington, DC
**Robert L. Hubbard,** Chair, NAAG, Antitrust Task Force, Director of Litigation, Antitrust Bureau of the New York Attorney General's Office, New York, NY

5

**FALL FORUM**

# REGISTRATION INFORMATION

### ADVANCE REGISTRATION

Take advantage of our Early Bird discount rate available until **October 14, 2005.** All registrations received by this date will receive this special discount.

Your registration fee includes CLE, course materials, all sessions, breaks, and the Tuesday and Wednesday luncheons.

Please complete the attached registration form and return to the ABA with payment no later than **October 28, 2005.** Registrations must include payment in order to be processed. You are encouraged to register early, as space is limited. Registration fees will automatically be adjusted if the incorrect amount is submitted. Advance registrations received with payment by **October 28, 2005** will appear in the participant roster located on
**http://www.abanet.org/antitrust/programs/ff-05/pdf/ff-attend-roster.pdf**

Please bring your confirmation to the registration desk and pick up your badge and course materials.

### GROUP DISCOUNTS

Multiple attendees from a single firm or corporation will receive a 33% discount beginning with the second attendee. To receive the discounted fee, registrations must be received as a group, with a single payment for all registrations no later than **October 28, 2005.** The discount for multiple attendees does not apply to government or academic registrants.

### CONFIRMATIONS

ABA members registering online will receive an electronic confirmation within one hour.

Non ABA members or those registering via mail or fax will receive a detailed confirmation within 10 days after their registration is received and processed (provided complete information and appropriate payment was submitted). Please be advised that incomplete or incorrect information will delay the processing of registration forms.

If you have not received your confirmation within 10 days of submission, please contact Angel Hardy at 312.988.5609. Please allow the estimated time given for confirmations prior to calling the Section to verify if registration has been received.

### ON-SITE REGISTRATION

On-site registration is available pending space availability. Course materials cannot be guaranteed for those registering after the cut-off date. A copy of the course materials will be mailed after the conference to those who registered after the cut-off date.

**FALL FORUM**

# REGISTRATION INFORMATION

**CANCELLATION POLICY**

Cancellations and refund requests must be submitted **IN WRITING** to the American Bar Association, Section of Antitrust Law on or before **October 28, 2005.** Refund requests will **ONLY BE ACCEPTED IN WRITING.** In the event of a cancellation, a refund of the registration fee, less a $50.00 administrative fee, will be granted only for written requests received by **October 28, 2005.** There will be no refunds granted after this date. Cancellations should be faxed to the attention of Angel Hardy at 312.988.5637. Please allow 8 to 10 weeks after the conference for the processing of any refunds. The ABA reserves the right to cancel any conference or portion thereof and assumes no responsibility for personal expenses.

**SUBSTITUTIONS**

Written requests for substitutions will be permitted prior to the conference and on-site at no additional cost. Please submit a request on firm letterhead to transfer the registration. Once the registration is substituted, it will not revert back to the original registrant. Only the substitute will be eligible for CLE credit. The substitute and original registrant must arrange the payment among themselves.

**JOIN THE ABA SECTION OF ANTITRUST LAW**

The Fall Forum is one of the many educational conferences and networking opportunities that the Section of Antitrust Law offers throughout the year. As a Section of Antitrust Law member, you will have access to benefits such as:

- First rate CLE conferences and publications
- Free subscription to the Antitrust Magazine
- Networking opportunities via listservs, committees and conferences

**Save $$** If you are a member of the ABA and would like to join the Section of Antitrust Law, you may register for this and other Section conferences at the Section member rate. Details for joining are on the registration form.

**AMERICANS WITH DISABILITIES ACT & SPECIAL DIETARY NEEDS**

Participants with special needs for facilities, visual or audio aids, or dietary requirements are asked to contact Angelica Spyres at **spyresa@staff.abanet.org** so that appropriate arrangements can be made.

**FALL FORUM**

# GENERAL INFORMATION

**CONFERENCE CHANGES**
We work very hard to assemble a top-notch, cohesive, educational conference. Unfortunately, and despite our best efforts, the faculty and conference scheduling can result in unanticipated or last minute changes. For an up-to-date listing of conferences and speakers, log on to the Section of Antitrust Law website at **www.abanet.org/antitrust.**

**HOTEL**
A block of rooms has been reserved for conference attendees and speakers at the JW Marriott in Washington, DC. Please contact the hotel directly to book your hotel reservation (reference the ABA, Section of Antitrust Law room block) and for specific information regarding additional charges. After **October 19, 2005** or when the room block is sold out, guest rooms at the ABA rate are not guaranteed and may not be available.

Single/Double - $299.00 + tax
*All hotel rates are subject to applicable tax of 14.5%.

JW Marriott
1331 Pennsylvania Avenue NW
Washington, DC 20004
Ph: 202.393.2000
Fax: 202.626.6991
**www.marriotthotels.com/wasjw**

CLE programming will be held at the National Press Club. The National Press Club is the oldest social and professional media organization in the United States.

National Press Club
529 14th Street NW
Washington, DC 20054
Ph: 202.662.7500
**www.press.org**

**MCLE CREDIT**
Required sponsor documentation has been forwarded to and credit requested from MCLE states with general requirements for all lawyers. Lawyers seeking credit in Pennsylvania must pay a fee of $1.50 per credit hour directly to the PA CLE Board. The ABA pays applicable fees in other states where the sponsor is required to do so. In states where a late fee may become applicable, the ABA pays this fee as well. Please be aware that each state has its own rules and regulations, including its definition of "CLE" as well as "Ethics". Therefore, certain conferences may not receive credit in some states. Please check with your state agency for confirmation of general as well as ethics approval for any conference. Please go to **http://www.abanet.org/antitrust/programs/ff-05/pdf/ff-cle.pdf** for information on the number of CLE credit hours for this conference.

**FALL FORUM**

# GENERAL INFORMATION

### MESSAGES
Messages for conference attendees should be phoned directly to the registration desk at **202.662.1230** and will be posted as they are received on a bulletin board near the registration desk. Messages will not be delivered into the meeting rooms. Please remember to check the bulletin board near the registration desk. It is the individual's responsibility to check the board for messages.

### TAPE RECORDING
No audio recording or videotaping of any part of the conference will be permitted.

### TRAVEL INFORMATION
Please make your airline reservations on the ABA Online Travel site where you automatically receive ABA airfare discounts from a variety of carriers and can view and purchase other low fare options including web fares. ABA Online Travel can be accessed from the navigation bar on the left of the ABA Website homepage.
With ABA Online Travel you have the option of charging your airline tickets directly to the ABA or to your personal credit card.
**Visit http://wcp.getthere.net/abaonlinetravel or www.abanet.org.**

Reservations can also be made through the ABA travel agency, Travelocity Business, who can automatically provide ABA airfare discounts. Please contact Travelocity Business at **1.866.321.8403.**

The following are the ABA discount codes under which your reservations need to be purchased in order to receive either the ABA percentage discount or zone fare.

| | | |
|---|---|---|
| American Airlines | ABA Code: 17715 | **800.433.1790** |
| US Airways | ABA Code: 65163236 | **877.874.7687** |

### METRORAIL www.mata.com
The Metrorail and Metrobus provide the safest, cleanest and most efficient public transportation when getting around Washington DC and the metropolitan suburbs.

### RENTAL CARS
ABA members are entitled to special discounts by calling our premier provider, Hertz-Rent-A-Car at **800.654.3131**. Identify yourself as an ABA member to receive the discounted rate.

### TAXI CABS
Washington DC, Virginia and Maryland taxi cabs are available at the exits of each terminal. Dispatchers are available at the exits to assist passengers.

9

## FALL FORUM

# MARK YOUR CALENDAR

To learn more about Section conferences, visit **www.abanet.org/antitrust**

October 17-18, 2005  
The Antitrust Litigation Course  
Ritz-Carlton  
Philadelphia, PA

February 9-10, 2006  
International Cartel Conference  
The Savoy  
London, England

March 29-31, 2006  
54th Annual Antitrust Law Spring Meeting  
JW Marriott  
Washington, DC

May 11-12, 2006  
Corporate Counseling Conference  
TBD  
New York, NY

June 8-9, 2006  
Antitrust Modernization Conference  
Georgetown University Law Center  
Washington, DC

## PLACE YOUR ORDER FOR CD-ROMS AND COURSE MATERIALS

|  | Price: | Qty: | Amt: |
|---|---|---|---|
| Fall Forum 2005<br>CD-ROM PC#5030475CD | $75 | _____ | $_____ |
| Antitrust Litigation Course<br>CD-ROM PC#5030478CD | $75 | _____ | $_____ |
| Antitrust in the Technology Economy<br>CD-ROM PC#5030474CD | $75 | _____ | $_____ |
| Antitrust in Health Care<br>CD-ROM PC#5030454CD | $75 | _____ | $_____ |
| 2005 Spring Meeting<br>CD-ROM PC#5030459CD | $150 | _____ | $_____ |
|  | Subtotal: |  | $_____ |
| Shipping & Handling: | $5.95 |  | $5.95 |
| Tax (IL residents 8.75%, DC 5.75% and MD 5%) |  |  | $_____ |
|  | **TOTAL:** |  | $_____ |

**Publication Orders:**  
American Bar Association,  
PO. Box 10892, Chicago, IL 60610-0892  
Phone: 312.988.5522    Fax: 312.988.5528  
(If ordering by phone, please reference the PC# when placing your order)

10

## FALL FORUM

# CONFERENCE REGISTRATION

**FALL FORUM**
**NOVEMBER 15 - 16, 2005**
**NATIONAL PRESS CLUB**
**WASHINGTON, DC**

| | BY 10/14 | AFTER 10/14 | Qty: | Amt: |
|---|---|---|---|---|
| Antitrust Law Section Member | $750 | $850 | _____ | $_____ |
| Non-Section Member | $850 | $950 | _____ | $_____ |
| Govt/Academic Section Member | $200 | $350 | _____ | $_____ |
| Govt/Academic Non-Section Member | $350 | $450 | _____ | $_____ |
| Law Students | N/C | N/C | _____ | $_____ |

*(Limited space available for law students. Please call 312.988.5609 on October 28, 2005)*

**LUNCHEON ADMITTANCE FOR TUESDAY AND WEDNESDAY, NOVEMBER 15-18, 2005**

☐ I will attend the Tuesday Luncheon (attendees only)   $N/C
☐ I will attend the Wednesday Luncheon (attendees only)   $N/C

Please contact Angelica Spyres at spyresa@staff.abanet.org or 312.988.5792 with any special dietary needs.

☐ I am a member of the ABA and wish to join the Section of Antitrust Law for $50.00.   $_____

**REGISTRATION TOTAL**   $_____

Credit Card
Please make payment online at:
http://www.abanet.org/antitrust/programs/ff-05/pdf/ff-reg-info.pdf

Please mail the completed registration form with your payment to:
Angel Hardy
ABA Section of Antitrust Law
321 North Clark St. Chicago, IL 60610
Fax: 312.988.5637
**Payments will not be taken over the telephone**

Please Print
ABA Number:
| 0 | | | | | | | |

*(Your 8-digit ABA# begins with a zero and is required to receive the Section Member rate.)*

Name:
Title:
Firm/Agency/School:
Address:
City:                                                                                                     State:
Zip:                          Email:
Telephone:                          Fax:

☐ Enclosed check (make payable to the American Bar Association.) Payment must accompany the registration form.


Questions?
Please call
312.988.5609

**11**

Non-Profit Organization
U.S.Postage
PAID
American Bar Association

# ABA SECTION OF ANTITRUST LAW



**AMERICAN BAR ASSOCIATION • SECTION OF ANTITRUST LAW**
**321 NORTH CLARK STREET • CHICAGO, ILLINOIS 60610**

## ONLINE REGISTRATION
http://www.abanet.org/antitrust

Online registration is available for your convenience. ABA members will receive an electronic confirmation within one hour. Non-ABA members will receive confirmation within 10-days of receipt.

### IMPORTANT DEADLINES

| Housing: | Early Bird Registration: | Advance Registration: |
|---|---|---|
| October 19, 2005 | October 14, 2005 | October 28, 2005 |

### IMPORTANT PHONE/FAX NUMBERS ANTITRUST LAW

JW Marriott
1331 Pennsylvania Avenue NW
Washington, DC 20004
Ph: 202.393.2000  Fax: 202.626.6991
www.marriotthotels.com/wasjw

National Press Club
529 14th Street NW
Washington, DC 20054
Ph: 202.662.7500
www.press.org

Registrants are encouraged to make their hotel reservations with the JW Marriott. Please go to http://www.abanet.org/antitrust/programs/ff-hotel-reg.pdf to download the hotel reservation form.

### MESSAGES

The Section of Antitrust Law message center telephone number will be 202.662.1230. Messages for conference attaendees will be posted as they are received on a bulletin board near the registration desk.