**WHITE & CASE**

White & Case LLP  
701 Thirteenth Street, NW  
Washington, DC 20005

Tel  + 1 202 626 3600  
Fax  + 1 202 639 9355  
www.whitecase.com

Direct Dial + 202-626-3600

November 14, 2006

BY HAND ON NOVEMBER 15, 2006

Clerk of the Court  
United States District Court  
for the District of Columbia  
333 Constitution Avenue, N.W.  
Washington, D.C. 20001

Re:   *Stolt-Nielsen Transp. Group., Ltd. v. United States*,  
       Nos. 05cv2217(RJL) and 06cv0474(RJL) (D.D.C.)

Dear Clerk of the Court:

Enclosed is the audio CD-ROM (purchased from the American Bar Association) of a panel discussion by Gary R. Spratling, Scott D. Hammond, John M. Majoras and Kirtikumar Mehta at the ABA Section of Antitrust Law, Fall Forum Cartel Enforcement Roundtable on November 16, 2005, held at the National Press Club in Washington, D.C. This CD-ROM is referenced on page 10 of Plaintiff's Surreply Concerning Defendant's Motion For Summary Judgment filed on November 14, 2006.

Sincerely,

Lucius B. Lau

LBL:def

Enclosure

cc:   Charlotte A. Abel (with Enclosure)