UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Stolt-Nielsen Transportation Group Ltd., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2217 (RJL) |
| ) | |
| United States of America, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| Stolt-Nielsen Transportation Group Ltd., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0474 (RJL) |
| ) | |
| United States Department of Justice, ) | |
| ) | |
| Defendant. ) | |

**ORDER DENYING LEAVE TO FILE SURREPLY**

Upon consideration of the motion for leave to file a surreply filed by plaintiff, Stolt-Nielsen Transportation Group Ltd., and the opposition of defendant, United States Department of Justice, it is hereby

ORDERED that the motion is denied.

Dated: _____, 2006       _____
                                  Honorable Richard J. Leon, Judge