UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Stolt-Nielsen Transportation Group Ltd.,

*Plaintiff,*

v.

United States of America,

*Defendant.*

Consolidated Cases
Civil Action No. 05cv2217 (RJL)
Civil Action No. 06cv0474 (RJL)

### PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT ITS MOTION FOR PARTIAL SUMMARY JUDGMENT

Stolt-Nielsen Transportation Group Ltd. respectfully requests leave to file a supplement to its motion for partial summary judgment filed in Civil Action No. 06cv474 (RJL). The summary judgment motion seeks relief with respect to a FOIA request that seeks amnesty agreements from August 1993 to the present. The Antitrust Division represented that it had released all publicly-available amnesty agreements. Yet recently, Stolt-Nielsen discovered an additional amnesty agreement that was relied upon by the Antitrust Division in a criminal price-fixing case, but was not released to Stolt-Nielsen. This undisclosed but public amnesty agreement reveals that the Antitrust Division has not conducted an adequate FOIA search.

The Court is authorized to receive supplemental memoranda in support of summary judgment motions. *See Laningham v. United States Navy*, 813 F.2d 1236, 1240 (D.C. Cir. 1987) (per curiam) (recognizing that a motion for summary judgment may be advanced "at any time" and that, as a result, "we see nothing to preclude [a party] from advancing this ground by way of a Supplemental Memorandum to its renewed motion for summary judgment").

On February 22, 2007 and March 1, 2007, counsel for Stolt-Nielsen conferred with counsel for the Antitrust Division, who indicated that the Division opposes this motion. Stolt-Nielsen's proposed supplement is attached as an exhibit to this motion.

Dated: March 2, 2007                                       Respectfully submitted,

**WHITE & CASE** LLP

By: _/s/_____
J. Mark Gidley (D.C. Bar No. 417280)
Christopher M. Curran (D.C. Bar No. 408561)
Lucius B. Lau (D.C. Bar No. 446088)
701 Thirteenth St., N.W.
Washington, D.C. 20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Stolt-Nielsen Transportation Group Ltd.*

2