UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Stolt-Nielsen Transportation Group Ltd., <br><br> *Plaintiff,* <br><br> v. <br><br> United States of America, <br><br> *Defendant.* | Consolidated Cases <br> Civil Action No. 05cv2217 (RJL) <br> Civil Action No. 06cv0474 (RJL) |

**ORDER GRANTING PLAINTIFF LEAVE TO SUPPLEMENT
ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**

Upon consideration of plaintiff's motion for leave to supplement its motion for partial summary judgment, it is hereby

ORDERED that the motion is granted; and it is further

ORDERED that plaintiff's supplement to its motion for summary judgment is hereby accepted for filing.


Dated: _____, 2007

_____
Honorable Richard J. Leon, Judge