UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Stolt-Nielsen Transportation Group Ltd.,<br><br>*Plaintiff*,<br><br>v.<br><br>United States of America,<br><br>*Defendant*. | Consolidated Cases<br>Civil Action No. 05cv2217 (RJL)<br>Civil Action No. 06cv0474 (RJL) |

## DECLARATION OF LUCIUS B. LAU

I, Lucius B. Lau, declare as follows:

1. I am a Counsel with White & Case LLP in Washington, D.C. I am a member of the bar of this Court as well as the Virginia State Bar and the District of Columbia Bar. I make this declaration based upon my personal knowledge.

2. Attached as Exhibit 1 is a true and correct copy of the docket sheet for *United States v. Dutton*, Crim. No. 3:02CR220-V (W.D.N.C.).

3. Attached as Exhibit 2 is a true and correct copy of Defendant Robert Bradley Dutton's Motion *In Limine* To Exclude Amnesty Agreement, filed in *United States v. Dutton*, Crim. No. 3:02CR220-V (W.D.N.C.) (attaching the DuPont-Akra Amnesty Agreement).

4. Attached as Exhibit 3 is a true and correct copy of Government's Response To Defendant's Motion *In Limine* To Exclude Amnesty Agreement, filed in *United States v. Dutton*, Crim. No. 3:02CR220-V (W.D.N.C.).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 2, 2007
Washington, D.C.

_____
Lucius B. Lau