UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| STOLT-NIELSEN TRANSPORTATION GROUP LTD., | ) ) ) ) | |
| Plaintiff, | ) ) ) ) | Civil Action No. 05-2217 (RJL) Civil Action No. 06-474 (RJL) (Consolidated) |
| v. | ) ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) ) | |
| Defendant. | ) ) | |

**CONSENT MOTION
FOR EXTENSION OF TIME
FOR DEFENDANT TO RESPOND
TO PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT**

Federal defendant moves, pursuant to Fed.R.Civ.P. 6(b)(1), to extend the time within which it may respond to plaintiff's motion for leave to supplement its motion for partial summary judgment. Defendant's response is due on March 16, 2007. Plaintiff asserts in its motion that it recently discovered an amnesty agreement, through its own devices, that it contends should have been released by the defendant. This amnesty agreement is referred to in the Defendant's Vaughn indicies and defendant stands ready to defend its decision to withhold this document and to justify the adequacy of its search. Defendant anticipates that it will not oppose plaintiff motion for leave to supplement as long as defendant receives ample opportunity to rebut the allegations in plaintiff's supplement, its declaration and two exhibits. The grounds for the motion to enlarge time are that undersigned counsel needs additional time in which to confer with several staff at the Antitrust Division and to obtain declarations in order to complete its rebuttal to plaintiff's supplement.

WHEREFORE, defendant moves to enlarge the time, up to and including March 27, 2007, in which defendant may respond to plaintiff's motion for leave to supplement its motion for partial summary judgment.

## CERTIFICATE PURSUANT TO LCvR 7(m)

Plaintiff's counsel consents to this motion.

A proposed order is attached.

Respectfully submitted,

_____
JEFFERY A. TAYLOR
D.C. Bar No. 451058
United States Attorney


_____
RUDOLPH CONTRERAS
D.C. Bar No. 434122
Assistant United States Attorney


_____
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-2332