UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STOLT-NIELSEN TRANSPORTATION GROUP LTD., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br><br> Defendant. | C.A. 05-2217 (RJL) <br> C.A. 06-474 (RJL) <br> (Consolidated) |

ORDER

UPON CONSIDERATION of defendant's Motion for an Enlargement of Time to Respond to Plaintiff's Motion for Leave to Supplement its Motion for Partial Summary Judgment, and for good cause shown and there being no opposition, it is this _____ day of _____, 2007,

ORDERED, that defendant's motion should be, and it hereby is, granted.

IT IS FURTHER ORDERED, that defendant shall have up to and including March 27, 2007, in which to respond to Plaintiff's Motion for Leave to Supplement its Motion for Partial Summary Judgment.

_____
UNITED STATES DISTRICT JUDGE

cc:
Charlotte A. Abel
Assistant United States Attorney
555 4th St., N.W. 10th Floor
Washington, D.C. 20530

J. Mark Gidley
Christopher M. Curran
Lucius B. Lau
701 13th St., N.W.
Washington, D.C. 20005