UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Stolt-Nielsen Transportation Group Ltd., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-2217 (RJL) |
| United States of America, | ) |
| Defendant. | ) |
| Stolt-Nielsen Transportation Group Ltd. | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-0474 (RJL) |
| United States Department of Justice, | ) |
| Defendant. | ) |

**NOTICE OF FILING**

Will the Clerk of Court please note that Defendant submits the attached Exhibits A, B, C, and D to its Response to Plaintiff's Motion for Leave to File Supplement to Motion for Partial Summary Judgment.

Respectfully submitted,

___/s/_____
JEFFERY A. TAYLOR
D.C. Bar No. 498610
United States Attorney

__ /s/_____
CHARLOTTE A. ABEL
D.C. Bar No. 388582
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-2332