# Exhibit 1

CLOSED

# U.S. District Court
## Western District of North Carolina (Charlotte)
### CRIMINAL DOCKET FOR CASE #: 3:02-cr-00220 All Defendants

| | |
|---|---|
| Case title: USA, et al v. Dutton | Date Filed: 09/13/2002 |
| | Date Terminated: 01/08/2004 |

Assigned to: Richard Voorhees

**Defendant**

| | | |
|---|---|---|
| **Robert Bradley Dutton** (1)<br>*TERMINATED: 01/08/2004* | represented by | **Catherine E. Palmer**<br>Latham & Watkins, LLP<br>885 Third Ave.<br>Suite 1000<br>New York, NY 10022<br>212/906-1200<br>Fax: 212/751-4864<br>*TERMINATED: 09/22/2003*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Pro Bono* |
| | | **E. Bart Daniel**<br>Seven State St.<br>Charleston, SC 29401<br>843-720-3184<br>*TERMINATED: 10/02/2003*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |
| | | **James R. Loftis, III**<br>Gibson, Dunn & Crutcher, LLP<br>1050 Connecticut Ave., N.W.<br>Washington, DC 20036<br>202/955-8581<br>*TERMINATED: 09/22/2003*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Pro Bono* |
| | | **Kenneth Conboy**<br>Latham & Watkins, LLP<br>885 Third Ave.<br>Suite 1000 |

New York, NY 10022
212/906-1200
Fax: 212/751-4864
*TERMINATED: 09/22/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Pro Bono*

**Mark Timothy Calloway**
Alston & Bird, LLP
101 S. Tryon Street
Ste. 4000
Charlotte, NC 28280
704-444-1089
Fax: 704-444-1689
Email: mark.calloway@alston.com
*TERMINATED: 10/02/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Matthew R. Hubbell**
Seven State St.
Charleston, SC 29401
843-720-3184
*TERMINATED: 10/02/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Michele M. Pyle**
Latham & Watkins, LLP
885 Third Ave.
Suite 1000
New York, NY 10022
212/906-1200
*TERMINATED: 09/22/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Pro Bono*

**Pending Counts**                                                                 **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                                                              **Disposition**

| | |
|---|---|
| 15:1.F ANTITRUST VIOLATIONS (1) | NOT GUILTY |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**USA**    represented by    **Delia I. Neil**
U.S. Dept. of Justice
Antitrust Division
Thanksgiving Tower
1601 Elm Street, Suite 4950
Dallas, TX 75201-4717
214/880-9401
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Duncan S. Currie**
U.S. Dept. of Justice
Antitrust Division
Thanksgiving Tower
1601 Elm Street, Suite 4950
Dallas, TX 75201-4717
214/880-9401
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mitchell R. Chitwood**
U.S. Dept. of Justice
Antitrust Division
Thanksgiving Tower
1601 Elm Street, Suite 4950
Dallas, TX 75201-4717
214/880-9401
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Paul D. Kohler**
U.S. Dept. of Justice
Antitrust Division
Thanksgiving Tower
1601 Elm Street, Suite 4950
Dallas, TX 75201-4717
214/880-9401

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert J. Conrad, Jr.**
U.S. Attorney's Office
227 W. Trade St.
1700 Carillon
Charlotte, NC 28202
704/344-6222
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/13/2002 | 1 | INDICTMENT as to Robert Bradley Dutton (1) count(s) 1 (former emp) (Entered: 09/13/2002) |
| 09/13/2002 | | SUMMONS(ES) issued for Robert Bradley Dutton Initial Appearance set for 2:30 10/7/02 for Robert Bradley Dutton (former emp) (Entered: 09/13/2002) |
| 10/07/2002 | | Initial Appearance as to Robert Bradley Dutton held (Defendant informed of rights.) Judge: horn Court Rptr: tob /FTR (tob) (Entered: 10/07/2002) |
| 10/07/2002 | 2 | Unsecured BOND entered by Robert Bradley Dutton in Amount $ 10,000 ADMIN.SUPERVISION (tob) (Entered: 10/07/2002) |
| 10/07/2002 | 3 | ORDER Setting Conditions of Release as to Robert Bradley Dutton ( Signed by Magistrate Judge Carl Horn III ) (tob) (Entered: 10/07/2002) |
| 10/07/2002 | | Arraignment as to Robert Bradley Dutton held Judge: horn Court Rptr: tob/FTR (tob) (Entered: 10/07/2002) |
| 10/07/2002 | 4 | Arraignment Order as to Robert Bradley Dutton setting Calendar Call for 9:30 11/19/02 for Robert Bradley Dutton ; ( Signed by Magistrate Judge Carl Horn III ) (tob) (Entered: 10/07/2002) |
| 10/07/2002 | 5 | Standard Discovery Order as to Robert Bradley Dutton (tob) (Entered: 10/07/2002) |
| 10/15/2002 | 6 | SUMMONS Returned Executed as to Robert Bradley Dutton (former emp) (Entered: 10/15/2002) |
| 11/01/2002 | 7 | MOTION by Robert Bradley Dutton for to Appear Pro Hac Vice referred to: Judge Richard L. Voorhees (former emp) (Entered: 11/04/2002) |
| 11/03/2002 | 8 | MOTION by Robert Bradley Dutton for Discovery and Inspection referred to: Magistrate Judge Carl Horn III (former emp) (Entered: 11/06/2002) |
| 11/05/2002 | 9 | MOTION by Robert Bradley Dutton to Extend Time to file additional motions referred to: Magistrate Judge Carl Horn III (former emp) (Entered: 11/06/2002) |
| 11/06/2002 | 10 | ORDER as to Robert Bradley Dutton granting [7-1] motion for to Appear Pro Hac Vice as to Robert Bradley Dutton (1); counsel shall remit the fee of $100.00 w/i 21 days. ( Signed by Magistrate Judge Carl Horn III ) (jlk) (Entered: 11/07/2002) |

| | | |
|---|---|---|
| 11/06/2002 | 11 | ORDER as to Robert Bradley Dutton granting [9-1] motion to Extend Time to file additional motions until 1/5/03 as to Robert Bradley Dutton (1) ( Signed by Magistrate Judge Carl Horn III ) (jlk) (Entered: 11/07/2002) |
| 11/08/2002 | 12 | MOTION by Robert Bradley Dutton to Continue from Nov 2002 Crim Term referred to: Judge Richard L. Voorhees (former emp) (Entered: 11/12/2002) |
| 11/14/2002 | 13 | ORDER as to Robert Bradley Dutton granting [12-1] motion to Continue from Nov 2002 Crim Term as to Robert Bradley Dutton (1), to Continue in Interests of Justice Time excluded from 11/19/02 to 1/21/03 , Reset Calendar Call for 9:30 1/21/03 for Robert Bradley Dutton before Judge Richard L. Voorhees ( Signed by Judge Richard L. Voorhees ) (former emp) (Entered: 11/14/2002) |
| 11/18/2002 | 14 | RESPONSE by USA as to Robert Bradley Dutton re [12-1] motion to Continue from Nov 2002 Crim Term (former emp) (Entered: 11/19/2002) |
| 11/21/2002 | 15 | RESPONSE by USA as to Robert Bradley Dutton re [8-1] motion for Discovery and Inspection (former emp) (Entered: 11/21/2002) |
| 01/03/2003 | 16 | MOTION by Robert Bradley Dutton to Continue from Jan 2003 Crim Term referred to: Judge Richard L. Voorhees (former emp) (Entered: 01/06/2003) |
| 01/03/2003 | 17 | MOTION by Robert Bradley Dutton to Extend Time to file Pretrial Motions referred to: Judge Richard L. Voorhees (former emp) (Entered: 01/06/2003) |
| 01/09/2003 | 18 | ORDER as to Robert Bradley Dutton granting [16-1] motion to Continue from Jan 2003 Crim Term as to Robert Bradley Dutton (1), c to Continue in Interests of Justice Time excluded from 1/21/03 to 3/17/03 , Reset Calendar Call for 9:30 3/17/03 for Robert Bradley Dutton before Judge Richard L. Voorhees ( Signed by Judge Richard L. Voorhees ) (former emp) (Entered: 01/09/2003) |
| 01/13/2003 | 19 | ORDER as to Robert Bradley Dutton granting [17-1] motion to Extend Time to file Pretrial Motions until 2/20/03 as to Robert Bradley Dutton (1) ( Signed by Judge Richard L. Voorhees ) (former emp) (Entered: 01/13/2003) |
| 01/31/2003 | 20 | MOTION by Robert Bradley Dutton to move discovery from Dallas, TX to Western District of NC referred to: Judge Richard L. Voorhees (former emp) (Entered: 02/03/2003) |
| 02/14/2003 | 21 | RESPONSE by USA as to Robert Bradley Dutton re [20-1] motion to move discovery from Dallas, TX to Western District of NC (former emp) (Entered: 02/14/2003) |
| 02/20/2003 | 22 | MOTION by Robert Bradley Dutton to Extend Time to File Additional Motions referred to: Judge Richard L. Voorhees (former emp) (Entered: 02/21/2003) |
| 02/20/2003 | 23 | MOTION by Robert Bradley Dutton for identification of documents govt intends to use as evidence in its case in chief referred to: Judge Richard L. Voorhees (former emp) (Entered: 02/21/2003) |
| 02/20/2003 | 24 | MOTION by Robert Bradley Dutton to Produce Brady/Giglio Material , for Hearing referred to: Judge Richard L. Voorhees (former emp) (Entered: 02/21/2003) |
| 02/25/2003 | 25 | RESPONSE by Robert Bradley Dutton in support of [20-1] motion to move discovery from Dallas, TX to Western District of NC (former emp) (Entered: 02/26/2003) |
| | | |

| | | |
|---|---|---|
| 02/28/2003 | 26 | ORDER as to Robert Bradley Dutton granting [22-1] motion to Extend Time to File Additional Motions until 4/21/03 as to Robert Bradley Dutton (1) ( Signed by Judge Richard L. Voorhees ) (former emp) (Entered: 03/03/2003) |
| 03/05/2003 | 27 | ORDER as to Robert Bradley Dutton granting [20-1] motion to move discovery from Dallas, TX to Western District of NC as to Robert Bradley Dutton (1) ( Signed by Judge Richard L. Voorhees ) (former emp) (Entered: 03/06/2003) |
| 03/10/2003 | 28 | RESPONSE by USA as to Robert Bradley Dutton re [24-1] motion to Produce Brady/Giglio Material (former emp) (Entered: 03/10/2003) |
| 03/10/2003 | 29 | RESPONSE by USA as to Robert Bradley Dutton re [23-1] motion for identification of documents govt intends to use as evidence in its case in chief (former emp) (Entered: 03/10/2003) |
| 03/10/2003 | 30 | MOTION by Robert Bradley Dutton to Continue from March 2003 Crim Term referred to: Judge Richard L. Voorhees (former emp) (Entered: 03/10/2003) |
| 03/12/2003 | 31 | ORDER as to Robert Bradley Dutton granting [30-1] motion to Continue from March 2003 Crim Term as to Robert Bradley Dutton (1), to Continue in Interests of Justice Time excluded from 3/17/03 to 5/19/03 , Reset Calendar Call for 9:30 5/19/03 for Robert Bradley Dutton before Judge Richard L. Voorhees ( Signed by Judge Richard L. Voorhees ) (former emp) (Entered: 03/12/2003) |
| 03/14/2003 | 32 | MOTION by Robert Bradley Dutton for Pre-emptory Setting referred to: Judge Richard L. Voorhees (former emp) (Entered: 03/14/2003) |
| 03/19/2003 | 33 | ORDER as to Robert Bradley Dutton granting [32-1] motion for Pre-emptory Setting as to Robert Bradley Dutton (1) ( Signed by Judge Richard L. Voorhees ) (former emp) (Entered: 03/19/2003) |
| 03/19/2003 | 33 | ORDER as to Robert Bradley Dutton, Continuing , to Continue in Interests of Justice Time excluded from 5/19/03 to 9/22/03 , Reset Calendar Call for 9:30 9/22/03 for Robert Bradley Dutton before Judge Richard L. Voorhees ( Signed by Judge Richard L. Voorhees ) (former emp) (Entered: 03/19/2003) |
| 03/20/2003 | 34 | MOTION by Robert Bradley Dutton for Hearing referred to: Judge Richard L. Voorhees (former emp) (Entered: 03/21/2003) |
| 03/21/2003 | 34 | RESPONSE by Robert Bradley Dutton to [24-1] motion to Produce Brady/Giglio Material (former emp) (Entered: 03/21/2003) |
| 06/13/2003 | 35 | Supplemental/Addendum by Robert Bradley Dutton re: [24-1] motion to Produce Brady/Giglio Material, [24-2] motion for Hearing (jlk) (Entered: 06/16/2003) |
| 06/23/2003 | 36 | MOTION by Robert Bradley Dutton to Produce Documents Responsive to Subpoenas Duces Tecum on or before July 18 referred to: Judge Richard L. Voorhees (former emp) (Entered: 06/24/2003) |
| 06/30/2003 | 37 | ORDER as to Robert Bradley Dutton, for Hearing for 7/16/03 at 10:00 am to discuss deft motions ( Signed by Judge Richard L. Voorhees ) (former emp) (Entered: 06/30/2003) |
| 07/17/2003 | 38 | ORDER as to Robert Bradley Dutton, for Hearing to be rescheduled from July 16, 2003 until August 22, 2003 ( Signed by Judge Richard L. Voorhees ) (former emp) (Entered: |

| | | |
|---|---|---|
| | | 07/17/2003) |
| 08/12/2003 | 39 | MOTION by Non-Party Arteva Specialties, S.A.R.L.'s to Quash Deft's Subpoena Duces Tecum seeking privileged documents and opposition to Deft's Motion for production of documents referred to: Judge Richard L. Voorhees (former emp) (Entered: 08/12/2003) |
| 08/12/2003 | 40 | Declaration of Jim D. Cooley filed (former emp) (Entered: 08/12/2003) |
| 08/12/2003 | 41 | NOTICE of Proof of Service (former emp) (Entered: 08/12/2003) |
| 08/19/2003 | 42 | RESPONSE by Robert Bradley Dutton in opposition to [39-1] motion to Quash Deft's Subpoena Duces Tecum seeking privileged documents and opposition to Deft's Motion for production of documents (former emp) (Entered: 08/20/2003) |
| 08/21/2003 | 43 | Declaration of Catherine E. Palmer filed re: Robert Bradley Dutton (former emp) (Entered: 08/21/2003) |
| 08/21/2003 | 44 | MEMORANDUM by Non-Party Arteva Specialties in support of its Motion to Quash Deft Robert Bradley Dutton's Subpoena Duce Tecum seeking privileged documents (former emp) (Entered: 08/21/2003) |
| 08/21/2003 | 45 | NOTICE/Proof of Service of Non-Party Arteva Specialties Mem in Sup of Motion to Quash Deft's Subpoena (former emp) (Entered: 08/21/2003) |
| 08/22/2003 | | Motion Hearing held as to Robert Bradley Dutton re: [39-1] motion to Quash Deft's Subpoena Duces Tecum seeking privileged documents and opposition to Deft's Motion for production of documents Judge: Voorhees Court Rptr: Nuccio AUSA:, [24-1] motion to Produce Brady/Giglio Material Judge: Court Rptr: AUSA:, [23-1] motion for identification of documents govt intends to use as evidence in its case in chief Judge: Court Rptr: AUSA: (ssh) (Entered: 08/22/2003) |
| 08/22/2003 | | ORAL ORDER as to Robert Bradley Dutton granting [39-1] motion to Quash Deft's Subpoena Duces Tecum seeking privileged documents and opposition to Deft's Motion for production of documents as to Robert Bradley Dutton (1), granting [24-1] motion to Produce Brady/Giglio Material as to Robert Bradley Dutton (1), granting [23-1] motion for identification of documents govt intends to use as evidence in its case in chief as to Robert Bradley Dutton (1) ( Entered by Judge Richard L. Voorhees ) (ssh) (Entered: 08/22/2003) |
| 08/22/2003 | 46 | MOTION by Robert Bradley Dutton for James R. Loftis III, Kenneth Conboy, Catherine E. Palmer, Michele M. Pyle to Appear Pro Hac Vice referred to: Judge Richard L. Voorhees (former emp) (Entered: 08/25/2003) |
| 08/22/2003 | 47 | ORDER as to Robert Bradley Dutton granting [46-1] motion for James R. Loftis III, Kenneth Conboy, Catherine E. Palmer, Michele M. Pyle to Appear Pro Hac Vice as to Robert Bradley Dutton (1) ( Signed by Judge Richard L. Voorhees ) (former emp) (Entered: 08/25/2003) |
| 09/04/2003 | | TRANSCRIPT filed in case as to Robert Bradley Dutton for dates of August 22, 2003 Crt Rptr: Cheryl A. Nuccio (former emp) (Entered: 09/04/2003) |
| 09/08/2003 | 48 | SEALED DOCUMENT as to Robert Bradley Dutton (former emp) (Entered: 09/09/2003) |
| 09/08/2003 | 49 | SEALED DOCUMENT as to Robert Bradley Dutton (former emp) (Entered: |

| | | |
|---|---|---|
| | | 09/09/2003) |
| 09/08/2003 | 50 | MOTION by Robert Bradley Dutton in Limine to exclude amnesty agreement referred to: Judge Richard L. Voorhees (former emp) (Entered: 09/09/2003) |
| 09/08/2003 | 52 | MOTION by USA as to Robert Bradley Dutton in Limine referred to: Judge Richard L. Voorhees (former emp) (Entered: 09/09/2003) |
| 09/08/2003 | 52 | MEMORANDUM by USA as to Robert Bradley Dutton in support of [52-1] motion in Limine (former emp) (Entered: 09/09/2003) |
| 09/12/2003 | 53 | MOTION by USA as to Robert Bradley Dutton to Compel testimony of Blair Walker referred to: Judge Richard L. Voorhees (former emp) (Entered: 09/15/2003) |
| 09/12/2003 | 54 | MOTION by USA as to Robert Bradley Dutton to Compel Testimony of John R. Hobday referred to: Judge Richard L. Voorhees (former emp) (Entered: 09/15/2003) |
| 09/15/2003 | 55 | Defendant's proposed Jury instructions. (ssh) (Entered: 09/16/2003) |
| 09/15/2003 | 56 | RESPONSE by Robert Bradley Dutton to [52-1] Govt's motion in Limine (ssh) (Entered: 09/16/2003) |
| 09/15/2003 | 57 | Pre-trial Memorandum of Law by USA as to Robert Bradley Dutton (ssh) (Entered: 09/16/2003) |
| 09/15/2003 | 58 | SEALED RESPONSE by USA as to Robert Bradley Dutton re [48-1] motion in Limine to exclude summary chart of telephone records (ssh) (Entered: 09/16/2003) |
| 09/15/2003 | 59 | SEALED RESPONSE by USA as to Robert Bradley Dutton re [51-1] motion in Limine to exclude tape recorded conversations and transcripts (ssh) (Entered: 09/16/2003) |
| 09/15/2003 | 60 | SEALED RESPONSE by USA as to Robert Bradley Dutton re [49-1] motion in Limine to exclude the testimony of Troy Stanley (ssh) (Entered: 09/16/2003) |
| 09/15/2003 | 61 | RESPONSE by USA as to Robert Bradley Dutton re [50-1] motion in Limine to exclude amnesty agreement (ssh) (Entered: 09/16/2003) |
| 09/15/2003 | 62 | Govt's Proposed Jury Instructions by USA as to Robert Bradley Dutton (ssh) (Entered: 09/16/2003) |
| 09/17/2003 | 66 | ORDER as to Robert Bradley Dutton granting [54-1] motion to Compel Testimony of John R. Hobday as to Robert Bradley Dutton (1) ( Signed by Judge Richard L. Voorhees ) (ssh) (Entered: 09/18/2003) |
| 09/17/2003 | 67 | ORDER as to Robert Bradley Dutton granting [53-1] motion to Compel testimony of Blair Walker as to Robert Bradley Dutton (1) ( Signed by Judge Richard L. Voorhees ) (ssh) (Entered: 09/18/2003) |
| 09/18/2003 | 68 | SEALED DOCUMENT as to Robert Bradley Dutton (former emp) (Entered: 09/19/2003) |
| 09/18/2003 | 69 | SEALED DOCUMENT as to Robert Bradley Dutton (former emp) (Entered: 09/19/2003) |
| 09/18/2003 | 70 | REPLY by USA as to Robert Bradley Dutton to response to [52-1] motion in Limine (former emp) (Entered: 09/19/2003) |

| | | |
|---|---|---|
| 09/20/2003 | 71 | MOTION by Nan Ya Plastics Corp as to Robert Bradley Dutton to Quash Subpoena Duces Tecum referred to: Judge Richard L. Voorhees (former emp) (Entered: 09/22/2003) |
| 09/22/2003 | 72 | MOTION by Robert Bradley Dutton to Quash Govt's Subpoena referred to: Judge Richard L. Voorhees (former emp) (Entered: 09/22/2003) |
| 09/22/2003 | 73 | RESPONSE by Nan Ya Plastics Corp, USA as to Robert Bradley Dutton re [72-1] motion to Quash Govt's Subpoena, [71-1] motion to Quash Subpoena Duces Tecum (former emp) (Entered: 09/22/2003) |
| 09/22/2003 | 74 | SEALED DOCUMENT as to Robert Bradley Dutton (former emp) (Entered: 09/22/2003) |
| 09/22/2003 | 76 | REPLY by Nan Ya Plastics Corp as to Robert Bradley Dutton to response to [72-1] motion to Quash Govt's Subpoena (clc) (Entered: 09/23/2003) |
| 09/23/2003 | | Jury selection begun as to Robert Bradley Dutton (1) count(s) 1 Terminated motions: [71-1] motion to Quash Subpoena Duces Tecum as to Robert Bradley Dutton (1), [50-1] motion in Limine to exclude amnesty agreement as to Robert Bradley Dutton (1) Judge: Voorhees Court Rptr: Nuccio (ssh) (Entered: 09/23/2003) |
| 09/23/2003 | 77 | ORDER as to Robert Bradley Dutton, to sequester re: witnesses at trial ( Signed by Judge Richard L. Voorhees ) (ssh) (Entered: 09/23/2003) |
| 09/23/2003 | 78 | ORDER as to Robert Bradley Dutton, for Return of trial exhibits ( Signed by Judge Richard L. Voorhees ) (ssh) (Entered: 09/23/2003) |
| 09/24/2003 | | Jury trial as to Robert Bradley Dutton held Judge: Voorhees Court Rptr: Nuccio (ssh) (Entered: 09/24/2003) |
| 09/25/2003 | | Jury trial as to Robert Bradley Dutton held Judge: Voorhees Court Rptr: Nuccio (ssh) (Entered: 09/25/2003) |
| 09/25/2003 | | TRANSCRIPT filed in case as to Robert Bradley Dutton for dates of 9/23/03 Crt Rptr: Nuccio (ssh) (Entered: 09/25/2003) |
| 09/25/2003 | | TRANSCRIPT filed in case as to Robert Bradley Dutton for dates of 9/24/03 morning Crt Rptr: Nuccio (ssh) (Entered: 09/25/2003) |
| 09/25/2003 | | TRANSCRIPT filed in case as to Robert Bradley Dutton for dates of 9/24/03 afternoon Crt Rptr: Kelly (ssh) (Entered: 09/25/2003) |
| 09/25/2003 | | MOTION in open court by Robert Bradley Dutton for Judgment of Acquittal at the conclusion of Govt's evidence. (ssh) (Entered: 09/25/2003) |
| 09/25/2003 | | ORAL ORDER as to Robert Bradley Dutton denying [0-0] oral motion for Judgment of Acquittal at the conclusion of Govt's evidence. as to Robert Bradley Dutton (1) ( Entered by Judge Richard L. Voorhees ) (ssh) (Entered: 09/25/2003) |
| 09/29/2003 | | Jury trial as to Robert Bradley Dutton held Judge: Voorhees Court Rptr: Nuccio (ssh) (Entered: 09/29/2003) |
| 09/29/2003 | | TRANSCRIPT filed in case as to Robert Bradley Dutton for dates of 9/25/03 morning Crt Rptr: Nuccio (ssh) (Entered: 09/29/2003) |

| | | |
|---|---|---|
| 09/29/2003 | | TRANSCRIPT filed in case as to Robert Bradley Dutton for dates of 9/25/03 afternoon Crt Rptr: Kelly (ssh) (Entered: 09/29/2003) |
| 09/29/2003 | | TRANSCRIPT filed in case as to Robert Bradley Dutton for dates of 9/29/03 morning Crt Rptr: Nuccio (ssh) (Entered: 09/29/2003) |
| 09/30/2003 | | Jury trial as to Robert Bradley Dutton held Judge: Voorhees Court Rptr: Nuccio (ssh) (Entered: 09/30/2003) |
| 09/30/2003 | | TRANSCRIPT filed in case as to Robert Bradley Dutton for dates of 9/29/03 afternoon Crt Rptr: Kelly (ssh) (Entered: 09/30/2003) |
| 10/01/2003 | | Jury trial as to Robert Bradley Dutton held Judge: Voorhees Court Rptr: Nuccio (ssh) (Entered: 10/01/2003) |
| 10/01/2003 | | TRANSCRIPT filed in case as to Robert Bradley Dutton for dates of 9/30/03 morning Crt Rptr: Nuccio (ssh) (Entered: 10/01/2003) |
| 10/01/2003 | | TRANSCRIPT filed in case as to Robert Bradley Dutton for dates of 9/30/03 afternoon Crt Rptr: Kelly (ssh) (Entered: 10/01/2003) |
| 10/01/2003 | 79 | Govt's objections to and comments on the courts second draft of proposed jury instructions and objections to and comments on defendant's proposed jury instructions as to Robert Bradley Dutton (ssh) (Entered: 10/01/2003) |
| 10/01/2003 | 80 | Defendant's request for supplemental Jury instructions as to Robert Bradley Dutton and modifications to Court's proposed jury instructions. (ssh) (Entered: 10/01/2003) |
| 10/02/2003 | | TRANSCRIPT filed in case as to Robert Bradley Dutton for dates of 10/1/03 morning Crt Rptr: Nuccio (ssh) (Entered: 10/02/2003) |
| 10/02/2003 | | Jury trial as to Robert Bradley Dutton held Judge: Voorhees Court Rptr: Nuccio (ssh) (Entered: 10/02/2003) |
| 10/02/2003 | 81 | JURY VERDICT as to Robert Bradley Dutton Not Guilty: Robert Bradley Dutton (1) count(s) 1 (ssh) (Entered: 10/02/2003) |
| 10/03/2003 | | TRANSCRIPT filed in case as to Robert Bradley Dutton for dates of October 1, 2003 Crt Rptr: Joy Kelly (former emp) (Entered: 10/03/2003) |
| 10/03/2003 | | TRANSCRIPT filed in case as to Robert Bradley Dutton for dates of October 2, 2003 Crt Rptr: Cheryl A. Nuccio (former emp) (Entered: 10/03/2003) |
| 11/05/2003 | | TRANSCRIPT filed in case as to Robert Bradley Dutton for dates of September 23, 2003 Crt Rptr: Cheryl A. Nuccio (former emp) (Entered: 11/05/2003) |
| 01/12/2004 | 82 | JUDGMENT Robert Bradley Dutton (1) count(s) 1. NOT GUILTY ( Signed by Judge Richard L. Voorhees ) ( Crim Judge Vol: Page: ) (ssh) (Entered: 01/12/2004) |

| PACER Service Center |
|---|
| **Transaction Receipt** |
| 02/09/2007 15:27:53 |

| PACER Login: | wc0022 | Client Code: | 1219228-0011-b471 |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 3:02-cr-00220 |
| Billable Pages: | 6 | Cost: | 0.48 |