UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FILED
MAR 28 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| STOLT-NIELSEN TRANSPORTATION GROUP LTD., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | ) ) ) ) ) ) Civil Case No. 05-2217 (RJL) ) ) ) ) ) ) |
| STOLT-NIELSEN TRANSPORTATION GROUP LTD., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br> Defendant. | ) ) ) ) ) ) Civil Case No. 06-0474 (RJL) ) ) ) ) ) ) ) |

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 28th day of March, 2007, hereby

**ORDERED** that defendant's Motion for Summary Judgment in Civil Action Number 05-2217 (RJL) [#28] is GRANTED, and it is further

**ORDERED** that defendant's Motion for Summary Judgment in Civil Action Number 06-474 (RJL) [#26] is GRANTED, and it is further

**ORDERED** that plaintiff's Motion for Summary Judgment in Civil Action Number 05-2217 (RJL) [#23] is DENIED, and it is further



**ORDERED** that plaintiff's Motion for Summary Judgment in Civil Action Number 05-2217 (RJL) [#14] is DENIED, and it is further

**ORDERED** that judgment is entered in favor of the defendant, and the case is dismissed.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge